1  TIMOTHY K. DAVELER (SBN 332986)
   Timothy.daveler@bipc.com
2  BUCHANAN INGERSOLL & ROONEY LLP
   One America Plaza
3  600 West Broadway, Suite 1100
   San Diego, CA 92101
4  Telephone: 619 239 8700
   Fax:        619 702 3898
5
6  KELLY H. KOLB (admitted *Pro Hac Vice)*
   kelly.kolb@bipc.com
7  BUCHANAN INGERSOLL & ROONEY PC
   401 E. Las Olas Blvd., Suite 2250
   Fort Lauderdale, FL 33301
8  Telephone: 954-468-2300

9  Attorneys for Defendant AMERICAN AIRLINES, INC.

10
11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, as an individual, and as Legal Guardian of JESUS PLASENCIA, an incapacitated person,<br><br>Plaintiff,<br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendants. | Case No.: 5:23-cv-05607-BLF<br><br>**DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND FOR FAILURE TO STATE A CLAIM**<br><br>*[Proposed Order filed concurrently herewith]*<br><br>Date:   April 4, 2024<br>Time:   9:00 a.m.<br>Crtrm:  3 – 5nd Floor<br>Judge:  Hon. Beth L. Freeman<br><br>Complaint Filed: October 31, 2023 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE THAT** on April 4, 2024, at 9:00 a.m., or as soon thereafter as this matter may be heard, in the Courtroom of the Honorable Beth L.

1

DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND FOR FAILURE TO STATE A CLAIM
Case No. 5:23-cv-05607-BLF

Freeman, located at San Jose Courthouse Courtroom 3-5th Floor, 280 South 1st Street, San Jose, California 95113, Defendant American Airlines, Inc., (hereinafter, "AA") will and hereby does move the Court for an order pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 12(b)(2) to dismiss the Complaint of Ana Maria Marcela Tavantzis, as an individual, and as Legal Guardian of Jesus Plasencia, an incapacitated person ("Plaintiffs") for lack of personal jurisdiction; and alternatively, an order pursuant to FRCP Rule 12(b)(6) to dismiss Count I (negligence), Count II (loss of consortium), and attorneys' fees claim in the Complaint for failure to state a claim upon which relief can be granted (the "Motion").

Defendant AA's Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Law in support of Defendant AA's Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction and for Failure to State a Claim, all pleadings and papers on file in this action, and such other matters as may be presented to the Court at the time of the hearing.

## CONCISE STATEMENT OF RELIEF SOUGHT

Defendant American Airlines, Inc. respectfully requests that the Court dismiss Plaintiffs' Complaint for lack of personal jurisdiction pursuant to FRCP Rule 12(b)(2), and, alternatively, dismiss Count I (Neglience), Count II (loss of consortium), and attorneys' fees claim pursuant to FRCP Rule 12(b)(6) for failure to state a claim upon which relief can be granted. Plaintiffs' Complaint should be dismissed in its entirety, without leave to amend.

DATED:  December 6, 2023           BUCHANAN INGERSOLL & ROONEY LLP

By: /s/ Kelly H. Kolb
KELLY H. KOLB
TIMOTHY K. DAVELER
Attorneys for Defendant
AMERICAN AIRLINES, INC.