TIMOTHY K. DAVELER (SBN 332986)
Timothy.daveler@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101
Telephone: 619 239 8700
Fax:         619 702 3898

KELLY H. KOLB (admitted *Pro Hac Vice*)
kelly.kolb@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 E. Las Olas Blvd., Suite 2250
Fort Lauderdale, FL 33301
Telephone: 954-468-2300

Attorneys for Defendant AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, as an individual, and as Legal Guardian of JESUS PLASENCIA, an incapacitated person,<br><br>      Plaintiffs,<br><br> vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>      Defendant. | Case No.: 5:23-cv-05607-BLF<br><br>**DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND FOR FAILURE TO STATE A CLAIM**<br><br>*[Proposed Order filed concurrently herewith]*<br><br>Date:   June 13, 2024<br>Time:   9:00 a.m.<br>Crtrm:  3 – 5th Floor<br>Judge:  Hon. Beth L. Freeman<br><br>Complaint Filed: October 31, 2023 |

1
DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND FOR FAILURE TO STATE A CLAIM

Case No. 5:23-cv-05607-BLF

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on June 13, 2024, at 9:00 a.m., or as soon thereafter as this matter may be heard, in the Courtroom of the Honorable Beth L. Freeman, located at San Jose Courthouse Courtroom 3-5th Floor, 280 South 1st Street, San Jose, California 95113, Defendant American Airlines, Inc., (hereinafter, "AA") will and hereby does move the Court for an order pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 12(b)(2) to dismiss the First Amended Complaint of Ana Maria Marcela Tavantzis, as an individual, and as Legal Guardian of Jesus Plasencia, an incapacitated person ("Plaintiffs") for lack of personal jurisdiction; and alternatively, an or order pursuant to FRCP 12(b)(6) to dismiss Count III (Breach of Contract under Texas Law) for failure to state a claim upon which relief can be granted (the "Motion").

Defendant AA's Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Law in Support of Defendant AA's Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Personal Jurisdiction and for Failure to State a Claim, the accompanying Declaration of Debra Shaffer and exhibits attached, all pleadings and papers on file in this action, and such other matters as may be presented to the Court at the time of the hearing.

## CONCISE STATEMENT OF RELIEF SOUGHT

Defendant American Airlines, Inc. respectfully requests that the Court dismiss Plaintiffs' First Amended Complaint for lack of personal jurisdiction pursuant to FRCP Rule 12(b)(2), and, alternatively, dismiss Count III (Breach of Contract under Texas Law) pursuant to FRCP Rule 12(b)(6) for failure to state a claim upon which relief can be granted. Plaintiffs' First Amended Complaint should be dismissed in its entirely, without leave to amend.

DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND FOR FAILURE TO STATE A CLAIM

Case No. 5:23-cv-05607-BLF

1    DATED:  January 16, 2024          BUCHANAN INGERSOLL & ROONEY LLP

2

3

4                                     By:  */s/ Kelly H. Kolb*
                                          KELLY H. KOLB
5                                         TIMOTHY K. DAVELER
                                          Attorneys for Defendant
6                                         AMERICAN AIRLINES, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS'
FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND FOR FAILURE TO STATE A
CLAIM
                                                              Case No. 5:23-cv-05607-BLF