UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Case No. 23-cv-05607-BLF   (SVK)<br><br>**ORDER TERMINATING MOTION TO COMPEL DEPOSITION**<br><br>Re: Dkt. No. 43 |

Before the Court is Plaintiffs' motion to compel deposition. Dkt. 43 (the "Motion"). All discovery matters in this action have been referred to the undersigned (*see* docket text at Dkt. 19), and the undersigned's Civil and Discovery Referral Matters Standing Order[1] requires the Parties to submit discovery disputes in the form of a joint submission after engaging in meet-and-confer efforts.[2] Accordingly, the Court **TERMINATES** the Motion. If Plaintiffs wish to resubmit the dispute, they must comply with the requirements of the undersigned's standing order.

**SO ORDERED.**

Dated: February 26, 2024

SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] The standing order is available at: https://www.cand.uscourts.gov/judges/van-keulen-susan-svk/.

[2] The Court recognizes that the Parties have already engaged in meet-and-confer efforts in connection with the Motion (*see* Dkt. 43-1 at 3); however, such efforts must conform to the requirements of the undersigned's standing order.