**SANJIV N. SINGH, APLC**
Sanjiv N. Singh (State Bar No. 193525)
ssingh@sanjivnsingh.com
1700 South El Camino Real, Suite 503
San Mateo, CA 94402
Telephone: (650) 389-2255

**BURNS CHAREST LLP**
Darren P. Nicholson (*pro hac vice*)
dnicholson@burnscharest.com
Hannah M. Crowe (*pro hac vice*)
hcrowe@burnscharest.com
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, as an individual, and as Legal Guardian of JESUS PLASENCIA, an incapacitated person,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Case No.: 5:23-cv-05607-BLF-SVK<br><br>**JOINT STIPULATION & [PROPOSED] ORDER REGARDING CASE MANAGEMENT**<br><br>Crtrm: 6 – 4th Floor<br>Judge: Hon. Susan van Keulen<br><br>Complaint Filed: October 31, 2023 |

1

JOINT STIPULATION & [PROPOSED] ORDER
REGARDING CASE MANAGEMENT
CASE NO. 5:23-CV-05607-BLF

Pursuant to United States District Court, Northern District of California, Civil Local Rule 6-1 (a), Defendant American Airlines, Inc. and Plaintiffs Ana Maria Marcela Tavantzis, as an individual, and as Legal Guardian of Jesus Plasencia, an incapacitated person, hereby jointly stipulate and agree to the following case schedule:

| Proposed Event | Proposed Date |
|---|---|
| Deadline for Plaintiffs to File Amended Opposition to Motion to Dismiss | May 10, 2024 |
| Deadline for Defendant to File Amended Reply in Support of Motion to Dismiss | May 17, 2024 |
| Mediation | September 16, 2024 |
| Designation of Experts for the Party with the Burden of Proof | October 2, 2024 |
| Designation of Rebuttal Experts | October 30, 2024 |
| Discovery Cut-off, including hearings | December 10, 2024 |
| Last Day to File Dispositive Motions | January 9, 2025 |
| Last Hearing Date for Dispositive Motions | February 13, 2025 |
| Pretrial Conference | May 15, 2025 |
| Trial | June 16, 2025 |

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-1(I)(3), I hereby attest that concurrence in the filing of this document has been obtained for the other signatories in this e-filed document.

DATED: 5/1/2024

By: */s/ Hannah M. Crowe*
Darren P. Nicholson *(pro hac vice)*

dnicholson@burnscharest.com
Hannah M. Crowe *(pro hac vice)*
hcrowe@burnscharest.com
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550

Sanjiv N. Singh (State Bar No. 193525)
ssingh@sanjivnsingh.com
SANJIV N. SINGH, APLC
1700 South El Camino Real, Suite 503
San Mateo, CA 94402
Telephone: (650) 389-2255

ATTORNEYS FOR PLAINTIFFS

DATED: 5/1/2024

By: */s/ Kelly H. Kolb*
Kelly H. Kolb
kelly.kolb@bipc.com
Robert Pecchio
Robert.pecchio@bipc.com
BUCHANAN INGERSOLL & ROONEY
401 E. Las Olas Blvd., Suite 2250
Fort Lauderdale, FL 33301

Timothy K. Daveler
Timothy.daveler@bipc.com
BUCHANAN INGERSOLL & ROONEY
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101

# CASE MANAGEMENT ORDER

The above JOINT STIPULATION & [PROPOSED] ORDER REGARDING CASE MANAGEMENT is approved as the Case Management Order for this case and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated:

_____
JUDGE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE