1  **SANJIV N. SINGH, APLC**
2  Sanjiv N. Singh (State Bar No. 193525)
   ssingh@sanjivnsingh.com
3  1700 South El Camino Real, Suite 503
   San Mateo, CA 94402
4  Telephone: (650) 389-2255
5
6  **BURNS CHAREST LLP**
   Darren P. Nicholson (*pro hac vice*)
7  dnicholson@burnscharest.com
   Hannah M. Crowe (*pro hac vice*)
8  hcrowe@burnscharest.com
9  900 Jackson Street, Suite 500
   Dallas, TX 75202
10 Telephone: (469) 904-4550
11
12  *Attorneys for Plaintiffs*

13              **UNITED STATES DISTRICT COURT**
14             **NORTHERN DISTRICT OF CALIFORNIA**

15 | ANA MARIA MARCELA TAVANTZIS, | Case No.: 5:23-cv-05607-BLF-SVK
16 | as an individual, and as Legal Guardian of |
   | JESUS PLASENCIA, an incapacitated | **JOINT STIPULATION &**
17 | person, | **~~[PROPOSED]~~ ORDER**
   | | **REGARDING CASE**
18 | Plaintiffs, | **MANAGEMENT**
19 | |
   | vs. | Crtrm: 6 – 4th Floor
20 | | Judge: Hon. Susan van Keulen
21 | AMERICAN AIRLINES, INC., |
   | | Complaint Filed: October 31, 2023
22 | Defendant. |
23
24
25
26
27
28

                              1

Pursuant to United States District Court, Northern District of California, Civil Local Rule 6-1 (a), Defendant American Airlines, Inc. and Plaintiffs Ana Maria Marcela Tavantzis, as an individual, and as Legal Guardian of Jesus Plasencia, an incapacitated person, hereby jointly stipulate and agree to the following case schedule:

| Proposed Event | Proposed Date |
|---|---|
| Deadline for Plaintiffs to File Amended Opposition to Motion to Dismiss | May 10, 2024 |
| Deadline for Defendant to File Amended Reply in Support of Motion to Dismiss | May 17, 2024 |
| Mediation | September 16, 2024 |
| Designation of Experts for the Party with the Burden of Proof | October 2, 2024 |
| Designation of Rebuttal Experts | October 30, 2024 |
| Discovery Cut-off, including hearings | December 10, 2024 |
| Last Day to File Dispositive Motions | January 9, 2025 |
| Last Hearing Date for Dispositive Motions | February 13, 2025 |
| Pretrial Conference | May 15, 2025 |
| Trial | June 16, 2025 |

## **ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-1(I)(3), I hereby attest that concurrence in the filing of this document has been obtained for the other signatories in this e-filed document.

DATED: 5/1/2024

By: */s/ Hannah M. Crowe*

Darren P. Nicholson *(pro hac vice)*

2

dnicholson@burnscharest.com
Hannah M. Crowe *(pro hac vice)*
hcrowe@burnscharest.com
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550

Sanjiv N. Singh (State Bar No. 193525)
ssingh@sanjivnsingh.com
SANJIV N. SINGH, APLC
1700 South El Camino Real, Suite 503
San Mateo, CA 94402
Telephone: (650) 389-2255

ATTORNEYS FOR PLAINTIFFS

DATED: 5/1/2024


By:   */s/ Kelly H. Kolb*
Kelly H. Kolb
kelly.kolb@bipc.com
Robert Pecchio
Robert.pecchio@bipc.com
BUCHANAN INGERSOLL & ROONEY
401 E. Las Olas Blvd., Suite 2250
Fort Lauderdale, FL 33301

Timothy K. Daveler
Timothy.daveler@bipc.com
BUCHANAN INGERSOLL & ROONEY
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101

JOINT STIPULATION & [PROPOSED] ORDER
REGARDING CASE MANAGEMENT
CASE NO. 5:23-CV-05607-BLF

1

2

### CASE MANAGEMENT ORDER

3       The above JOINT STIPULATION & [PROPOSED] ORDER REGARDING

4   CASE MANAGEMENT is approved as the Case Management Order for this case and

5   all parties shall comply with its provisions.

6

7       IT IS SO ORDERED.

    Dated: May 1, 2024

8                                      _____

9                                      JUDGE BETH LABSON FREEMAN
                                       UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION & [PROPOSED] ORDER
REGARDING CASE MANAGEMENT
CASE NO. 5:23-CV-05607-BLF