| | |
|---|---|
| **SANJIV N. SINGH, APLC**<br>Sanjiv N. Singh (State Bar No. 193525)<br>ssingh@sanjivnsingh.com<br>1700 South El Camino Real, Suite 503<br>San Mateo, CA 94402<br>Telephone: (650) 389-2255<br><br>**BURNS CHAREST LLP**<br>Darren P. Nicholson (*pro hac vice*)<br>dnicholson@burnscharest.com<br>Hannah M. Crowe (*pro hac vice*)<br>hcrowe@burnscharest.com<br>Anna Katherine Benedict<br>abenedict@burnscharest.com<br>900 Jackson Street, Suite 500<br>Dallas, TX 75202<br>Telephone: (469) 904-4550<br><br>*Attorneys for Plaintiffs* | **CONDON & FORSYTH LLP**<br>Ivy L. Nowinski (State Bar No.: 268564)<br>inowinski@condonlaw.com<br>1901 Avenue of the Stars, Suite 1050<br>Los Angeles, California 90067-6036<br>Telephone: (310) 557-2030<br><br>David J. Harrington (*pro hac vice*)<br>dharrington@condonlaw.com<br>William de Wolff (*pro hac vice*)<br>Email: wdewolff@condonlaw.com<br>7 Times Square, 18th Floor<br>New York, New York 10036<br>Telephone: (212) 490-9100<br><br>*Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, as an individual, and as Legal Guardian of JESUS PLASENCIA, an incapacitated person,<br><br>          Plaintiffs,<br><br>     vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>          Defendant. | Case No.: 5:23-cv-05607-NW-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING ECONOMIST DEMONSTRATIVES ADMITTED INTO EVIDENCE** |

Plaintiffs Ana Maria Marcela Tavantzis, as an individual, and as Legal Guardian of Jesus Plasencia, an incapacitated person (collectively "Plaintiffs") and Defendant American Airlines, Inc., ("Defendant" or "American") hereby submit this Joint Stipulation Regarding Economist Demonstratives Admitted into Evidence.

Pursuant to Federal Rule of Evidence 107, the parties jointly agree that the following documents will be admitted into evidence as follows:

- Dr. Charles Mahla Summary of Life Care Plan Expenses: **Plaintiffs' Exhibit 33**
- Future Care Costs for Jesus Plasencia: **Defendant's Exhibit 119**
- Summary of Economic Damages of Jesus Plasencia: **Defendant's Exhibit 120**

Dated: September 17, 2025

Respectfully submitted,

| /s/ Darren P. Nicholson | /s/ David J. Harrington |
|---|---|
| Darren P. Nicholson *(pro hac vice)* | Ivy L. Nowinski (State Bar No.: 268564) |
| dnicholson@burnscharest.com | Email: inowinski@condonlaw.com |
| Hannah M. Crowe *(pro hac vice)* | CONDON & FORSYTH LLP |
| hcrowe@burnscharest.com | 1901 Avenue of the Stars, Suite 1050 |
| Anna Katherine Benedict *(pro hac vice)* | Los Angeles, California 90067-6036 |
| abenedict@burnscharest.com | Telephone: (310) 557-2030 |
| BURNS CHAREST LLP | Facsimile: (310) 557-1299 |
| 900 Jackson Street, Suite 500 | |
| Dallas, TX 75202 | David J. Harrington *(pro hac vice)* |
| Telephone: (469) 904-4550 | Email: dharrington@condonlaw.com |
| | Willaim de Wolff *(pro hac vice)* |
| Sanjiv N. Singh (State Bar No. 193525) | Email: wdewolff@condonlaw.com |
| ssingh@sanjivnsingh.com | CONDON & FORSYTH LLP |
| SANJIV N. SINGH, APLC | 7 Times Square, 18th Floor |
| 1700 South El Camino Real, Suite 503 | New York, New York 10036 |
| San Mateo, CA 94402 | Telephone: (212) 490-9100 |
| Telephone: (650) 389-2255 | Facsimile: (212) 370-4453 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

### CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

*/s/ Hannah M. Crowe*
Hannah M. Crowe