<u>**Tavantzis v. American Airlines, Case No. 23-cv-05607**</u>

**<u>VERDICT FORM</u>**

> **INSTRUCTIONS**: Read this form carefully. You must answer the questions in order. Your answers must be unanimous, meaning all jurors must agree on the answer to each question. After you have answered a question, follow the directions that explain what to do next. Do not skip a question unless the directions tell you to do so. Once you are instructed to date and sign the Verdict Form, have the foreperson do so, and notify the Court that you are ready to return your verdict.

1. Did Plaintiffs prove by a preponderance of the evidence that either of the following was an accident (meaning an unexpected or unusual event or happening, that was external to Plaintiffs) that caused Jesus Plasencia's injuries?

    (A) American Airlines' failure to follow industry standards or American Airlines' written policies and procedures in its flight operations manual and inflight manual with respect to Plaintiffs prior to the departure of Flight 68 from Miami, Florida, to Madrid, Spain, on November 8, 2021; or,

    (B) American Airlines' failure to follow industry standards or American Airlines' written policies and procedures in its flight operations manual and inflight manual with respect to Plaintiffs approximately an hour and a half into Flight 68 that departed from Miami, Florida, on November 8, 2021.

    **YES** ✓       **NO** _____

    If you answered **YES, GO TO** Question 2.

    If you answered **NO, STOP.** Answer no further questions. Date and sign the Verdict Form.

1

2. Did American Airlines prove by a preponderance of the evidence that Plaintiffs' negligence, or other wrongful act or omission, wholly caused Jesus Plasencia's injuries?

**YES** _____    **NO** ___✓___

If you answered **NO, GO TO** Question 3.

If you answered **YES, STOP**. Answer no further questions. Date and sign the Verdict Form.


3. Did American Airlines prove by a preponderance of the evidence that Plaintiffs' negligence, or other wrongful act or omission, contributed to Jesus Plasencia's injuries?

**YES** ___✓___    **NO** _____

If you answered **YES, GO TO** Question 4.

If you answered **NO, GO TO** Question 5.


4. What percentage of responsibility for Jesus Plasencia's injuries do you assign to Plaintiffs? Your number must be more than 0 and less than 100%.

__27.5__ %

**GO TO** Question 5.

5. Did American Airlines prove by a preponderance of the evidence that Jesus Plasencia's injuries were not caused by the negligence, or other wrongful act or omission, of American Airlines, its servants or agents?

**YES** _____          **NO** ✓_____

**GO TO** Question 6.

6. Did American Airlines prove by a preponderance of the evidence that Jesus Plasencia's injuries were solely caused by the negligence or other wrongful act or omission of a third party, meaning someone other than Plaintiffs or American Airlines?

**YES** _____          **NO** ✓_____

**GO TO** Question 7.

7. What are Jesus Plasencia's damages?

| | |
|---|---|
| Past medical and caregiving expenses from the November 8, 2021 Flight to the date of the verdict: | $ 699,861.51 |
| Future medical and caregiving expenses from the date of the verdict: | $ 6,582,662 |
| Past mental anguish, suffering, and emotional distress from the November 8, 2021 Flight to the date of the verdict: | $ 800,000 |
| Future mental anguish, suffering, and emotional distress from the date of the verdict: | $ 3,200,000 |

**GO TO** Question 8.

3

8. What are Marcela Tavantzis's damages?

| | |
|---|---|
| Loss of Jesus Plasencia's love, companionship, comfort, care, assistance, protection, affection, society, moral support, and intimate relations from the November 8, 2021 Flight to the date of the verdict: | $ 400,000 |
| Loss of Jesus Plasencia's love, companionship, comfort, care, assistance, protection, affection, society, moral support, and intimate relations from the date of the verdict: | $ 1,600,000 |

Date and sign the Verdict Form.

Date: Sept. 17, 2025        Sign: _____
                                    Jury Foreperson

Notify the Court that you are ready to return your verdict.

4