UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**Tavantzis v. American Airlines, Inc.** *Case No.* **5:23-cv-05607-NW**

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 1

The Jury has the following question:

We are unable to locate either of the two lifecare plans or present value calculations. May we have copies of these?

Date: 9/17/2025

Signature of Juror
Chris Colohan

Response from the Court:

Date: _____

Noël Wise
United States District Judge