# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, as an individual, and as Legal Guardian of JESUS PLASENCIA, an incapacitated person,<br><br>            Plaintiffs,<br><br>    vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>            Defendant. | Case No.: 5:23-cv-05607-NW-SVK<br><br>[PROPOSED] FINAL JUDGMENT IN A CIVIL ACTION |

This action was tried by a jury with the Honorable Noël Wise presiding, and the jury has rendered its verdict.

IT IS HEREBY ORDERED that Plaintiffs Ana Maria Marcela Tavantzis, individually, and as the Legal Guardian of Jesus Plasencia ("Plaintiffs") recover from Defendant American Airlines Inc.'s the amount of Eleven Million Sixty Two Thousand One Hundred One Dollars and Seventy Seven Cents ($11,062,101.77), which includes prejudgment interest at the rate of 3.65%, plus post judgment interest at the rate of 3.65% per annum, which shall be compounded annually.

Plaintiffs are further awarded costs and shall file a bill of costs pursuant to Local Rule 54(1)(a).

Dated: <u>September 29, 2025</u>

_____
Honorable Noël Wise
United States District Judge