UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, as an individual, and as Legal Guardian of JESUS PLASENCIA, an incapacitated person,<br><br>    Plaintiff,<br><br>vs<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant. | Case No. 5:23-cv-05607-NW-SVK<br><br>**[PROPOSED] JUDGMENT** |

    This action was tried by jury with the Hon. Noël Wise presiding. The jury rendered a verdict in the amount of $9,629,829.55.

    The Court hereby enters judgment in favor of Plaintiffs in the amount of $9,629,829.55. Plaintiffs' request for prejudgment interest is denied. Postjudgment interest will be assessed at the rate of 3.65% per annum, the rate agreed by Plaintiffs and Defendant.

**IT IS SO ORDERED.**

DATED: _____           _____
                                                      Honorable Noël Wise
                                                      United States District Court Judge