# PROOF OF SERVICE

**STATE OF CALIFORNIA COUNTY OF LOS ANGELES**

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 1050, Los Angeles, California 90067-6036. On October 3, 2025, I served the within document as follows:

**OPPOSITION OF DEFENDANT AMERICAN AIRLINES, INC. TO PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT; [PROPOSED] JUDGMENT**

☐ **(By Facsimile):** I caused the above-referenced document(s) to be transmitted by facsimile machine to the person(s) at the address(es) set forth below.

☐ **(By Mail):** As Follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing to the person(s) at the address(es) set forth below. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **(By Personal Service)**: I caused the above-referenced document(s) to be personally delivered by hand to the person(s) at the address(es) set forth below.

☒ **(By Electronic Service)**: I caused the above-referenced document(s) to be delivered by the Court's CM/ECF system to the e-mail address of the person(s) on record with the Court in this matter as set forth below.

    Sanjiv N. Singh
    SANJIV N. SINGH, APLC
    1700 South El Camino Real, Suite 503
    San Mateo, California 94402
    Telephone: (650) 389-2255
    E-mail: ssingh@sanjivnsingh.com

    Darren P. Nicholson
    Hannah M. Crowe
    BURNS CHARLES LLP
    900 Jackson Street, Suite 500
    Dallas, TX 75202
    Telephone: (469) 904-4550
    Email: dnicholson@burnscharest.com; hcrowe@burnscharest.com

    *Attorneys for Plaintiffs*

**(Federal)**: I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 3, 2025, at Los Angeles, California.

*/s/ Hannah Beck-Kilps*
Hannah Beck-Kilps

-PROOF OF SERVICE-