Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

- and -

David J. Harrington (*Pro Hac Vice*)
Email: dharrington@condonlaw.com
William de Wolff (*Pro Hac Vice*)
Email: wdewolff@condonlaw.com
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANA MARIA MARCELA TAVANTZIS, as an individual, and as Legal Guardian of JESUS PLASENCIA, an incapacitated person,

Plaintiff,

vs

AMERICAN AIRLINES, INC.,

Defendant.

Case No. 5:23-cv-05607-NW-SVK

**DECLARATION OF IVY L. NOWINSKI IN SUPPORT OF OPPOSITION OF DEFENDANT AMERICAN AIRLINES, INC. TO PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT**

I, Ivy L. Nowinski, declare as follows:

1. I am a partner with the law firm of Condon & Forsyth, LLP, counsel of record for American Airlines, Inc. ("American Airlines"). I have personal knowledge of the facts stated in this declaration, and if called as a witness could competently testify thereto.

DECLARATION OF IVY L. NOWINSKI IN SUPPORT OF
OPPOSITION OF AMERICAN AIRLINES, INC. TO
PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT
CASE NO.: 5:23-cv-05607-NW-SVK

2.      This declaration is submitted in support of American Airlines' Opposition to Plaintiffs' Motion for Entry of Judgment, including Plaintiffs' request for prejudgment interest on the entire amount of the jury verdict in this matter, including economic and non-economic damages, past and future.

3.      Plaintiffs filed this lawsuit on October 31, 2023.  ECF No. 1.

4.      Plaintiffs' original Complaint does not contain any statement quantifying Plaintiffs' damages, either economic or non-economic, past or future.

5.      Plaintiffs' original Complaint also does not reference prejudgment interest.

6.      On December 19, 2023, Plaintiffs filed their First Amended Complaint.  ECF No. 24.

7.      Plaintiffs' First Amended Complaint does not contain any statement quantifying Plaintiffs' damages, either economic or non-economic, past or future.

8.      Plaintiffs' First Amended Complaint also does not reference prejudgment interest.

9.      On August 19, 2024, Plaintiffs filed their Second Amended Complaint and Demand for Jury Trial, which is currently the operative pleading.  ECF No. ECF No. 85.

10.     Plaintiffs' Second Amended Complaint also does not contain any statement quantifying Plaintiffs' damages, either economic or non-economic, past or future.

11.     Plaintiffs' Second Amended Complaint does reference prejudgment interest. Plaintiffs' Second Amended Complaint seeks prejudgment interest under a Texas statute in connection only with Plaintiff's cause of action for breach of contract.  *Id.* at ¶ 146.  ("Plaintiffs seek and demand is hereby made for prejudgment interest for Defendant's breach of the AA Contract pursuant to Chapter 304 of the Texas Finance Code.").

12.     Plaintiffs did not seek prejudgment interest in connection with any other claim asserted in their Second Amended Complaint, including their cause of action arising under the Montreal Convention, which was ultimately the sole claim tried in this action.

13.     Plaintiffs' claim for breach of contract was dismissed by this Court prior to trial on May 7, 2025, and was not tried to jury verdict.  ECF No. 132.

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067
Telephone: (310) 557-2030

DECLARATION OF IVY L. NOWINSKI IN SUPPORT OF OPPOSITION OF AMERICAN AIRLINES, INC. TO PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT
CASE NO.: 5:23-cv-05607-NW-SVK

- 2 -

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067
Telephone: (310) 557-2030

14. Plaintiffs were required to set forth a detailed computation of damages in their initial disclosures pursuant to Rule 26(a)(1)(A)(iii).

15. Plaintiffs served their initial disclosures pursuant to Rule 26(a)(1)(A) on January 22, 2024, and did not provide any computation of damages, whatsoever. A true and correct copy of Plaintiffs' initial disclosures is attached hereto as Exhibit A.

16. In their initial disclosures, Plaintiffs stated as follows:

> As set forth in the First Amended Complaint, Plaintiffs seek an award for all permissible damages under the governing law, including damages under the Montreal Convention for past and future lost earnings, past and future lost accumulations, past and future medical expenses, mental anguish and suffering, and loss of consortium. Plaintiffs also seek breach of contract damages in the form of financial hardship, lost interest, increased costs and expenses, and attorney's fees. Plaintiffs hereby reserve the right to supplement this initial disclosure upon completion of their ongoing evaluation of damages to Plaintiffs. Any expert analysis concerning Plaintiffs' economic damages will be supplied in connection with any deadlines established by Rule 26(a)(2), the Court, or as otherwise appropriate.

17. Plaintiffs have never served an amended or supplemental initial disclosure pursuant to Rule 26(a)(1)(A).

18. On April 17, 2024, American Airlines served its first set of special interrogatories on Plaintiffs, a true and correct copy of which is attached hereto as Exhibit B.

19. Interrogatory No. 6 requested the following information:

> Please itemize and state each item of damages, including economic, compensatory, legal fees, expert fees, etc., you claim are directly or indirectly attributable to and/or caused by the incident made the basis of this lawsuit and any act or omission of Defendant. Include in your answer the factual basis for each item of damages, and an explanation (i.e., formula, method of calculation, underlying hypotheses and assumptions, etc.) of how you computed each item of damages, including any mathematical formula used.

20. On May 17, 2024, Plaintiffs served their responses to American Airlines' interrogatories, a true and correct copy of which is attached hereto as Exhibit C. In response to

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067
Telephone: (310) 557-2030

Interrogatory No. 6, Plaintiffs stated as follows:

> Plaintiffs object to this Interrogatory to the extent it requires a calculation of damages **that are not amenable to calculation because they are committed to the discretion of the trier of fact**. Plaintiffs seek the damages as alleged in the complaint, including pain, suffering, mental anguish, and all other damages available in law. Plaintiffs further object to this Interrogatory as premature and subject to expert discovery, which is ongoing.
>
> Pursuant to Fed. R. Civ. Pr. 33(a)(2) contention interrogatories are not ordinarily answered until discovery is complete. In accordance with the Court's May 1, 2024, Case Management Order, Plaintiffs advise that they will provide expert reports on or before October 2, 2024, which will delineate and itemize the calculable damages Plaintiffs seek including the factual basis and any method of calculation. Plaintiffs further advise that they will produce any documents on which their experts rely to perform these calculations. Without waiver of the foregoing, Plaintiffs contend they are entitled to damages (i) under the Montreal Convention for the bodily injury sustained by Mr. Plasencia on AA Flight 68; (ii) for loss of consortium and other non-pecuniary damages; (iii) for the full value of Plaintiffs' $226,200 in special drawing rights; and (iv) for continuing and ongoing damages incurred as a result of Defendant's breach of contract and repudiation of contract, including attorney's fees. Each and every one of these damages figures are too premature for any reasonable or accurate calculation, and attorney's fees are ongoing.

21. Accordingly, Plaintiffs have admitted by way of judicially binding discovery responses that their damages asserted herein are unliquidated and "**not amenable to calculation because they are committed to the discretion of the trier of fact**." *Id.*

22. On July 24, 2024, Plaintiffs served amended responses to American Airlines' First Set of Interrogatories. The response to Interrogatory No. 6 was not changed in any way.

23. Plaintiffs served their expert disclosures in this matter on October 2, 2024. Included in Plaintiffs' expert disclosures was a report from retained economist Charles Mahla, PhD, who provided opinions that the total cost of Mr. Plasencia's future care has a present value of $6,592,289. Plaintiffs' expert disclosures and reports did not provide any computation of Plaintiffs' past economic damages.

24. American Airlines did not receive any type of calculation or computation of Mr. Plasencia's past economic damages from Plaintiffs until the time of drafting of the Final Pretrial Conference Statement in August 2025.

25. In the Final Pretrial Conference Statement, Plaintiffs provided their first computation of Mr. Plasencia's past economic damages, which they calculated to be $699,832.

26. The Final Pretrial Conference Statement was filed on August 13, 2025, less than one month prior to jury trial. ECF No. 146, p. 3, ll. 11-12.

27. The Final Pretrial Conference Statement does not make any reference to prejudgment interest or otherwise include this as an item of damages sought by Plaintiffs. ECF No. 146.

28. Plaintiffs also did not include a jury instruction on this issue among their submissions to the Court.

29. American Airlines was apprised for the first time that Plaintiffs were seeking prejudgment interest on their unliquidated personal injury damage award, both economic and non-economic, past and future, when this motion was filed on September 19, 2025.

30. I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on this 3rd day of October, 2025, at Sacramento, California.

Ivy L. Nowinski

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067
Telephone: (310) 557-2030

DECLARATION OF IVY L. NOWINSKI IN SUPPORT OF OPPOSITION OF AMERICAN AIRLINES, INC. TO PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT
CASE NO.: 5:23-cv-05607-NW-SVK

- 5 -

# PROOF OF SERVICE

**STATE OF CALIFORNIA COUNTY OF LOS ANGELES**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 1050, Los Angeles, California 90067-6036. On October 3, 2025, I served the within document as follows:

**DECLARATION OF IVY L. NOWINSKI IN SUPPORT OF OPPOSITION OF DEFENDANT AMERICAN AIRLINES, INC. TO PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT;**

☐ **(By Facsimile):** I caused the above-referenced document(s) to be transmitted by facsimile machine to the person(s) at the address(es) set forth below.

☐ **(By Mail):** As Follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing to the person(s) at the address(es) set forth below. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **(By Personal Service)**: I caused the above-referenced document(s) to be personally delivered by hand to the person(s) at the address(es) set forth below.

☒ **(By Electronic Service)**: I caused the above-referenced document(s) to be delivered by the Court's CM/ECF system to the e-mail address of the person(s) on record with the Court in this matter as set forth below.

Sanjiv N. Singh
SANJIV N. SINGH, APLC
1700 South El Camino Real, Suite 503
San Mateo, California 94402
Telephone: (650) 389-2255
E-mail: ssingh@sanjivnsingh.com

Darren P. Nicholson
Hannah M. Crowe
BURNS CHARLES LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Email: dnicholson@burnscharest.com; hcrowe@burnscharest.com

*Attorneys for Plaintiffs*

**(Federal)**: I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 3, 2025, at Los Angeles, California.

Hannah Beck-Kilps