**SANJIV N. SINGH, APLC**
Sanjiv N. Singh (State Bar No. 193525)
ssingh@sanjivnsingh.com
1700 South El Camino Real, Suite 503
San Mateo, CA 94402
Telephone: (650) 389-2255

**BURNS CHAREST LLP**
Darren P. Nicholson (*pro hac vice*)
dnicholson@burnscharest.com
Hannah M. Crowe (*pro hac vice*)
hcrowe@burnscharest.com
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, as an individual, and as Legal Guardian of JESUS PLASENCIA, an incapacitated person,<br><br>        Plaintiffs,<br><br>    vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>        Defendants. | Case No.: 5:23-cv-05607-NW-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' NOTICE OF DEATH OF JESUS PLASENCIA AND MOTION FOR SUBSTITUTION OF PROPER PARTY** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This Matter, having come before the Court on Plaintiffs' Notice of Death of Jesus Plasencia and Motion for Substitution of Proper Party, and it appearing upon argument of counsel and for good cause shown that the Motion should be granted in its entirety,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Substitution of Proper Party is GRANTED.

Dated: _____.

_____
Honorable Noël Wise
United States District Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' NOTICE OF DEATH OF JESUS PLASENCIA AND MOTION FOR SUBSTITUTION OF PROPER PARTY
CASE NO.: 5:23-CV-05607-NW-SVK