**SANJIV N. SINGH, APLC**
Sanjiv N. Singh (State Bar No. 193525)
ssingh@sanjivnsingh.com
1700 South El Camino Real, Suite 503
San Mateo, CA 94402
Telephone: (650) 389-2255

**BURNS CHAREST LLP**
Darren P. Nicholson (*pro hac vice*)
dnicholson@burnscharest.com
Hannah M. Crowe (*pro hac vice*)
hcrowe@burnscharest.com
Anna Katherine Benedict (*pro hac vice*)
abenedict@burnscharest.com
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, as an individual, and as Legal Guardian of JESUS PLASENCIA, an incapacitated person,<br><br>    Plaintiffs,<br><br>    vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant. | Case No.: 5:23-cv-05607-NW-SVK<br><br>**DECLARATION OF HANNAH M. CROWE IN SUPPORT OF PLAINTIFFS' NOTICE OF DEATH OF JESUS PLASENCIA AND MOTION FOR SUBSTITUTION OF PROPER PARTY** |

I, Hannah M. Crowe, declare:

1. I am an attorney with the law firm of Burns Charest LLP, attorneys of record for Plaintiff Ana Maria Marcela Tavantzis, as an individual, and as Legal Guardian of Jesus Plasencia ("Plaintiffs").

2. The facts contained in this declaration are based on my own personal knowledge and, if called as a witness, I could testify competently thereto.

3. Jesus Plasencia, the Plaintiff represented by Ana Maria Marcela Tavantzis as his Legal Guardian, died on October 11, 2025. A true and correct copy of Jesus Plasencia's death certificate is attached as Exhibit 1 and incorporated herein. Jesus Plasencia is also known as Jesus Alfredo Plasencia, the name that appears on the death certificate.

4. On November 19, 2019, Jesus Plasencia executed his last Will. A true and correct copy of the Last Will of Jesus Plasencia is attached as Exhibit 2 and incorporated herein. In his Will, Jesus Plasencia nominated his wife, A. Marcela Tavantzis, also known as Ana Maria Marcela Tavantzis, as Executor of his Will. Ex. 2, Sec. 4.1, pg. 2.

5. On November 19, 2019, Jesus Plasencia and Ana Maria Marcela Tavantzis executed the Plasencia Tavantzis Trust (the "Trust"). A copy of the relevant portions of the Plasencia Tavantzis Trust dated November 19, 2019 is attached as Exhibit 3 and incorporated herein. Upon its execution, Jesus Plasencia and Ana Maria Marcela Tavantzis became Co-Trustees and the beneficiaries of the Trust.

6. When Jesus Plasencia became incapacitated, Ana Maria Marcela Tavantzis became sole Trustee of the Trust. (Ex. 3, Sec. 8.1(a), pg. 14.)

7. When Jesus Plasencia died, the Trust instructs the Trustee to distribute the trust estate to the "Survivor's Trust". (Ex. 3, Sec. 6.3, pg. 10.) Ana Maria Marcela Tavantzis, as the surviving spouse, is the sole, current beneficiary of the Survivor's Trust. (Ex. 3, Sec. 7.1, pg. 11.) The title of the Trust will not change to the Survivor's Trust because the Survivor's Trust is the only trust established on Jesus Plasencia's death. (Ex. 3, Sec. 6.6, pg. 11.)

DECLARATION OF HANNAH M. CROWE IN SUPPORT OF PLAINTIFFS'
NOTICE OF DEATH OF JESUS PLASENCIA
AND MOTION FOR SUBSTITUTION OF PROPER PARTY
CASE NO.: 5:23-cv-05607-NW-SVK

8.    Jesus Plasencia, in his Will, gives his entire estate to "the trustee of the Plasencia Tavantzis Trust Dated November 19, 2019". (Ex. 2, Sec. 2.1, pg. 1.). Ana Maria Marcela Tavantzis is the Trustee of the Plasencia Tavantzis Trust Dated November 19, 2019.

9.    As Trustee, Ana Maria Marcela Tavantzis has the power to prosecute and defend "actions, claims, or proceedings of whatever kind" and to "prosecute any claim in favor of the trust," including settling the claim. (Ex. 3, pg. 17, Sec. (xiv) and (xv)).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 17, 2025                    Respectfully submitted,


                                            */s/ Hannah M. Crowe*
                                            Darren P. Nicholson (*pro hac vice*)
                                            dnicholson@burnscharest.com
                                            Hannah M. Crowe (*pro hac vice*)
                                            hcrowe@burnscharest.com
                                            Anna Katherine Benedict (*pro hac vice*)
                                            abenedict@burnscharest.com
                                            **BURNS CHAREST LLP**
                                            900 Jackson Street, Suite 500
                                            Dallas, TX 75202
                                            Telephone: (469) 904-4550

                                            Sanjiv N. Singh (State Bar No. 193525)
                                            ssingh@sanjivnsingh.com
                                            **SANJIV N. SINGH, APLC**
                                            1700 South El Camino Real, Suite 503
                                            San Mateo, CA 94402
                                            Telephone: (650) 389-2255

                                            *Attorneys for Plaintiffs*

DECLARATION OF HANNAH M. CROWE IN SUPPORT OF PLAINTIFFS'
NOTICE OF DEATH OF JESUS PLASENCIA
AND MOTION FOR SUBSTITUTION OF PROPER PARTY
CASE NO.: 5:23-cv-05607-NW-SVK

## <u>CERFICATE OF SERVICE</u>

I hereby certify that on November 17, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.


Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

David J. Harrington (*pro hac vice*)
Email: dharrington@condonlaw.com
William deWolff (*pro hac vice*)
Email: wdewolff@condonlaw.com
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453

Attorneys for Defendant
AMERICAN AIRLINES, INC.

/s/ *Hannah M. Crowe*
Hannah M. Crowe

DECLARATION OF HANNAH M. CROWE IN SUPPORT OF PLAINTIFFS'
NOTICE OF DEATH OF JESUS PLASENCIA
AND MOTION FOR SUBSTITUTION OF PROPER PARTY
CASE NO.: 5:23-cv-05607-NW-SVK