Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

-and-

David J. Harrington (*pro hac vice*)
Email: dharrington@condonlaw.com
William de Wolff (*pro hac vice*)
Email: wdewolff@condonlaw.com
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, AS AN INDIVIDUAL, AND AS LEGAL GUARDIAN OF JESUS PLASENCIA, AN INCAPACITATED PERSON,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.<br><br>Defendant. | Case No. 5:23-cv-05607-NW-SVK<br><br>**NOTICE OF INTENT TO OPPOSE PLAINTIFF'S FRCP 25 MOTION AND REQUEST FOR SCHEDULE** |

American Airlines, Inc. (hereinafter "American Airlines"), by and through its attorneys Condon & Forsyth LLP, intends to oppose plaintiffs' motion to substitute Tavantzis as "Trustee of the Plasencia Tavantzis Trust Dated November 19, 2019" to the extent that certain claims for future damages do not survive the death of Jesus Placencia and should be vacated and/or stricken from the Verdict Form (D.E. 201). American Airlines also intends to file its own Motion to address these issues.

According to the death certificate that was just filed with the Court (D.E. 222-1), Mr. Plasencia passed away on October 11, 2025. Despite the hearing that was originally scheduled for November 19 on the pending motion for pre-judgment interest, plaintiffs' counsel did not inform us until November 14 that Mr. Plasencia had passed away – over one month since his death.

American Airlines requests that the entry of final judgment be stayed until Plaintiff's forthcoming motion, and all issues regarding what portions of the Verdict Form survive Mr. Plasencia's death, are resolved. Further, we request a briefing schedule to oppose plaintiffs' Rule 25 motion.

Dated: 11/17/2025

CONDON & FORSYTH LLP

By:_____
DAVID J. HARRINGTON
IVY L. NOWINSKI
WILLIAM DE WOLFF
CONDON & FORSYTH LLP
7 TIMES SQUARE, 18TH FLOOR
NEW YORK, NY 10036
TELEPHONE: (212) 490-9100
FACSIMILE: (212) 370-4453

Attorneys for Defendant
American Airlines, Inc.

-2-
NOTICE OF INTENT TO OPPOSE PLAINTIFF'S FRCP RULE 25 MOTION AND REQUEST FOR A BRIEFING SCHEDULE
5:23-cv-05607-NW-SVK
4927-9243-7114v.2

# PROOF OF SERVICE

**STATE OF CALIFORNIA COUNTY OF LOS ANGELES**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 1050, Los Angeles, California 90067-6036. On November 17, 2025, I served the within document as follows:

**NOTICE OF INTENT TO OPPOSE PLAINTIFF'S FRCP 25 MOTION AND REQUEST FOR SCHEDULE;**

☐ **(By Facsimile):** I caused the above-referenced document(s) to be transmitted by facsimile machine to the person(s) at the address(es) set forth below.

☐ **(By Mail):** As Follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing to the person(s) at the address(es) set forth below. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **(By Personal Service)**: I caused the above-referenced document(s) to be personally delivered by hand to the person(s) at the address(es) set forth below.

☒ **(By Electronic Service)**: I caused the above-referenced document(s) to be delivered by the Court's CM/ECF system to the e-mail address of the person(s) on record with the Court in this matter as set forth below.

Sanjiv N. Singh
SANJIV N. SINGH, APLC
1700 South El Camino Real, Suite 503
San Mateo, California 94402
Telephone: (650) 389-2255
E-mail: ssingh@sanjivnsingh.com

Darren P. Nicholson
Hannah M. Crowe
BURNS CHARLES LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Email: dnicholson@burnscharest.com; hcrowe@burnscharest.com

*Attorneys for Plaintiffs*

**(Federal)**:  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 17, 2025, at Los Angeles, California.

_____
Hannah Beck-Kilps

-PROOF OF SERVICE-