**SANJIV N. SINGH, APLC**
Sanjiv N. Singh (State Bar No. 193525)
ssingh@sanjivnsingh.com
1700 South El Camino Real, Suite 503
San Mateo, CA 94402
Telephone: (650) 389-2255

**BURNS CHAREST LLP**
Darren P. Nicholson (*pro hac vice*)
dnicholson@burnscharest.com
Hannah M. Crowe (*pro hac vice*)
hcrowe@burnscharest.com
Anna Katherine Benedict (*pro hac vice*)
abenedict@burnscharest.com
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, as an individual, and as Legal Guardian of JESUS PLASENCIA, an incapacitated person,<br><br>    Plaintiffs,<br><br>    vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant. | Case No.: 5:23-cv-05607-NW-SVK<br><br>**NOTICE OF WITHDRAWAL OF MOTION WITHOUT PREJUDICE** |

1  As discussed at the November 19, 2025, status conference and in light of the
2  pending Moton for Substitution of Proper Party (Dkt. 221), Plaintiffs respectfully
3  withdraw the pending Motion for Entry of Judgment (Dkt. 209) without prejudice.
4
5  Dated: November 20, 2025            Respectfully submitted,
6
7                                      /s/ Hannah M. Crowe
                                       Darren P. Nicholson (*pro hac vice*)
8                                      dnicholson@burnscharest.com
9                                      Hannah M. Crowe (*pro hac vice*)
                                       hcrowe@burnscharest.com
10                                     Anna Katherine Benedict (*pro hac vice*)
11                                     abenedict@burnscharest.com
                                       **BURNS CHAREST LLP**
12                                     900 Jackson Street, Suite 500
13                                     Dallas, TX 75202
                                       Telephone: (469) 904-4550
14
15                                     Sanjiv N. Singh (State Bar No. 193525)
16                                     ssingh@sanjivnsingh.com
                                       **SANJIV N. SINGH, APLC**
17                                     1700 South El Camino Real, Suite 503
18                                     San Mateo, CA 94402
                                       Telephone: (650) 389-2255
19
20                                     *Attorneys for Plaintiffs*

## CERFICATE OF SERVICE

I hereby certify that on November 20, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

David J. Harrington (*pro hac vice*)
Email: dharrington@condonlaw.com
William deWolff (*pro hac vice*)
Email: wdewolff@condonlaw.com
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453

Attorneys for Defendant
AMERICAN AIRLINES, INC.

                                        */s/ Hannah M. Crowe*
                                        Hannah M. Crowe