Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299

 - and -

David J. Harrington (*Pro Hac Vice*)
Email: dharrington@condonlaw.com
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
Telephone: (212) 490-9100
Facsimile:  (212) 370-4453

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, as an individual, and as Legal Guardian of JESUS PLASENCIA, an incapacitated person,<br><br>Plaintiff,<br><br>vs<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendants. | Case No. 5:23-cv-05607-NW-SVK<br><br>**REPORT OF DEFENDANT AMERICAN AIRLINES, INC. FOLLOWING NOVEMBER 19, 2025 STATUS CONFERENCE** |

Defendant American Airlines, Inc. (hereinafter "American Airlines"), by and through its attorneys of record, Condon & Forsyth LLP, hereby submits this Report at the request of the Court following the November 19, 2025 Status Conference in this matter.

**Preliminary Statement:**

Preliminarily, American Airlines notes that it is submitting this Report on its own behalf,

only, and not as a Joint Report, as it was unable to timely obtain agreement with counsel for Plaintiff Marcela Tavantzis ("Plaintiff") on the content of a Joint Report.

**Plaintiff's Proposed Amended Motions:**

Plaintiff has advised counsel for American Airlines that she intends to file (1) an amended Motion to Substitute pursuant to Rule 25 of the Federal Rules of Civil Procedure to address the deficiencies noted by American Airlines at the November 19, 2025 Status Conference; and (2) an amended Motion for Entry of Judgment. Plaintiff has advised that she intends to file both Motions on December 1, 2025.

**American Airlines' Objections to Plaintiff's Proposed Amended Motions:**

It is American Airlines' position that the filing of a Motion for Entry of Judgment is improper for two reasons. First, the Court lacks jurisdiction to rule on such a motion until a proper party has been substituted to stand in the shoes of Mr. Plasencia in light of his October 11, 2025 death. Second, the Court requested Plaintiff to withdraw her prior Motion for Entry of Judgment pending resolution of the issues relating to Plaintiff's death at the November 19, 2025 Status Conference, and Plaintiff's proposed filing appears to contradict the Court's request. American Airlines objects to Plaintiff's proposed amended Motions on these dual bases, and on the additional grounds that they do not comport with the Court's instructions to the parties to engage in meaningful settlement discussions prior to additional potentially unnecessary motion practice, with resulting costs and attorney's fees, and undue burden on the Court.

**Alternative Dispute Resolution:**

As to the status of alternative dispute resolution, American Airlines understands that it is Plaintiff's position that she cannot engage in settlement negotiations until a proper party is substituted for Mr. Plasencia's claims. American Airlines disagrees with Plaintiff's position in this regard and has advised Plaintiff that any settlement reached in the course of a settlement conference or mediation would moot American Airlines' objections to Plaintiff's Rule 25 Motion.

American Airlines remains open to engaging in good-faith settlement negotiations with a mediator or Magistrate Judge, preferably Magistrate Judge Spero, prior to the completion of any

1  further formal briefing or decision on Plaintiff's contemplated motions. It is American Airlines'
2  position that proceeding to alternative dispute resolution without formal briefing and decision on
3  these pending issues is preferable, both in order to save costs and burden on the Court, and
4  because the issues before the Court are issues of first impression, with relevant authority going
5  both ways. The unique procedural posture of the case creates significant risk for both parties,
6  resulting in a substantial potential benefit to both parties from expeditious alternative dispute
7  resolution.

After the Court issues a dispositive decision on Plaintiff's Rule 25 Motion to Substitute and/or Plaintiffs renewed Motion for Entry of Judgment and/or American's Motion to Strike the Jury Verdict, this issue would be temporarily resolved, and the parties' settlement motivations would be driven solely by the expense, length, and merits of an appeal. Accordingly, American would like to complete an in-person mediation or settlement conference to be conducted no later than January 15, 2026.

**American Airlines' Proposed Briefing Schedule:**

If alternative dispute resolution is unsuccessful, American Airlines proposes that Plaintiff file her proposed amended Rule 25 Motion to Substitute by no later than January 30, 2025, with American Airlines' Opposition due February 13, 2025, and Plaintiff's Reply due February 20, 2025, with oral argument on the Motion to Substitute to be set at a date that is convenient for the Court.

It is American Airlines' position that after the Court issues its opinion on Plaintiff's Rule 25 Motion to Substitute, at which point the Court will again have jurisdiction to proceed with substantive motions, the parties should file their respective Motions for Entry of Judgment (Plaintiff) and Motion to Strike Portions of Jury Verdict (American), to the extent these decisions have not been rendered moot by the Court's decision on the Rule 25 Motion to Substitute. American Airlines is amenable to a similar briefing schedule for these additional contemplated motions.

| | | |
|---|---|---|
| 1 | Dated: November 24, 2025 | CONDON & FORSYTH LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | |     IVY L. NOWINSKI |
| 5 | | -and- |
| | | DAVID J. HARRINGTON |
| 6 | | CONDON & FORSYTH LLP |
| 7 | | 7 Times Square, 18th Floor |
| | | New York, NY 10036 |
| 8 | | Telephone: (212) 490-9100 |
| | | Facsimile: (212) 370-4453 |
| 9 | | Attorneys for Defendant |
| 10 | | AMERICAN AIRLINES, INC. |

Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067
Telephone: (310) 557-2030

REPORT OF AMERICAN AIRLINES, INC. FOLLOWING NOVEMBER 19, 2025 STATUS CONFERENCE
CASE NO.: 5:23-cv-05607-NW-SVK

- 4 -

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067
Telephone: (310) 557-2030

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

Sanjiv N. Singh
SANJIV N. SINGH, APLC
1700 South El Camino Real, Suite 503
San Mateo, California 94402
Telephone: (650) 389-2255
E-mail: ssingh@sanjivnsingh.com

Darren P. Nicholson
Hannah M. Crowe
BURNS CHARLES LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Email: dnicholson@burnscharest.com;
hcrowe@burnscharest.com

*Attorneys for Plaintiff*

Ivy L. Nowinski