**SANJIV N. SINGH, APLC**
Sanjiv N. Singh (State Bar No. 193525)
ssingh@sanjivnsingh.com
1700 South El Camino Real, Suite 503
San Mateo, CA 94402
Telephone: (650) 389-2255

**BURNS CHAREST LLP**
Darren P. Nicholson (*pro hac vice*)
dnicholson@burnscharest.com
Hannah M. Crowe (*pro hac vice*)
hcrowe@burnscharest.com
Anna Katherine Benedict (*pro hac vice*)
abenedict@burnscharest.com
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, as an individual, and as Legal Guardian of JESUS PLASENCIA, an incapacitated person,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Case No.: 5:23-cv-05607-NW-SVK<br><br>**DECLARATION OF ANA MARIA MARCELA TAVANTZIS** |

I, Ana Maria Marcela Tavantzis, declare as follows:

1. The facts contained in this declaration are based on my own personal knowledge and, if called as a witness, I could testify competently thereto.

2. On September 30, 2025, Jesse suffered a fall at home. He fell from his recliner while sleeping. Because of his stroke, he was unable to stop himself from falling and could only scream for help.

3. I heard the fall and the screaming and ran downstairs. I am not strong enough to pick Jesse up by myself and no one was at the house with us. I placed a pillow under his head, calmed him down, and then I called one of his caregivers, Nasser Sabla, to come help me lift Jesse off the floor. Jesse remained on the floor for approximately 15 minutes until Nasser arrived to help me pick him up. Nasser and I were ultimately able to help Jesse off the floor and get him back to bed.

4. I took a photo to document what happened. A true and accurate copy of that photo is attached as Exhibit A.

5. In the days after Jesse's fall, his anxiety and panic attacks started to become more frequent and severe. On October 9, 2025, Jesse suffered one of these attacks at approximately 7pm PST. While I was able to help calm him down, he worked himself into another frenzy around 10pm PST. He was unable to fall asleep until he physically exhausted himself the following morning at 1:30 am PST on October 10, 2025.

6. The next day, on October 11, Jesse went into cardiac arrest. I called EMS and performed CPR on Jesse until they arrived. Jesse was taken by ambulance to the Watsonville Community Hospital where the doctors informed me that Jesse had died.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 1, 2025          /s/ _____
                                     Ana Maria Marcela Tavantzis

# EXHIBIT A

