**SANJIV N. SINGH, APLC**
Sanjiv N. Singh (State Bar No. 193525)
ssingh@sanjivnsingh.com
1700 South El Camino Real, Suite 503
San Mateo, CA 94402
Telephone: (650) 389-2255

**BURNS CHAREST LLP**
Darren P. Nicholson (*pro hac vice*)
dnicholson@burnscharest.com
Hannah M. Crowe (*pro hac vice*)
hcrowe@burnscharest.com
Anna Katherine Benedict (*pro hac vice*)
abenedict@burnscharest.com
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, as an individual, and as Legal Guardian of JESUS PLASENCIA, an incapacitated person,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Case No.: 5:23-cv-05607-NW-SVK<br><br>**DECLARATION OF DR. DEBORAH DOHERTY, M.D.** |

I, Deborah Doherty, M.D., declare as follows:

1. The facts contained in this declaration are based on my expertise, skill, and training, and, if called as a witness, I could testify competently thereto.

2. I have reviewed the Declaration of Ana Maria Marcela Tavantzis, dated December 1, 2025, and the accompanying photo of Jesus Plasencia.

3. The fall that Mr. Jesus Plasencia sustained at home on September 30, 2025 and his ensuing anxiety over time underscore the medical necessity of 24/7 <u>wakeful</u> care that I previously recommended in my reports and testimony in this case.

4. Furthermore, the reduced mobility Mr. Plasencia experienced as a result of his November 2021 stroke – marked by residual right-sided paralysis and complete loss of the ability to effectively communicate by any means – created an ongoing and urgent need for 24/7 wakeful care. This level of caregiver support was medically necessary due to his significantly increased risk for falls and other accidental injuries, severe cognitive-linguistic deficits, depression, anxiety, and additional health consequences associated with his stroke.

5. It is likely that Mr. Plasencia's fall on September 30, 2025 contributed to his death on October 11, 2025 in conjunction with the impact of the cumulative physiological and psychological stress he experienced during the past four years following his stroke. Decompensation is not uncommon in patients like Mr. Plasencia with chronic post-stroke deficits similar to his.

6. It is my opinion, to a reasonable degree of medical certainty, that the absence of <u>wakeful</u> 24/7 care in Mr. Plasencia's home contributed to his fall on September 30, 2025 and his subsequent destabilization and death. More likely than not, the fall Mr. Plasencia suffered on September 30, 2025 and his subsequent anxiety would have been prevented had appropriate 24/7 wakeful caregiver support been in place.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 1, 2025                    /s/ *Deborah Doherty MD*
                                               Deborah Doherty, M.D.