# EXHIBIT 1

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF SANTA CRUZ
SANTA CRUZ, CALIFORNIA

## CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 3052025221766
**LOCAL REGISTRATION NUMBER:** 3202544001381

### DECEDENT'S PERSONAL DATA
- **1. NAME OF DECEDENT – FIRST (Given):** JESUS
- **2. MIDDLE:** ALFREDO
- **3. LAST (Family):** PLASENCIA PLASENCIA
- **4. DATE OF BIRTH:** 03/06/1958
- **5. AGE:** 67
- **6. SEX:** M
- **9. BIRTH STATE/FOREIGN COUNTRY:** BC, MX
- **10. SOCIAL SECURITY NUMBER:** 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
- **11. EVER IN U.S. ARMED FORCES?:** NO
- **12. MARITAL STATUS:** MARRIED
- **7. DATE OF DEATH:** 10/11/2025
- **8. HOUR:** 2250
- **13. EDUCATION:** SOME COLLEGE
- **14/15. HISPANIC/LATINO(A)/SPANISH?:** YES – MEXICAN
- **16. DECEDENT'S RACE:** WHITE
- **17. USUAL OCCUPATION:** CHEF
- **18. KIND OF BUSINESS OR INDUSTRY:** RESTAURANT
- **19. YEARS IN OCCUPATION:** 38

### USUAL RESIDENCE
- **20. DECEDENT'S RESIDENCE:** 509 E. BEACH ST.
- **21. CITY:** WATSONVILLE
- **22. COUNTY/PROVINCE:** SANTA CRUZ
- **23. ZIP CODE:** 95076
- **24. YEARS IN COUNTY:** 57
- **25. STATE/FOREIGN COUNTRY:** CA

### INFORMANT
- **26. INFORMANT'S NAME, RELATIONSHIP:** ANA MARIA MARCELA TAVANTZIS, SPOUSE
- **27. INFORMANT'S MAILING ADDRESS:** 509 E. BEACH ST., WATSONVILLE, CA 95076

### SPOUSE/SRDP AND PARENT INFORMATION
- **28. NAME OF SURVIVING SPOUSE/SRDP – FIRST:** ANA MARIA
- **29. MIDDLE:** MARCELA
- **30. LAST (BIRTH NAME):** TAVANTZIS
- **31. NAME OF PARENT – FIRST:** JESUS
- **32. MIDDLE:** CARBAJAL
- **33. LAST (BIRTH NAME):** PLASENCIA
- **34. BIRTH STATE:** JAL, MX
- **35. NAME OF PARENT – FIRST:** MARIA DE JESUS
- **36. MIDDLE:** MORA
- **37. LAST (BIRTH NAME):** PLASENCIA
- **38. BIRTH STATE:** JAL, MX

### FUNERAL DIRECTOR / LOCAL REGISTRAR
- **39. DISPOSITION DATE:** 10/17/2025
- **40. PLACE OF FINAL DISPOSITION:** RESIDENCE OF ANA MARIA MARCELA TAVANTZIS, 509 E. BEACH ST., WATSONVILLE, CA 95076
- **41. TYPE OF DISPOSITION:** CREMATE/RESIDENCE
- **42. SIGNATURE OF EMBALMER:** NOT EMBALMED
- **43. LICENSE NUMBER:** –
- **44. NAME OF FUNERAL ESTABLISHMENT:** TRIDENT SOCIETY
- **45. LICENSE NUMBER:** FD2381
- **46. SIGNATURE OF LOCAL REGISTRAR:** LISA B. HERNANDEZ, MD, MPH
- **47. DATE:** 10/17/2025

### PLACE OF DEATH
- **101. PLACE OF DEATH:** WATSONVILLE COMMUNITY HOSPITAL
- **102. IF HOSPITAL, SPECIFY ONE:** ER/OP
- **104. COUNTY:** SANTA CRUZ
- **105. FACILITY ADDRESS OR LOCATION WHERE FOUND:** 75 NIELSON ST
- **106. CITY:** WATSONVILLE

### CAUSE OF DEATH
- **107. CAUSE OF DEATH:**
  - (A) CARDIAC ARREST — MINS
  - (B) MYOCARDIAL INFARCTION — MINS
  - (C) ATHEROSCLEROTIC CORONARY DISEASE — YRS
- **108. DEATH REPORTED TO CORONER?:** YES — R25-00401
- **109. BIOPSY PERFORMED?:** NO
- **110. AUTOPSY PERFORMED?:** NO
- **111. USED IN DETERMINING CAUSE?:** —
- **112. OTHER SIGNIFICANT CONDITIONS:** NONE
- **113. WAS OPERATION PERFORMED:** NO
- **113A. DECEDENT PREGNANT IN LAST YEAR?:** NO

### PHYSICIAN'S CERTIFICATION
- **114. I CERTIFY...:** CHRISTOPHER JOHN O'GRADY, MD
- **116. LICENSE NUMBER:** G73458
- **117. DATE:** 10/16/2025
- **(A) Decedent Attended Since:** 10/05/2016
- **(B) Decedent Last Seen Alive:** 08/11/2025
- **118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE:** CHRISTOPHER JOHN O'GRADY, MD, 65 NIELSON ST STE 104, WATSONVILLE, CA 95076

### CORONER'S USE ONLY
- **119. MANNER OF DEATH:** Natural
- **120. INJURED AT WORK?:** —
- **121. INJURY DATE:** —
- **122. HOUR:** —
- **123. PLACE OF INJURY:** —
- **124. DESCRIBE HOW INJURY OCCURRED:** —
- **125. LOCATION OF INJURY:** —
- **126. SIGNATURE OF CORONER / DEPUTY CORONER:** —
- **127. DATE:** —
- **128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER:** —

---

## CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF SANTA CRUZ

This is a true and exact reproduction of the document officially registered and placed on file in the Vital Records Section, Santa Cruz County Public Health Department.

**DATE ISSUED:** OCT 2 2 2025





LISA B. HERNANDEZ, MD
CHIEF PUBLIC HEALTH OFFICER
SANTA CRUZ, CALIFORNIA



This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**