**EXHIBIT 2**

# LAST WILL OF JESUS PLASENCIA

I, JESUS PLASENCIA, also known as Jesse Plasencia and Jesus Alfredo Plasencia Plasencia, a resident of Santa Cruz County, California, declare that this is my will. I hereby revoke all my previous wills and codicils.

## ARTICLE ONE. INTRODUCTORY PROVISIONS

1.1  Marital Status

I am married to A. MARCELA TAVANTZIS (also known as Ana Maria Marcela Tavantzis, Ana Maria Marcela Tavantzis Goldschmidt, and Marcela Tavantzis), and all references in this will to "my wife" are to her.

1.2  No Children

I have never had any children.

## ARTICLE TWO. GIFT OF ENTIRE ESTATE

2.1  Gift of Entire Estate

I give all of my property to the trustee of the PLASENCIA TAVANTZIS TRUST Dated November 19, 2019, created under the declaration of trust executed on the same date as, but immediately before, the execution of this will, by JESUS PLASENCIA and A. MARCELA TAVANTZIS, as Settlors and Trustees. The trustee of that trust shall add the property disposed of under this will to the trust principal and hold, administer, and distribute the property in accordance with the provisions of that declaration of trust, including any amendments and restatements of that declaration of trust that have been made before or after execution of this will.

## ARTICLE THREE. RESIDUARY PROVISIONS

3.1  Disposition of Residue

If the PLASENCIA TAVANTZIS TRUST Dated November 19, 2019 has been revoked, terminated, or declared invalid for any reason, I give the residue of my estate to the executor of this will, as trustee, who shall hold, administer, and distribute the property under a testamentary trust, the terms of which shall be identical to the terms of the PLASENCIA TAVANTZIS TRUST Dated November 19, 2019 that are in effect on the date of execution of this will or such later date on which this will is republished.

## ARTICLE FOUR. EXECUTOR

4.1  Nomination of Executor

I nominate A. MARCELA TAVANTZIS, my wife, as executor of this will.

4.2  Successor Executors

If the office of executor becomes vacant, by reason of death, incapacity, or any other reason, then I nominate DARREN WALLACE, a professional fiduciary, as successor executor.

If DARREN WALLACE is unable (by reason of death, incapacity, or any other reason) or unwilling to serve as successor executor, a new executor or set of coexecutors shall be appointed by the court.

4.3  Waiver of Bond

No bond or undertaking shall be required of my spouse acting as executor.

4.4  General Powers of Executor

The executor shall have full authority to administer my estate under the California Independent Administration of Estates Act. The executor shall have all powers now or hereafter conferred on executors by law, except as otherwise specifically provided in this will, including any powers enumerated in this will.

4.5   Power to Access Digital Assets

I consent to the disclosure to the executor of all my digital assets including the contents of electronic communications sent or received by me. For purposes of this instrument, "digital asset" has the same meaning as set forth in California Probate Code section 871, or applicable successor statute. This authority is intended to constitute "consent to disclosure of the content of electronic communications" under the Revised Uniform Fiduciary Access to Digital Assets Act (California Probate Code sections 870 et seq. or applicable successor statute), and "lawful consent" under the Stored Communications Act (18 U.S.C. sections 2701 et seq. or applicable successor statute), and the Computer Fraud and Abuse Act (19 U.S.C. section 1030 or applicable successor statute), to the extent that such consent is required.

4.6   Power to Invest

The executor shall have the power to invest estate funds in any kind of real or personal property, as the executor deems advisable.

4.7   Division or Distribution in Cash or in Kind

In order to satisfy a pecuniary gift or to distribute or divide estate assets into shares or partial shares, the executor may distribute or divide those assets in kind, or divide undivided interests in those assets, or sell all or any part of those assets and distribute or divide the property in cash, in kind, or partly in cash and partly in kind. Property distributed to satisfy a pecuniary gift under this will shall be valued at its fair market value at the time of distribution. This section shall apply only to the extent that it does not conflict with the provisions of the PLASENCIA TAVANTZIS TRUST Dated November 19, 2019.

4.8   Tax Powers

The executor shall have the power, in the executor's sole discretion, to do any or all of the following acts:

(a) to elect the alternate valuation date if an estate tax return is filed;

(b) to apply for any deferrals available to the estate under the federal estate tax law for the payment of estate taxes;

(c) to elect any item either as an income or estate tax deduction for any tax reporting purpose;

(d) to determine when a particular item will be deducted or reported as income.

In addition, the executor shall have the discretion to file a federal estate tax return for me and to elect on such return that my surviving wife may take into account my potentially available Deceased Spousal Unused Exclusion Amount ("DSUEA").

No person adversely affected by any of these choices is entitled to any reimbursement or adjustment, and the executor shall not be required to make any adjustment between income and principal or in the amount of any property passing to any beneficiary as a result of any election under this provision. The preceding sentence is applicable in all events, including when the executor shall exercise any discretion the executor may hold to allocate the benefits of such actions or elections among the various beneficiaries, even if the consequence of such actions or elections is to directly or indirectly prefer one beneficiary or group of beneficiaries over others.

4.9   Power to Sell, Lease, and Grant Options to Purchase Property

The executor shall have the power to sell, at either public or private sale and with or without notice, lease, and grant options to purchase any real or personal property belonging to my estate, on such terms and conditions as the executor determines to be in the best interest of my estate.

4.10  Payments to Legally Incapacitated Persons

If at any time any beneficiary under this will is a minor, or it appears to the executor that any beneficiary is incapacitated, incompetent, or for any other reason not able to receive payments or make intelligent or responsible use of the payments, then the executor, in lieu of

making direct payments to the beneficiary, may make payments to the beneficiary's conservator or guardian; to the beneficiary's custodian under the Uniform Gifts to Minors Act or Uniform Transfers to Minors Act of any state; to the beneficiary's custodian under the California Uniform Transfers to Minors Act until the beneficiary reaches the age of twenty-five (25) years; to one or more suitable persons as the executor deems proper, such as a relative or a person residing with the beneficiary, to be used for the beneficiary's benefit; to any other person, firm, or agency for services rendered or to be rendered for the beneficiary's assistance or benefit; or to accounts in the beneficiary's name with financial institutions. If there is no custodian then serving or nominated to serve by the testator for a beneficiary, the personal representative or executor, as the case may be, shall designate the custodian. The receipt of payments by any of the foregoing shall constitute a sufficient acquittance of the executor for all purposes.

## ARTICLE FIVE. CONCLUDING PROVISIONS

### 5.1 Definition of Death Taxes

The term "death taxes," as used in this will, shall mean all inheritance, estate, succession, and other similar taxes that are payable by any person on account of that person's interest in my estate or by reason of my death, including penalties and interest, but excluding the following:

(a)  Any additional tax that may be assessed under Internal Revenue Code Section 2032A.

(b)  Any federal or state tax imposed on a "generation-skipping transfer," as that term is defined in the federal tax laws, unless the applicable tax statutes provide that the generation-skipping transfer tax on that transfer is payable directly out of the assets of my gross estate.

### 5.2 Payment of Death Taxes

The executor shall pay death taxes, whether or not attributable to property inventoried in my probate estate, by prorating and apportioning them among the persons interested in my estate as provided in the California Probate Code, except that any death taxes attributable to any

property passing to my wife under this will or otherwise that qualifies for the federal estate tax marital deduction shall be paid pro rata out of property passing under this will or otherwise that does not qualify for the federal estate tax marital deduction, so that the property qualifying for the federal estate tax marital deduction shall pass to my wife free of any death taxes.

5.3   No-Contest Clause

If any beneficiary under this will, singularly or in combination with any other person or persons, directly or indirectly, and without probable cause challenges the validity of this will on any of the grounds listed below, then the right of that person to take any interest given to him or her by this will shall be void, and any gift or other interest in my estate to which the beneficiary would otherwise have been entitled shall pass as if he or she had predeceased me without issue:

(a)   Forgery;

(b)   Lack of due execution;

(c)   Lack of capacity;

(d)   Menace, duress, fraud, or undue influence;

(e)   Revocation pursuant to the terms of this will or applicable law;

(f)   Disqualification of a beneficiary under California Probate Code section 6112 or 21380.

5.4   Number and Gender

As used in this will, references in the masculine gender shall be deemed to include the feminine and neuter genders, and vice versa, and references to the singular shall be deemed to include the plural, and vice versa, wherever the context so permits.

5.5   Captions

The captions appearing in this will are for convenience of reference only, and shall be disregarded in determining the meaning and effect of the provisions of this will.

5.6 <u>Severability Clause</u>

If any provision of this will is invalid, that provision shall be disregarded, and the remainder of this will shall be construed as if the invalid provision had not been included.

5.7 <u>California Law to Apply</u>

All questions concerning the validity and interpretation of this will shall be governed by the laws of the State of California in effect at the time this will is executed.

Executed on November 19, 2019, at Soquel, California.

_____
JESUS PLASENCIA

On the date written above, we, the undersigned, each being present at the same time, witnessed the signing of this instrument by JESUS PLASENCIA, who declared to us that this instrument was the will of JESUS PLASENCIA. At that time, JESUS PLASENCIA appeared to us to be of sound mind and memory and, to the best of our knowledge, was not acting under fraud, duress, menace, or undue influence. Understanding this instrument, which consists of seven (7) pages, including the pages on which the signature of JESUS PLASENCIA and our signatures appear, to be the will of JESUS PLASENCIA, we subscribe our names as witnesses thereto.

We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 19, 2019, at Soquel, California.

Name: Lee Ann Shenkman

Address: 2425 Porter Street, Suite 3
Soquel, California 95073

Name: L.T. Walking

Address: 2425 Porter Street, Suite 3
Soquel, California 95073

7