UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Case No. 23-cv-05607-NW<br><br>**JUDGMENT**<br>Re: ECF No. 201 |

This action came before the Court for trial by jury, Judge Noël Wise presiding. The trial commenced on September 8, 2025, and the jury returned its verdict on September 17, 2025. Consistent with that verdict, which is available at ECF No. 201, JUDGMENT is hereby entered in favor of Plaintiff Ana Maria Marcela Tavantzis and against Defendant American Airlines Inc. in the amount of $9,629,829.55.

**IT IS SO ORDERED.**

Dated: December 22, 2025

Noël Wise
United States District Judge