1  **SANJIV N. SINGH, APLC**
2  Sanjiv N. Singh (State Bar No. 193525)
   ssingh@sanjivnsingh.com
3  1700 South El Camino Real, Suite 503
4  San Mateo, CA 94402
   Telephone: (650) 389-2255
5

6  **BURNS CHAREST LLP**
7  Darren P. Nicholson (*pro hac vice*)
   dnicholson@burnscharest.com
8  Hannah M. Crowe (*pro hac vice*)
9  hcrowe@burnscharest.com
   Anna Katherine Benedict (*pro hac vice*)
10 abenedict@burnscharest.com
11 900 Jackson Street, Suite 500
   Dallas, TX 75202
12 Telephone: (469) 904-4550
13
14  *Attorneys for Plaintiffs*

15              **UNITED STATES DISTRICT COURT**
16              **NORTHERN DISTRICT OF CALIFORNIA**

17
18  ANA MARIA MARCELA TAVANTZIS,        Case No.: 5:23-cv-05607-NW-SVK
    individually and as Trustee of the Plasencia
19  Tavantzis Trust Dated November 19, 2019,
20
            Plaintiffs,
21                                                **PLAINTIFF'S ITEMIZED BILL OF**
22      vs.                                       **COSTS**
23  AMERICAN AIRLINES, INC.,
24
            Defendant.
25
26
27
28

| COST ITEM | AMOUNT CLAIMED | SUPPORTING DOCUMENTATION |
|---|---|---|
| Pro hac vice filing fee, Civil LR 54-3(a)(1) | 317.00 | Declaration of Darren P. Nicholson, Ex. A |
| Pro hac vice filing fee, Civil LR 54-3(a)(1) | 317.00 | Declaration of Darren P. Nicholson, Ex. A |
| Pro hac vice filing fee, Civil LR 54-3(a)(1) | 328.00 | Declaration of Darren P. Nicholson, Ex. A |
| Complaint filing fee, Civil LR 54-3(a)(1) | 402.00 | Declaration of Darren P. Nicholson, Ex. A |
| Complaint filing fee (duplicate charge), Civil LR 54-3(a)(1) | 402.00 | Declaration of Darren P. Nicholson, Ex. A |
| Transcript for appeal, Civil LR 54-3(b)(1) | 361.90 | Declaration of Darren P. Nicholson, Ex. B (Bluedorn Invoice, Sept. 19, 2025) |
| Transcript for appeal, Civil LR 54-3(b)(1) | 51.00 | Declaration of Darren P. Nicholson, Ex. B (Fisher Invoice, July 10, 2024) |
| Transcript for appeal, Civil LR 54-3(b)(1) | 617.35 | Declaration of Darren P. Nicholson, Ex. B (Fisher Invoice, August 28, 2025) |
| Transcript for appeal, Civil LR 54-3(b)(1) | 15,703.75 | Declaration of Darren P. Nicholson, Ex. B (Fisher Invoice, Sept. 8, 2025) |
| Transcript for appeal, Civil LR 54-3(b)(1) | 143.55 | Declaration of Darren P. Nicholson, Ex. B (Fisher Invoice, Sept. 22, 2025) |
| Deposition transcript, Civil LR 54-3(c)(1) | 1,679.98 | Declaration of Darren P. Nicholson, Ex. C (Magna Legal Services Invoice, Oct. 8, 2024) |
| Deposition transcript, Civil LR 54-3(c)(1) | 295.20 | Declaration of Darren P. Nicholson, Ex. C |

| | | |
|---|---|---|
| | | (Magna Legal Services Invoice, Nov. 26, 2024) |
| Deposition transcript, Civil LR 54-3(c)(1) | 706.30 | Declaration of Darren P. Nicholson, Ex. C (Magna Legal Services Invoice, Dec. 24, 2024) |
| Deposition transcript, Civil LR 54-3(c)(1) | 922.80 | Declaration of Darren P. Nicholson, Ex. C (Magna Legal Services Invoice, Feb. 3, 2025) |
| Deposition transcript, Civil LR 54-3(c)(1) | 1,334.70 | Declaration of Darren P. Nicholson, Ex. C (US Legal Support Invoice, Jan. 22, 2025) |
| Deposition transcript, Civil LR 54-3(c)(1) | 625.65 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Apr. 15, 2024) |
| Deposition exhibits, Civil LR 54-3(c)(3) | 93.45 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Apr. 15, 2024) |
| Deposition transcript, Civil LR 54-3(c)(1) | 1,120.35 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Oct. 2, 2024) |
| Deposition exhibits, Civil LR 54-3(c)(3) | 147.40 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Oct. 2, 2024) |
| Deposition transcript, Civil LR 54-3(c)(1) | 1,062.15 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Oct. 3, 2024) |
| Deposition exhibits, Civil LR 54-3(c)(3) | 117.70 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Oct. 3, 2024) |
| Deposition transcript, | 1,023.35 | Declaration of Darren P. |

| | | |
|---|---|---|
| Civil LR 54-3(c)(1) | | Nicholson, Ex. C (Veritext Invoice, Nov. 22, 2024) |
| Deposition exhibits, Civil LR 54-3(c)(3) | 428.75 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Nov. 22, 2024) |
| Deposition transcript, Civil LR 54-3(c)(1) | 260.00 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Dec. 27, 2024) |
| Deposition exhibits, Civil LR 54-3(c)(3) | 63.25 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Dec. 27, 2024) |
| Deposition attendance fee, Civil LR 54-3(c)(5) | 310.00 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Dec. 27, 2024) |
| Deposition transcript, Civil LR 54-3(c)(1) | 1,402.50 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Jan. 14, 2025) |
| Deposition exhibits, Civil LR 54-3(c)(3) | 43.45 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Jan. 14, 2025) |
| Deposition transcript, Civil LR 54-3(c)(1) | 831.30 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Jan. 20, 2025) |
| Deposition exhibits, Civil LR 54-3(c)(3) | 704.30 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Jan. 20, 2025) |
| Deposition transcript, Civil LR 54-3(c)(1) | 602.70 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Jan. 27, 2025) |

| | | |
|---|---|---|
| Deposition exhibits, Civil LR 54-3(c)(3) | 32.90 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Jan. 27, 2025) |
| Deposition transcript, Civil LR 54-3(c)(1) | 861.90 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Jan. 28, 2025) |
| Deposition exhibits, Civil LR 54-3(c)(3) | 488.15 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Jan. 28, 2025) |
| Deposition transcript, Civil LR 54-3(c)(1) | 877.20 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Jan. 29, 2025) |
| Deposition exhibits, Civil LR 54-3(c)(3) | 543.70 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Jan. 29, 2025) |
| Deposition transcript, Civil LR 54-3(c)(1) | 1,142.40 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Jan. 30, 2025) |
| Deposition exhibits, Civil LR 54-3(c)(3) | 545.90 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Jan. 30, 2025) |
| Deposition transcript, Civil LR 54-3(c)(1) | 1,055.70 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice 8045854, Jan. 31, 2025) |
| Deposition exhibits, Civil LR 54-3(c)(3) | 487.60 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice 8045854, Jan. 31, 2025) |
| Deposition transcript, Civil LR 54-3(c)(1) | 306.00 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice |

|  |  |  |
|---|---|---|
|  |  | 8048853, Jan. 31, 2025) |
| Deposition exhibits, Civil LR 54-3(c)(3) | 95.70 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice 8048853, Jan. 31, 2025) |
| Deposition transcript, Civil LR 54-3(c)(1) | 260.00 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Feb. 12, 2025) |
| Deposition exhibits, Civil LR 54-3(c)(3) | 6.05 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Feb. 12, 2025) |
| Deposition attendance fee, Civil LR 54-3(c)(5) | 160.00 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Feb. 12, 2025) |
| Deposition transcript, Civil LR 54-3(c)(1) | 932.20 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Aug. 11, 2025) |
| Deposition exhibits, Civil LR 54-3(c)(3) | 102.20 | Declaration of Darren P. Nicholson, Ex. C (Veritext Invoice, Aug. 11, 2025) |
| Deposition video, Civil LR 54-3(c)(1) | 55.83 | Declaration of Darren P. Nicholson, Ex. D (Magna Legal Services Invoice, Nov. 14, 2024) |
| Deposition video, Civil LR 54-3(c)(1) | 223.30 | Declaration of Darren P. Nicholson, Ex. D (Magna Legal Services Invoice, Dec. 5, 2024) |
| Deposition video, Civil LR 54-3(c)(1) | 357.50 | Declaration of Darren P. Nicholson, Ex. D (Magna Legal Services Invoice, Dec. 12, 2024) |
| Deposition video, Civil LR 54-3(c)(1) | 165.00 | Declaration of Darren P. Nicholson, Ex. D |

| | | |
|---|---|---|
| | | (Magna Legal Services Invoice, Dec. 6, 2024) |
| Deposition video, Civil LR 54-3(c)(1) | 1,145.00 | Declaration of Darren P. Nicholson, Ex. D (Veritext Invoice, Apr. 24, 2024) |
| Deposition video, Civil LR 54-3(c)(1) | 2,305.00 | Declaration of Darren P. Nicholson, Ex. D (Veritext Invoice, Oct. 17, 2024) |
| Deposition video, Civil LR 54-3(c)(1) | 975.00 | Declaration of Darren P. Nicholson, Ex. D (Veritext Invoice, Nov. 12, 2024) |
| Deposition video, Civil LR 54-3(c)(1) | 1,475.00 | Declaration of Darren P. Nicholson, Ex. D (Veritext Invoice, Jan. 10, 2025) |
| Deposition video, Civil LR 54-3(c)(1) | 410.00 | Declaration of Darren P. Nicholson, Ex. D (Veritext Invoice, Aug. 1, 2025) |
| Deposition video, Civil LR 54-3(c)(1) | 1,405.00 | Declaration of Darren P. Nicholson, Ex. D (Veritext Invoice, Oct. 3, 2024) |
| Deposition video, Civil LR 54-3(c)(1) | 760.00 | Declaration of Darren P. Nicholson, Ex. D (Veritext Invoice, Jan. 23, 2025) |
| Deposition video, Civil LR 54-3(c)(1) | 555.00 | Declaration of Darren P. Nicholson, Ex. D (Veritext Invoice, Jan. 24, 2025) |
| Deposition video, Civil LR 54-3(c)(1) | 320.00 | Declaration of Darren P. Nicholson, Ex. D (Veritext Invoice 8519772, Jul. 31, 2025) |
| Deposition video, Civil | 320.00 | Declaration of Darren P. |

PLAINTIFF'S ITEMIZED BILL OF COSTS
CASE NO.: 5:23-cv-05607-NW-SVK

| | | | |
|---|---|---|---|
| LR 54-3(c)(1) | | | Nicholson, Ex. D (Veritext Invoice 8520145, Jul. 31, 2025) |
| Deposition video, Civil LR 54-3(c)(1) | 250.00 | | Declaration of Darren P. Nicholson, Ex. D (Veritext Invoice, Aug. 5, 2025) |
| Deposition video, Civil LR 54-3(c)(1) | 410.00 | | Declaration of Darren P. Nicholson, Ex. D (Veritext Invoice, Aug. 6, 2025) |
| Deposition video, Civil LR 54-3(c)(1) | 450.00 | | Declaration of Darren P. Nicholson, Ex. D (Veritext Invoice, Aug. 8, 2025) |
| Deposition video, Civil LR 54-3(c)(1) | 198.00 | | Declaration of Darren P. Nicholson, Ex. D (Veritext Invoice, Aug. 11, 2025) |
| Deposition video, Civil LR 54-3(c)(1) | 1,065.00 | | Declaration of Darren P. Nicholson, Ex. D (Veritext Invoice, Jan. 23, 2025) |
| Required courtesy copies to Court (jury instructions and verdict forms), Civil LR 54-3(d) | 451.09 | | Declaration of Darren P. Nicholson, Ex. E (Sir Speedy Invoice, Aug. 21, 2025); Ex. H (Standing Order) |
| Required courtesy copies to Court (trial brief), Civil LR 54-3(d) | 1,366.56 | | Declaration of Darren P. Nicholson, Ex. E (Sir Speedy Invoice, Sept. 2, 2025); Ex. H (Standing Order) |
| Required courtesy copies to Court (joint pretrial statement), Civil LR 54-3(d) | 631.56 | | Declaration of Darren P. Nicholson, Ex. E (Sir Speedy Invoice 51358, Aug. 28, 2025); Ex. H (Standing Order) |
| Required courtesy copies | 380.00 | | Declaration of Darren P. |

| | | |
|---|---|---|
| to Court (opposition to Defendant's motions in limine), Civil LR 54-3(d) | | Nicholson, Ex. E (Sir Speedy Invoice, Aug. 29, 2025); Ex. H (Standing Order) |
| Courtesy copies to Court (deposition designations), Civil LR 54-3(d) | 380.00 | Declaration of Darren P. Nicholson, Ex. E (Sir Speedy Invoice, Sept. 2, 2025); Ex. H (Standing Order and Pretrial Conference Transcript) |
| Required witness binder exhibit copies, Civil LR 54-3(d) | 882.03 | Declaration of Darren P. Nicholson, Ex. E (Sir Speedy Invoice, Sept. 4, 2025); Ex. H (Standing Order) |
| Required trial exhibits to Court, Civil LR 54-3(d) | 566.20 | Declaration of Darren P. Nicholson, Ex. E (Mainstay Legal Invoice, Sept. 5, 2025); Ex. H (Standing Order) |
| Visual aid (trial exhibit boards), Civil LR 54-3(d)(5) | 1,082.81 | Declaration of Darren P. Nicholson, Ex. F (TD Printing San Jose USA Charge, Sept. 8, 2025) |
| Visual aid (day in the life video), Civil LR 54-3(d)(5) | 4,923.14 | Declaration of Darren P. Nicholson, Ex. F (DFW Multimedia Invoice, Aug. 11, 2025) |
| Visual aid (plane map, flight map), Civil LR 54-3(d)(5) | 500.00 | Declaration of Darren P. Nicholson, Ex. F (Legal Media Invoice, July 30, 2025) |
| Cost of reproducing formal discovery documents, Civil LR 54-3(d)(2) | 15.00 | Declaration of Darren P. Nicholson, Ex. G (Dignity Health Medical Foundation Invoice, Sept. 19, 2024) |
| Cost of reproducing formal discovery | 318.90 | Declaration of Darren P. Nicholson, Ex. G |

| | | |
|---|---|---|
| documents, Civil LR 54-3(d)(2) | | (Optum Invoice, Aug. 2, 2024) |
| Cost of reproducing formal discovery documents, Civil LR 54-3(d)(2) | 54.45 | Declaration of Darren P. Nicholson, Ex. G (Ciox Health Invoice 0462074544, June 4, 2024) |
| Cost of reproducing formal discovery documents, Civil LR 54-3(d)(2) | 34.04 | Declaration of Darren P. Nicholson, Ex. G (Ciox Health Invoice 0462074820, June 4, 2024) |

Dated: January 6, 2026            Respectfully submitted,

/s/ Darren P. Nicholson
Darren P. Nicholson (*pro hac vice*)
dnicholson@burnscharest.com
Hannah M. Crowe (*pro hac vice*)
hcrowe@burnscharest.com
Anna Katherine Benedict (*pro hac vice*)
abenedict@burnscharest.com
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550

Sanjiv N. Singh (State Bar No. 193525)
ssingh@sanjivnsingh.com
**SANJIV N. SINGH, APLC**
1700 South El Camino Real, Suite 503
San Mateo, CA 94402
Telephone: (650) 389-2255

*Attorneys for Plaintiff*

## CERFICATE OF SERVICE

I hereby certify that on January 5, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

David J. Harrington (*pro hac vice*)
Email: dharrington@condonlaw.com
William deWolff (*pro hac vice*)
Email: wdewolff@condonlaw.com
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453

Attorneys for Defendant
AMERICAN AIRLINES, INC.

/s/ *Darren P. Nicholson*
Darren P. Nicholson

PLAINTIFF'S ITEMIZED BILL OF COSTS
CASE NO.: 5:23-cv-05607-NW-SVK