1  **SANJIV N. SINGH, APLC**
2  Sanjiv N. Singh (State Bar No. 193525)
   ssingh@sanjivnsingh.com
3  1700 South El Camino Real, Suite 503
4  San Mateo, CA 94402
   Telephone: (650) 389-2255
5

6  **BURNS CHAREST LLP**
7  Darren P. Nicholson (*pro hac vice*)
   dnicholson@burnscharest.com
8  Hannah M. Crowe (*pro hac vice*)
9  hcrowe@burnscharest.com
   Anna Katherine Benedict (*pro hac vice*)
10 abenedict@burnscharest.com
11 900 Jackson Street, Suite 500
   Dallas, TX 75202
12 Telephone: (469) 904-4550
13
14   *Attorneys for Plaintiffs*

15              **UNITED STATES DISTRICT COURT**
16              **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, individually and as Trustee of the Plasencia Tavantzis Trust Dated November 19, 2019,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Case No.: 5:23-cv-05607-NW-SVK<br><br>**DECLARATION OF DARREN P. NICHOLSON IN SUPPORT OF PLAINTIFF'S BILL OF COSTS** |

DECLARATION OF DARREN P. NICHOLSON
IN SUPPORT OF PLAINTIFF'S BILL OF COSTS
CASE NO.: 5:23-cv-05607-NW-SVK

I, Darren P. Nicholson, in support of Plaintiff's Bill of Costs declare as follows:

1. I am an attorney with the law firm of Burns Charest LLP, and lead counsel for Plaintiff Ana Maria Marcela Tavantzis, individually and as Trustee of the Plasencia Tavantzis Trust Dated November 19, 2019 ("Plaintiff").

2. Attached as **Exhibit A** to this Declaration are true and correct copies of the receipts for Plaintiff's complaint filing fees and attorneys' pro hac vice applications filing fees, which total $1,766.00.

3. Attached as **Exhibit B** to this Declaration are true and correct copies of court transcript invoices necessary and obtained for appeal, which total $16,877.55.

4. Attached as **Exhibit C** to this Declaration are true and correct copies of deposition transcript invoices taken in connection with this case, which total $17,302.38.

5. Attached as **Exhibit D** to this Declaration are true and correct copies of deposition video invoices taken in connection with this case, which total $12,844.63.

6. Attached as **Exhibit E** to this Declaration are true and correct copies of copying and printing invoices for jury exhibits and other trial materials required by the Court, which total $4,657.44.

7. Attached as **Exhibit F** to this Declaration are true and correct copies of invoices for visual aids that were reasonably necessary to assist the jury in understanding the issues at trial, which total $6,505.95.

8. Attached as **Exhibit G** to this Declaration are true and correct copies of invoices for the cost of producing or disclosing formal discovery documents in this case, which total $422.39.

9. Attached as **Exhibit H** to this Declaration is a true and correct copy of the Court's Standing Order for Civil Jury Trials requiring certain printed courtesy copies and a true and correct copy of the transcript from the Court's Pretrial Conference held on August 27, 2025, in which the Court requested additional courtesy copies.

10. Attached as **Exhibit I** to this Declaration are true and correct copies of invoices for Plaintiff's witness fees recoverable under the Local Rules and 28 U.S.C. § 1821.

11. Attached as **Exhibit J** to this Declaration are true and correct copies of Google maps mileage estimates for Plaintiff's witness Dr. Deborah Doherty, Karen Aznavoorian, Dr. Chip Mahla, Dr. John Chamberlain, and Dr. Amanda Gregory.

12. As reflected in Exhibits I and J, the total amount of witness fees and expenses that are taxable under 28 U.S.C. § 1821 is $4,634.12.

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Dated: January 5, 2026                Respectfully submitted,

*/s/ Darren P. Nicholson*
Darren P. Nicholson (*pro hac vice*)
dnicholson@burnscharest.com
Hannah M. Crowe (*pro hac vice*)
hcrowe@burnscharest.com
Anna Katherine Benedict (*pro hac vice*)
abenedict@burnscharest.com
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550

Sanjiv N. Singh (State Bar No. 193525)
ssingh@sanjivnsingh.com
**SANJIV N. SINGH, APLC**
1700 South El Camino Real, Suite 503
San Mateo, CA 94402
Telephone: (650) 389-2255

*Attorneys for Plaintiffs*

DECLARATION OF DARREN P. NICHOLSON
IN SUPPORT OF PLAINTIFF'S BILL OF COSTS
CASE NO.: 5:23-cv-05607-NW-SVK

## **CERFICATE OF SERVICE**

I hereby certify that on January 5, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

David J. Harrington (*pro hac vice*)
Email: dharrington@condonlaw.com
William deWolff (*pro hac vice*)
Email: wdewolff@condonlaw.com
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453

Attorneys for Defendant
AMERICAN AIRLINES, INC.

/s/ Darren P. Nicholson
Darren P. Nicholson

DECLARATION OF DARREN P. NICHOLSON
IN SUPPORT OF PLAINTIFF'S BILL OF COSTS
CASE NO.: 5:23-cv-05607-NW-SVK