# EXHIBIT A

# Gmail

Sanjiv Singh <admin@sanjivnsingh.com>

## Pay.gov Payment Confirmation: CALIFORNIA NORTHERN DISTRICT COURT
3 messages

---

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>  Tue, Oct 31, 2023 at 11:04 AM
Reply-To: ecfhelpdesk@cand.uscourts.gov
To: ssingh@sanjivnsingh.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

  Account Number: 3617741
  Court: CALIFORNIA NORTHERN DISTRICT COURT
  Amount: $402.00
  Tracking Id: ACANDC-18791542
  Approval Code: 031868
  Card Number: ************7046
  Date/Time: 10/31/2023 02:04:00 ET

NOTE: This is an automated message. Please do not reply

---

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>  Tue, Oct 31, 2023 at 11:13 AM
Reply-To: ecfhelpdesk@cand.uscourts.gov
To: ssingh@sanjivnsingh.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

  Account Number: 3617741
  Court: CALIFORNIA NORTHERN DISTRICT COURT
  Amount: $402.00
  Tracking Id: ACANDC-18791652
  Approval Code: 031734
  Card Number: ************7046
  Date/Time: 10/31/2023 02:13:23 ET

[Quoted text hidden]

---

**Sanjiv Singh** <ssingh@sanjivnsingh.com>  Tue, Oct 31, 2023 at 11:40 AM
To: Michael Indrajana <michael@indrajana.com>

Sanjiv N. Singh, JD, MD
**Sanjiv N. Singh, APLC |** 1700 SOUTH EL CAMINO REAL SUITE 503 **|** SAN MATEO, CA 94402
TEL: 650-389-2255 **|** MOBILE: 415-816-5548
WEB: WWW.SANJIVNSINGH.COM **|** E-MAIL: SSINGH@SANJIVNSINGH.COM

Confidentiality Notice: This message (including attachments) is a private communication solely for use of the intended recipient(s) and may contain privileged communications, confidential or proprietary information and/or attorney work product. If you are not the intended recipient(s) or believe you received this message in error, notify the sender immediately and then delete this message. Any other use, retention, dissemination or copying is prohibited and may be a violation of law.

[Quoted text hidden]

On 11/1/23, 1:36 PM, "do_not_reply@psc.uscourts.gov <mailto:do_not_reply@psc.uscourts.gov>" <do_not_reply@psc.uscourts.gov <mailto:do_not_reply@psc.uscourts.gov>> wrote:

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

Account Number: 7282002
Court: CALIFORNIA NORTHERN DISTRICT COURT
Amount: $317.00
Tracking Id: ACANDC-18795888
Approval Code: 183804
Card Number: ************8008
Date/Time: 11/01/2023 02:36:12 ET

NOTE: This is an automated message. Please do not reply

On 11/1/23, 1:41 PM, "do_not_reply@psc.uscourts.gov <mailto:do_not_reply@psc.uscourts.gov>" <do_not_reply@psc.uscourts.gov <mailto:do_not_reply@psc.uscourts.gov>> wrote:

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

Account Number: 5529987
Court: CALIFORNIA NORTHERN DISTRICT COURT
Amount: $317.00
Tracking Id: ACANDC-18795966
Approval Code: 166768
Card Number: ************8008
Date/Time: 11/01/2023 02:41:44 ET

NOTE: This is an automated message. Please do not reply

**Monday, December 29, 2025 at 2:35:24 PM Central Standard Time**

| | |
|---|---|
| **Subject:** | Pay.gov Payment Confirmation: CALIFORNIA NORTHERN DISTRICT COURT |
| **Date:** | Thursday, August 28, 2025 at 7:03:47 PM Central Daylight Time |
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Andrew Bynum |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

Account Number: 8242483
Court: CALIFORNIA NORTHERN DISTRICT COURT
Amount: $328.00
Tracking Id: ACANDC-21067534
Approval Code: 130398
Card Number: ************1009
Date/Time: 08/28/2025 08:03:01 ET

NOTE: This is an automated message. Please do not reply