# EXHIBIT B

| ST44 Rev. 10/23 Derived from AO44 Rev. 10/23 | UNITED STATES DISTRICT COURT Northern District of California |
|---|---|

Invoice No.: 126

| | |
|---|---|
| Hannah Crowe<br>Burns Charest LLP<br>900 Jackson Street<br>Suite 500<br>Dallas, TX 75202<br>(214) 983-6358<br>hcrowe@burnscharest.com | **MAKE CHECKS PAYABLE TO:**<br>Andrea Kaye Bluedorn, RMR, CRR, RMR, CRR<br>Official Court Reporter<br>14418 S 42nd Street<br>Phoenix, AZ 85044<br>(715) 965-2298<br>andreakbormann@gmail.com |

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 09-19-2025 | DATE DELIVERED: 09-29-2025 |
|---|---|---|

**In the matter of:** 5:23-cv-05607, Ana Marie Marcela Tavantzis v American Airlines. Inc.

Final pretrial conference before Judge Wise on 9-3-25. Transcript request found at docket number 208.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | 47 | 5.85 | 274.95 | 47 | 1.10 | 51.70 | 47 | 0.75 | 35.25 | 361.90 |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 361.90 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 361.90 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: /s/Andrea Bluedorn

DATE: 09-29-2025

DISTRIBUTION:  TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
**For the Northern California**

INVOICE 20240296

**MAKE CHECKS PAYABLE TO:**

Hannah Crowe
Burns Charest LLP
900 Jackson Street, STE 500
Dallas, TX 75202
(469) 904-4550
hcrowe@burnscharest.com

SUMMER A. FISHER
Official Court Reporter
280 S. First Street
Room 2112
San Jose, CA 95113
(408) 763-0563
summer_fisher@cand.uscourts.gov

__ CRIMINAL     X CIVIL     DATE ORDERED: 07-10-2024     DATE DELIVERED:

**In the matter of:** CV-23-5607-BLF, Tavantzis et al v American Airlines Inc.

6/13/24 Judge Freeman

Please send payment upon receipt of transcript. Thank you!

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | 51 | 1.00 | 51.00 | | | | 51.00 |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | | Misc. Charges |
| | | | | | | | | | **Subtotal** | 51.00 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 51.00 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: Summer A. Fisher

DATE: 07-10-2024

**DISTRIBUTION:**  TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

| ST44 Rev. 10/23 Derived from AO44 Rev. 10/23 | UNITED STATES DISTRICT COURT Northern District of California |
|---|---|

Invoice No.: 20250152

Hannah Crowe
Burns Charest LLP
900 Jackson Street, STE 500
Dallas, TX 75202
(469) 904-4550
hcrowe@burnscharest.com

**MAKE CHECKS PAYABLE TO:**
Summer A. Fisher
Official Court Reporter
280 S. First Street
Room 2112
San Jose, CA 95113
(408) 763-0563
summer_fisher@cand.uscourts.gov

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 08-28-2025
DATE DELIVERED: 08-28-2025

**In the matter of:** CV-23-5607-NW, Tavantzis v American Airlines

Thank you for your business! Please send payment within 7 days of receiving this invoice.

8/27/25 Pretrial Conference. Judge Wise.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | 46 | 7.30 | 335.80 | 91 | 1.45 | 131.95 | 136 | 1.10 | 149.60 | 617.35 |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 617.35 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 617.35 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: Summer A. Fisher

DATE: 08-28-2025

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

| | |
|---|---|
| ST44 Rev. 10/23<br>Derived from AO44 Rev. 10/23 | **UNITED STATES DISTRICT COURT**<br>Northern District of California |

Invoice No.: 20250163

| | |
|---|---|
| Hannah Crowe<br>Burns Charest LLP<br>900 Jackson Street, STE 500<br>Dallas, TX 75202<br>(469) 904-4550<br>hcrowe@burnscharest.com | **MAKE CHECKS PAYABLE TO:**<br>Summer A. Fisher<br>Official Court Reporter<br>280 S. First Street<br>Room 2112<br>San Jose, CA 95113<br>(408) 763-0563<br>summer_fisher@cand.uscourts.gov |

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 09-08-2025   DATE DELIVERED: 09-08-2025

**In the matter of:** CV-23-5607-NW, Tavantzis v American Airlines

Thank you for your business! Please send payment within 7 days of receiving this invoice.

Trial: 9/8/25, 9/9, 9/10, 9/11, 9/15, 9/16, 9/17/25

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | 739 | 7.30 | 5394.70 | 2217 | 1.45 | 3214.65 | 1478 | 1.10 | 1625.80 | 10235.15 |
| 2-Hour | | | | | | | | | | |
| Realtime | 1478 | 3.70 | 5468.60 | | | | | | | 5468.60 |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 15703.75 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |
| | | | | | | | | **Total Due** | | 15703.75 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: Summer A. Fisher   DATE: 09-08-2025

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

| ST44 Rev. 10/23 Derived from AO44 Rev. 10/23 | UNITED STATES DISTRICT COURT Northern District of California |
|---|---|

Invoice No.: 20250168

Hannah Crowe
Burns Charest LLP
900 Jackson Street, STE 500
Dallas, TX 75202
(469) 904-4550
hcrowe@burnscharest.com

**MAKE CHECKS PAYABLE TO:**
Summer A. Fisher
Official Court Reporter
280 S. First Street
Room 2112
San Jose, CA 95113
(408) 763-0563
summer_fisher@cand.uscourts.gov

__ CRIMINAL   X CIVIL

DATE ORDERED: 09-22-2025
DATE DELIVERED: 09-22-2025

**In the matter of:** CV-23-5607-NW, Tavantzis v American Airlines

Thank you for your business! Please send payment within 7 days of receiving this invoice.

9/3/25 (partial pretrial), 9/4/25 3rd pretrial conf.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | 99 | 1.45 | 143.55 | | | | 143.55 |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | | |

| | |
|---|---|
| Misc. Charges | |
| **Subtotal** | 143.55 |
| Less Discount for Late Delivery | |
| Tax (If Applicable) | |
| Less Amount of Deposit | |
| Total Refund | |
| **Total Due** | 143.55 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: Summer A. Fisher
DATE: 09-22-2025

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR