# EXHIBIT C

# INVOICE

1 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1403524 | 10/8/2024 | 1206593 |

| Job Date | Case No. | |
|---|---|---|
| 9/27/2024 | 5:23-CV-05607-EKL | |

| Case Name |
|---|
| Ana Maria Marcela Tavantzis, et al. v. American Airlines, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Hannah Crowe, Esq.
Burns Charest
900 Jackson Street, Suite 500
Dallas, TX 75202

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Ana Maria Marcela Tavantzis <- | 213.00 | Pages | @ | 3.850 | 820.05 |
| Exhibits - Scanned | 109.00 | | @ | 0.250 | 27.25 |
| Exhibit Handling | 1.00 | | @ | 5.950 | 5.95 |
| Expert/Tech | 213.00 | Pages | @ | 0.650 | 138.45 |
| Video Pages | 213.00 | Pages | @ | 0.650 | 138.45 |
| Rough Draft | 170.00 | Pages | @ | 2.500 | 425.00 |
| VC/Zoom pages (complimentary) | 213.00 | Pages | @ | 0.000 | 0.00 |
| MLV Connect | 1.00 | Access | @ | 55.000 | 55.00 |
| GoGreenScripts Lit Package | 1.00 | | @ | 45.000 | 45.00 |
| | | **TOTAL DUE   >>>** | | | **$1,655.15** |

Location of Job    : Cooper Street Office Center
101 Cooper St
Santa Cruz, CA 95060

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

| | |
|---|---|
| Job No. | : 1206593       BU ID         : Starr Co. |
| Case No. | : 5:23-CV-05607-EKL |
| Case Name | : Ana Maria Marcela Tavantzis, et al. v. American Airlines, Inc. |
| Invoice No. | : 1403524       Invoice Date : 10/8/2024 |
| **Total Due** | **: $1,679.98** |

Hannah Crowe, Esq.
Burns Charest
900 Jackson Street, Suite 500
Dallas, TX 75202

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# INVOICE

2 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1403524 | 10/8/2024 | 1206593 |

| Job Date | Case No. |
|---|---|
| 9/27/2024 | 5:23-CV-05607-EKL |

| Case Name |
|---|
| Ana Maria Marcela Tavantzis, et al. v. American Airlines, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Hannah Crowe, Esq.
Burns Charest
900 Jackson Street, Suite 500
Dallas, TX 75202

| | |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 24.83 |
| **(=) New Balance:** | **$1,679.98** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Hannah Crowe, Esq.
Burns Charest
900 Jackson Street, Suite 500
Dallas, TX 75202

| | | | |
|---|---|---|---|
| Job No. | : 1206593 | BU ID | : Starr Co. |
| Case No. | : 5:23-CV-05607-EKL | | |
| Case Name | : Ana Maria Marcela Tavantzis, et al. v. American Airlines, Inc. | | |
| Invoice No. | : 1403524 | Invoice Date | : 10/8/2024 |
| **Total Due** | : **$1,679.98** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# INVOICE

1 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1439716 | 11/26/2024 | 1232266 |

| Job Date | Case No. |
|---|---|
| 11/14/2024 | |

| Case Name |
|---|
| In re: American Airlines/Plasencia |

| Payment Terms |
|---|
| Due upon receipt |

Darren P. Nicholson, Esq.
Burns Charest
900 Jackson Street, Suite 500
Dallas, TX 75202

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Jacob Gullekson | 28.00 | Pages | @ | 3.750 | 175.00 |
| Exhibits - Scanned | 1.00 | | @ | 0.250 | 0.25 |
| Exhibit Handling | 1.00 | | @ | 5.950 | 5.95 |
| Video Pages | 1.00 | Pages | @ | 0.500 | 14.00 |
| VC/Zoom pages (complimentary) | 1.00 | Pages | @ | 0.000 | 0.00 |
| MLV Connect | 1.00 | Access | @ | 55.000 | 55.00 |
| GoGreenScripts Lit Package | 1.00 | | @ | 45.000 | 45.00 |
| | | | **TOTAL DUE   >>>** | | **$295.20** |

Location of Job    : VIRTUAL
                          INTERNATIONAL, FL

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**(-) Payments/Credits:**          0.00

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Darren P. Nicholson, Esq.
Burns Charest
900 Jackson Street, Suite 500
Dallas, TX 75202

| | | | |
|---|---|---|---|
| Job No. | : 1232266 | BU ID | : Starr Co. |
| Case No. | : | | |
| Case Name | : In re: American Airlines/Plasencia | | |
| Invoice No. | : 1439716 | Invoice Date | : 11/26/2024 |
| **Total Due** | **: $295.20** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC**
              **P.O. Box 822804**
              **Philadelphia, PA 19182-2804**

# I N V O I C E

1 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1462177 | 12/24/2024 | 1234918 |

| Job Date | Case No. |
|---|---|
| 12/6/2024 | 5:23-CV-05607-EKL |

| Case Name |
|---|
| Ana Maria Marcela Tavantzis, et al. v. American Airlines, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Hannah Crowe, Esq.
Burns Charest
900 Jackson Street, Suite 500
Dallas, TX 75202

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Captain Richard J. Levy <- | 136.00 | Pages | @ | 3.850 | 523.60 |
| Exhibits - Scanned | 35.00 | | @ | 0.250 | 8.75 |
| Exhibit Handling | 1.00 | | @ | 5.950 | 5.95 |
| Video Pages | 1.00 | Pages | @ | 0.500 | 68.00 |
| VC/Zoom pages (complimentary) | 1.00 | Pages | @ | 0.000 | 0.00 |
| MLV Connect | 1.00 | Access | @ | 55.000 | 55.00 |
| GoGreenScripts Lit Package | 1.00 | | @ | 45.000 | 45.00 |
| | | **TOTAL DUE  >>>** | | | **$706.30** |

Location of Job    : VIRTUAL, TX

<mark>This invoice replaces invoice # 1455059</mark>

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.
WE ACCEPT VISA, MASTERCARD

**(-) Payments/Credits:**                    0.00

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Hannah Crowe, Esq.
Burns Charest
900 Jackson Street, Suite 500
Dallas, TX 75202

| | | | |
|---|---|---|---|
| Job No. | : 1234918 | BU ID | : Starr Co. |
| Case No. | : 5:23-CV-05607-EKL | | |
| Case Name | : Ana Maria Marcela Tavantzis, et al. v. American Airlines, Inc. | | |
| Invoice No. | : 1462177 | Invoice Date | : 12/24/2024 |
| **Total Due** | **: $706.30** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC**
           **P.O. Box 822804**
           **Philadelphia, PA 19182-2804**

# INVOICE

2 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1462177 | 12/24/2024 | 1234918 |

| Job Date | Case No. |
|---|---|
| 12/6/2024 | 5:23-CV-05607-EKL |

| Case Name |
|---|
| Ana Maria Marcela Tavantzis, et al. v. American Airlines, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Hannah Crowe, Esq.
Burns Charest
900 Jackson Street, Suite 500
Dallas, TX 75202

| | |
|---|---|
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$706.30** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Hannah Crowe, Esq.
Burns Charest
900 Jackson Street, Suite 500
Dallas, TX 75202

| | | | |
|---|---|---|---|
| Job No. | : 1234918 | BU ID | : Starr Co. |
| Case No. | : 5:23-CV-05607-EKL | | |
| Case Name | : Ana Maria Marcela Tavantzis, et al. v. American Airlines, Inc. | | |
| Invoice No. | : 1462177 | Invoice Date | : 12/24/2024 |
| **Total Due** | **: $706.30** | | |

## PAYMENT WITH CREDIT CARD

AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC
P.O. Box 822804
Philadelphia, PA 19182-2804**

# INVOICE

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1486994 | 2/3/2025 | 1234910 |
| **Job Date** | **Case No.** | |
| 12/5/2024 | 5:23-CV-05607-EKL | |
| **Case Name** | | |
| Ana Maria Marcela Tavantzis, et al. v. American Airlines, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Julianna Gravois
Burns Charest
900 Jackson Street, Suite 500
Dallas, TX 75202

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Karen L. Aznavoorian | 164.00 | Pages | @ | 3.850 | 631.40 |
| Exhibits - Scanned | 109.00 | | @ | 0.250 | 27.25 |
| Exhibit Handling | 1.00 | | @ | 5.950 | 5.95 |
| Expert/Tech | 1.00 | Pages | @ | 0.650 | 106.60 |
| Video Pages | 1.00 | Pages | @ | 0.650 | 106.60 |
| GoGreenScripts Lit Package | 1.00 | | @ | 45.000 | 45.00 |
| | | **TOTAL DUE   >>>** | | | **$922.80** |

Location of Job    : VIRTUAL, CA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$922.80** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Julianna Gravois
Burns Charest
900 Jackson Street, Suite 500
Dallas, TX 75202

Job No.      : 1234910        BU ID      : Starr Co.
Case No.     : 5:23-CV-05607-EKL
Case Name  : Ana Maria Marcela Tavantzis, et al. v. American
                   Airlines, Inc.
Invoice No.  : 1486994         Invoice Date : 2/3/2025
**Total Due** : **$922.80**

**PAYMENT WITH CREDIT CARD**   

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC**
                **P.O. Box 822804**
                **Philadelphia, PA 19182-2804**



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20250886538-12 | 1/22/2025 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6767457 | 1/7/2025 | $1,334.70 |

| Case Name |
|---|
| Ana Maria Marcela Tavantzis,et al v. American Airlines, Inc. |

| Case No. |
|---|
| 523cv05607EKL |

**SE - FORT LAUDERDALE**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 954-463-2933  Fax: 954-525-8919**

**Hannah Crowe, Esquire**
**Burns Charest, L.L.P.**
**900 Jackson Street # 500**
**Dallas TX 75202**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support providing link - RemoteDepo | Hannah Crowe, Esquire<br>Burns Charest, L.L.P.<br>900 Jackson Street # 500<br>Dallas TX 75202 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1 CERTIFIED COPY TRANSCRIPT OF: General | | | | |
| Administration Fee | 1.00 | N/A | $65.00 | $65.00 |
| 1 CERTIFIED COPY TRANSCRIPT OF: Kathleen Lord-Jones | | | | |
| Copy - Expert/Technical | 180.00 | Pages | $4.25 | $765.00 |
| Exhibit | 83.00 | Pages | $0.80 | $66.40 |
| Condensed Transcript | 1.00 | N/A | $15.00 | $15.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Transcript Handling & Processing | 1.00 | N/A | $70.00 | $70.00 |
| Video Pages Copy | 143.00 | Pages | $0.10 | $14.30 |
| Exhibits (Color) | 142.00 | Pages | $2.00 | $284.00 |

| | |
|---|---|
| **Total Due** | **$1,334.70** |
| AFTER 3/8/2025 PAY | $1,534.91 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Late Fees** | **$0.00** |
| **(=) New Balance** | **$1,334.70** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                    Phone: 469-904-4550

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Hannah Crowe, Esquire
Burns Charest, L.L.P.
900 Jackson Street # 500
Dallas TX 75202

| Invoice No. | 20250886538-12 | Invoice Date | 1/22/2025 |
|---|---|---|---|
| Job No. | 6767457 | Case No. | 523cv05607EKL |
| Total Due | **$1,334.70** | | |

Remit To:  **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX 77210**

### PAY BY CREDIT CARD  

**Cardholder's Name:**

**Card Number:**

**Exp. Date:**          **Phone:**

**Billing Address:**

**Zip:**          **Card Security Code:**

**Amount to Charge:**

**Cardholder's Signature:**

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Darren P. Nicholson | |
| Burns Charest LLP | |
| 900 Jackson St | |
| Ste 500 | |
| Dallas, TX, 75202 | |

| | |
|---|---|
| **Invoice #:** | **7335558** |
| **Invoice Date:** | **4/15/2024** |
| **Balance Due:** | **$1,707.08** |

**Case: Tavantizis, Ana Maria Marcela, Et Al. v. American Airlines Inc (5:23cv05607BLF)**   **Proceeding Type: Depositions**

Job #: 6605794   |   Job Date: 4/2/2024   |   Delivery: Normal

| | |
|---|---|
| Location: | Fort Worth, TX |
| Billing Atty: | Darren P. Nicholson |
| Scheduling Atty: | Hannah Crowe | Burns Charest LLP |

| Witness: Debra Shaffer | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 129.00 | $4.85 | $625.65 |
| Transcript Services - Priority Request | 129.00 | $1.07 | $138.03 |
| Transcript - Supplemental Surcharges* | 129.00 | $0.50 | $64.50 |
| Realtime Services | 129.00 | $2.05 | $264.45 |
| Attendance - First Hour | 1.00 | $160.00 | $160.00 |
| Attendance - Add'l Hours | 2.00 | $55.00 | $110.00 |
| Exhibits | 79.00 | $0.55 | $43.45 |
| Smart Summary - Under 100 Transcript Pages | 0.00 | $49.00 | $0.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $50.00 | $50.00 |
| Litigation Package - Secure File Suite | 1.00 | $58.00 | $58.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Veritext Virtual Primary Participants | 1.00 | $95.00 | $95.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $36.00 | $36.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

| | |
|---|---|
| **Invoice #:** | 7335558 |
| **Invoice Date:** | 4/15/2024 |
| **Balance Due:** | $1,707.08 |

Pay by Credit Card: www.veritext.com

# Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Notes:    *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$1,707.08** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,707.08** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  7335558**

**Invoice Date:  4/15/2024**

**Balance Due:  $1,707.08**

Pay by Credit Card: www.veritext.com

133498

# Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: Hannah Crowe | **Invoice #:** | **7760035** |
| Burns Charest LLP | **Invoice Date:** | **10/2/2024** |
| 900 Jackson St | **Balance Due:** | **$3,349.10** |
| Ste 500 | | |
| Dallas, TX, 75202 | | |

| | |
|---|---|
| **Case: Tavantizis, Ana Maria Marcela, Et Al. v. American Airlines Inc (5:23cv05607EKLSVK)** | **Proceeding Type: Depositions** |

Job #: 6886815     |     Job Date: 9/24/2024   |   Delivery: Expedited

Location:             Miami, FL

Billing Atty:        Hannah Crowe

Scheduling Atty:   Hannah Crowe | Burns Charest LLP

| Witness: Dave Eccles | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 231.00 | $4.85 | $1,120.35 |
| Transcript Services - Priority Request | 231.00 | $5.35 | $1,235.85 |
| Transcript - Supplemental Surcharges* | 231.00 | $0.50 | $115.50 |
| Attendance - First Hour | 1.00 | $160.00 | $160.00 |
| Attendance - Add'l Hours | 4.00 | $55.00 | $220.00 |
| Exhibits | 168.00 | $0.55 | $92.40 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $94.00 | $94.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Veritext Virtual Primary Participants | 1.00 | $95.00 | $95.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

| | | |
|---|---|---|
| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  7760035** |
| Veritext | **A/C Name:** Veritext | |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Invoice Date:  10/2/2024** |
| Chicago IL 60694-1303 | **Account No:** 4353454 **ABA:** 071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $3,349.10** |
| | Pay by Credit Card: www.veritext.com | |

B420241003

**Veritext, LLC - Texas Region**
Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Notes: *Supplemental Surcharges Include: Video Proceeding | Invoice Total: | $3,349.10 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $3,349.10 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext | **A/C Name:**Veritext | **Invoice #:  7760035** |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  10/2/2024** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | **Balance Due:  $3,349.10** |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

B420241003

133498

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Hannah Crowe | | |
|---|---|---|---|
| | Burns Charest LLP | **Invoice #:** | **7757771** |
| | 900 Jackson St | **Invoice Date:** | **10/3/2024** |
| | Ste 500 | **Balance Due:** | **$3,775.76** |
| | Dallas, TX, 75202 | | |

| **Case: Tavantizis, Ana Maria Marcela, Et Al. v. American Airlines Inc (5:23cv05607EKLSVK)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6886832   |   Job Date: 9/18/2024   |   Delivery: Daily

| Location: | Fort Lauderdale, FL |
|---|---|
| Billing Atty: | Hannah Crowe |
| Scheduling Atty: | Hannah Crowe \| Burns Charest LLP |

| Witness: Anthony Occhino | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 219.00 | $4.85 | $1,062.15 |
| Transcript Services - Priority Request | 219.00 | $5.89 | $1,289.91 |
| Transcript - Supplemental Surcharges* | 219.00 | $0.50 | $109.50 |
| Rough Draft | 219.00 | $2.50 | $547.50 |
| Attendance - First Hour | 1.00 | $160.00 | $160.00 |
| Attendance - Add'l Hours | 4.00 | $55.00 | $220.00 |
| Exhibits | 114.00 | $0.55 | $62.70 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $94.00 | $94.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |
| | Quantity | Price | Amount |
| Expenses (Out of Pocket) | 1.00 | $14.00 | $14.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  7757771**
**Invoice Date:  10/3/2024**
**Balance Due:  $3,775.76**

Pay by Credit Card: www.veritext.com

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Notes: *Supplemental Surcharges Include: Video Proceeding | |
|---|---|
| **Invoice Total:** | **$3,775.76** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$3,775.76** |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  7757771**

**Invoice Date:  10/3/2024**

**Balance Due:  $3,775.76**

133498

# Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Darren P. Nicholson | **Invoice #:** **7893071** |
| Burns Charest LLP | **Invoice Date:** **11/22/2024** |
| 900 Jackson St | **Balance Due:** **$2,287.60** |
| Ste 500 | |
| Dallas, TX, 75202 | |

| **Case: Tavantizis, Ana Maria Marcela, Et Al. v. American Airlines Inc (5:23cv05607BLF)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 7006375   |   Job Date: 11/6/2024   |   Delivery: Normal

Location:         Fort Lauderdale, FL

Billing Atty:     Darren P. Nicholson

Scheduling Atty:  Darren P. Nicholson | Burns Charest LLP

| Witness: Susan Poston | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 211.00 | $4.85 | $1,023.35 |
| Transcript - Supplemental Surcharges* | 211.00 | $0.50 | $105.50 |
| Attendance - First Hour | 1.00 | $160.00 | $160.00 |
| Attendance - Add'l Hours | 4.00 | $55.00 | $220.00 |
| Exhibits | 25.00 | $0.55 | $13.75 |
| Exhibit Share | 1.00 | $415.00 | $415.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $94.00 | $94.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Veritext Virtual Primary Participants | 1.00 | $95.00 | $95.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

---

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:** 7893071 |
|---|---|---|
| Veritext | **A/C Name:** Veritext | **Invoice Date:** 11/22/2024 |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Balance Due:** $2,287.60 |
| Chicago IL 60694-1303 | **Account No:** 4353454 **ABA:** 071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | |
| | Pay by Credit Card: www.veritext.com | |

# Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Notes:    *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$2,287.60** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$2,287.60** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  7893071**

**Invoice Date:  11/22/2024**

**Balance Due:  $2,287.60**

Pay by Credit Card: www.veritext.com

133498

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Hannah Crowe | | |
|---|---|---|---|
| | Burns Charest LLP | **Invoice #:** | **7967073** |
| | 900 Jackson St | **Invoice Date:** | **12/27/2024** |
| | Ste 500 | **Balance Due:** | **$926.25** |
| | Dallas, TX, 75202 | | |

| **Case: Tavantzis, Ana Maria Marcela, Et Al. v. American Airlines Inc (5:23-cv-05607-EKL-SVK)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 7050095   |   Job Date: 12/10/2024   |   Delivery: Normal

| Location: | San Mateo, CA |
|---|---|
| Billing Atty: | Hannah Crowe |
| Scheduling Atty: | Hannah Crowe | Burns Charest LLP |

| Witness: Robert Pecchio , Corp Rep | Quantity | Price | Amount |
|---|---|---|---|
| Statement on Record/Cert of Non-Appearance (CNA) | 1.00 | $260.00 | $260.00 |
| Attendance - First Hour | 1.00 | $160.00 | $160.00 |
| In Person Coverage Fee | 1.00 | $150.00 | $150.00 |
| Exhibits | 15.00 | $0.55 | $8.25 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $36.00 | $36.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Veritext Virtual Primary Participants | 1.00 | $95.00 | $95.00 |
| Equipment Rental | 1.00 | $100.00 | $100.00 |

| Notes: | **Invoice Total:** | **$926.25** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$926.25** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext | **A/C Name:** Veritext | **Invoice #:  7967073** |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Invoice Date:   12/27/2024** |
| Chicago IL 60694-1303 | **Account No:** 4353454 **ABA:** 071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:   $926.25** |

Pay by Credit Card: www.veritext.com

133498

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569

C.O.D



| Bill To: | Hannah Crowe | | |
|---|---|---|---|
| | Burns Charest LLP | **Invoice #:** | **8006438** |
| | 900 Jackson St | **Invoice Date:** | **1/14/2025** |
| | Ste 500 | **Balance Due:** | **$3,181.70** |
| | Dallas, TX, 75202 | | |

| **Case: Tavantizis, Ana Maria Marcela, Et Al. v. American Airlines Inc (5:23cv05607EKLSVK)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 7088711    |    Job Date: 12/30/2024    |    Delivery: Normal

Location:          San Diego, California

Billing Atty:      Hannah Crowe

Scheduling Atty:   Hannah Crowe | Burns Charest LLP

| Witness: Wayne Snyder | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 275.00 | $5.10 | $1,402.50 |
| Transcript - Supplemental Surcharges* | 275.00 | $0.60 | $165.00 |
| Rough Draft | 275.00 | $2.05 | $563.75 |
| Attendance - First Hour | 1.00 | $175.00 | $175.00 |
| Attendance - Add'l Hours | 7.00 | $65.00 | $455.00 |
| Exhibits | 79.00 | $0.55 | $43.45 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $116.00 | $116.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Veritext Virtual Primary Participants | 1.00 | $100.00 | $100.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  8006438**

**Invoice Date:  1/14/2025**

**Balance Due:  $3,181.70**

Pay by Credit Card: www.veritext.com

133498

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569

C.O.D



| | | |
|---|---|---|
| Notes:   *Supplemental Surcharges Include: Video Proceeding | **Invoice Total:** | **$3,181.70** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$3,181.70** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  8006438**

**Invoice Date:  1/14/2025**

**Balance Due:  $3,181.70**

133498

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Darren P. Nicholson<br>Burns Charest LLP<br>900 Jackson St<br>Ste 500<br>Dallas, TX, 75202 | **Invoice #:** **8015065**<br>**Invoice Date:** **1/20/2025**<br>**Balance Due:** **$2,386.40** |

| Case: Tavantizis, Ana Maria Marcela, Et Al. v. American Airlines Inc (5:23cv05607BLF) | Proceeding Type: Depositions |
|---|---|

Job #: 7100952    |    Job Date: 1/8/2025    |    Delivery: Normal

Location:            San Francisco, CA

Billing Atty:        Darren P. Nicholson

Scheduling Atty:    Hannah Crowe | Burns Charest LLP

| Witness: Marcy Dunaway-Corp. Rep. , Vol. 1 | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 163.00 | $5.10 | $831.30 |
| Transcript - Supplemental Surcharges* | 163.00 | $0.60 | $97.80 |
| Attendance - First Hour | 1.00 | $175.00 | $175.00 |
| Attendance - Add'l Hours | 4.00 | $65.00 | $260.00 |
| Attendance - Non-Standard Bus Hrs Surcharge | 1.00 | $95.00 | $95.00 |
| Exhibits | 326.00 | $0.55 | $179.30 |
| Exhibit Share | 1.00 | $415.00 | $415.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $116.00 | $116.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Veritext Virtual Primary Participants | 1.00 | $100.00 | $100.00 |

| | | |
|---|---|---|
| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:**Veritext<br>**Bank Name:**BMO Harris Bank<br>**Account No:**4353454 **ABA:**071000288<br>**Swift:** HATRUS44 | **Invoice #:  8015065**<br>**Invoice Date:  1/20/2025**<br>**Balance Due:  $2,386.40** |

Pay by Credit Card: www.veritext.com

# Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Notes:   *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$2,386.40** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$2,386.40** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  8015065**

**Invoice Date:  1/20/2025**

**Balance Due:  $2,386.40**

133498

**Veritext Corporate Services LLC**

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



| Bill To: | Hannah Crowe |  |  |
|---|---|---|---|
|  | Burns Charest LLP | **Invoice #:** | **8032711** |
|  | 900 Jackson St | **Invoice Date:** | **1/27/2025** |
|  | Ste 500 | **Balance Due:** | **$953.80** |
|  | Dallas, TX, 75202 |  |  |

| **Case: Arzu, Melissa Suzette  v. American Airlines, Inc. (4:24cv00433P)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 7063570     |     Job Date: 1/8/2025     |     Delivery: Normal

| Location: | Dallas, TX |
|---|---|
| Billing Atty: | Hannah Crowe |
| Scheduling Atty: | Meredith W. Knudsen | Kelly Hart |

| Witness: Bonnie Hayes | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 147.00 | $4.10 | $602.70 |
| Transcript - Supplemental Surcharges* | 147.00 | $0.60 | $88.20 |
| Exhibits | 47.00 | $0.70 | $32.90 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $91.00 | $91.00 |
| Logistics & Processing | 1.00 | $40.00 | $40.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

| Notes:   *Supplemental Surcharges Include: Video Proceeding | **Invoice Total:** | **$953.80** |
|---|---|---|
|  | **Payment:** | **$0.00** |
|  | **Credit:** | **$0.00** |
|  | **Interest:** | **$0.00** |
|  | **Balance Due:** | **$953.80** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Remit to:** | **Pay By ACH (Include invoice numbers):** |  |
|---|---|---|
| Veritext | **A/C Name:** Veritext | **Invoice #:  8032711** |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Invoice Date:  1/27/2025** |
| Chicago IL 60694-1303 | **Account No:** 4353454 **ABA:** 071000288 | **Balance Due:  $953.80** |
| Fed. Tax ID: 20-3457913 | **Swift:** HATRUS44 |  |

Pay by Credit Card: www.veritext.com

# Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Hannah Crowe | | |
|---|---|---|---|
| | Burns Charest LLP | **Invoice #:** | **8035231** |
| | 900 Jackson St | **Invoice Date:** | **1/28/2025** |
| | Ste 500 | **Balance Due:** | **$2,263.45** |
| | Dallas, TX, 75202 | | |

**Case: Tavantzis, Ana Maria Marcela, Et Al. v. American Airlines Inc (5:23cv05607EKLSVK)**                **Proceeding Type: Depositions**

Job #: 7106191   |   Job Date: 1/14/2025   |   Delivery: Normal

Location:          San Diego, CA

Billing Atty:      Hannah Crowe

Scheduling Atty:   Hannah Crowe | Burns Charest LLP

| Witness: Megan Mundell | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 169.00 | $5.10 | $861.90 |
| Transcript - Supplemental Surcharges* | 169.00 | $0.60 | $101.40 |
| Attendance - First Hour | 1.00 | $175.00 | $175.00 |
| Attendance - Add'l Hours | 4.00 | $65.00 | $260.00 |
| Exhibits | 33.00 | $0.55 | $18.15 |
| Exhibit Share | 1.00 | $415.00 | $415.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $116.00 | $116.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Veritext Virtual Primary Participants | 1.00 | $100.00 | $100.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

| | | |
|---|---|---|
| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  8035231** |
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  1/28/2025** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $2,263.45** |

Pay by Credit Card: www.veritext.com

133498

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Notes: *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$2,263.45** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$2,263.45** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  8035231** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  1/28/2025** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $2,263.45** |

Pay by Credit Card: www.veritext.com

133498

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Hannah Crowe | Invoice #: | 8038230 |
|---|---|---|---|
| | Burns Charest LLP | Invoice Date: | 1/29/2025 |
| | 900 Jackson St | Balance Due: | $3,343.02 |
| | Ste 500 | | |
| | Dallas, TX, 75202 | | |

**Case: Tavantizis, Ana Maria Marcela, Et Al. v. American Airlines Inc (5:23cv05607EKLSVK)** — **Proceeding Type: Depositions**

Job #: 7106884    |    Job Date: 1/16/2025    |    Delivery: Expedited

| Location: | San Diego, California |
|---|---|
| Billing Atty: | Hannah Crowe |
| Scheduling Atty: | Hannah Crowe | Burns Charest LLP |

| Witness: Wayne Snyder | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 172.00 | $5.10 | $877.20 |
| Transcript Services - Priority Request | 172.00 | $4.56 | $784.32 |
| Transcript - Supplemental Surcharges* | 172.00 | $0.60 | $103.20 |
| Rough Draft | 172.00 | $2.05 | $352.60 |
| Attendance - First Hour | 1.00 | $175.00 | $175.00 |
| Attendance - Add'l Hours | 2.00 | $65.00 | $130.00 |
| Exhibits | 134.00 | $0.55 | $73.70 |
| Exhibit Share | 1.00 | $415.00 | $415.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $116.00 | $116.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Veritext Virtual Primary Participants | 1.00 | $100.00 | $100.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

| Invoice #: | 8038230 |
|---|---|
| Invoice Date: | 1/29/2025 |
| Balance Due: | $3,343.02 |

Pay by Credit Card: www.veritext.com

# Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Notes:    *Supplemental Surcharges Include: Video Proceeding | Invoice Total: | $3,343.02 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $3,343.02 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:**  8038230

**Invoice Date:**  1/29/2025

**Balance Due:**  $3,343.02

133498

# Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: | Hannah Crowe | |
| | Burns Charest LLP | |
| | 900 Jackson St | |
| | Ste 500 | |
| | Dallas, TX, 75202 | |

| | |
|---|---|
| **Invoice #:** | **8044445** |
| **Invoice Date:** | **1/30/2025** |
| **Balance Due:** | **$2,634.70** |

**Case: Tavantizis, Ana Maria Marcela, Et Al. v. American Airlines Inc (5:23cv05607EKLSVK)** — **Proceeding Type: Depositions**

Job #: 7113637   |   Job Date: 1/15/2025   |   Delivery: Normal

| | |
|---|---|
| Location: | Orlando, FL |
| Billing Atty: | Hannah Crowe |
| Scheduling Atty: | Hannah Crowe | Burns Charest LLP |

| Witness: Dr. Nicholas Suite | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 224.00 | $5.10 | $1,142.40 |
| Transcript - Supplemental Surcharges* | 224.00 | $0.60 | $134.40 |
| Attendance - First Hour | 1.00 | $175.00 | $175.00 |
| Attendance - Add'l Hours | 4.00 | $65.00 | $260.00 |
| Exhibits | 138.00 | $0.55 | $75.90 |
| Exhibit Share | 1.00 | $415.00 | $415.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $116.00 | $116.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Veritext Virtual Primary Participants | 1.00 | $100.00 | $100.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

| | | |
|---|---|---|
| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:**Veritext<br>**Bank Name:**BMO Harris Bank<br>**Account No:**4353454 **ABA:**071000288<br>**Swift:** HATRUS44 | **Invoice #:  8044445**<br>**Invoice Date:  1/30/2025**<br>**Balance Due:  $2,634.70** |

Pay by Credit Card: www.veritext.com

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Notes:    *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$2,634.70** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$2,634.70** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  8044445**

**Invoice Date:  1/30/2025**

**Balance Due:  $2,634.70**

Pay by Credit Card: www.veritext.com

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Hannah Crowe | **Invoice #:** **8045854** |
| Burns Charest LLP | **Invoice Date:** **1/31/2025** |
| 900 Jackson St | **Balance Due:** **$2,529.50** |
| Ste 500 | |
| Dallas, TX, 75202 | |

| | |
|---|---|
| **Case: Tavantzis, Ana Maria Marcela, Et Al. v. American Airlines Inc (5:23cv05607EKLSVK)** | **Proceeding Type: Depositions** |

Job #: 7106184   |   Job Date: 1/13/2025   |   Delivery: Normal

Location:           San Diego, CA

Billing Atty:       Hannah Crowe

Scheduling Atty:   Hannah Crowe | Burns Charest LLP

| Witness: Jill Curry | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 207.00 | $5.10 | $1,055.70 |
| Transcript - Supplemental Surcharges* | 207.00 | $0.60 | $124.20 |
| Attendance - First Hour | 1.00 | $175.00 | $175.00 |
| Attendance - Add'l Hours | 4.00 | $65.00 | $260.00 |
| Exhibits | 32.00 | $0.55 | $17.60 |
| Exhibit Share | 1.00 | $415.00 | $415.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Witness Read and Sign Services | 1.00 | $50.00 | $50.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $116.00 | $116.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Veritext Virtual Primary Participants | 1.00 | $100.00 | $100.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

---

| | | |
|---|---|---|
| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  8045854** |
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  1/31/2025** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $2,529.50** |

Pay by Credit Card: www.veritext.com

# Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Notes:    *Supplemental Surcharges Include: Video Proceeding | | Invoice Total: | $2,529.50 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $2,529.50 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  8045854**

**Invoice Date:  1/31/2025**

**Balance Due:  $2,529.50**

133498

# Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: Darren P. Nicholson | **Invoice #:** | **8048853** |
| Burns Charest LLP | **Invoice Date:** | **1/31/2025** |
| 900 Jackson St | **Balance Due:** | **$839.70** |
| Ste 500 | | |
| Dallas, TX, 75202 | | |

| | |
|---|---|
| **Case: Tavantzis, Ana Maria Marcela, Et Al. v. American Airlines Inc (5:23cv05607EKLSVK)** | **Proceeding Type: Depositions** |

Job #: 7118657    |    Job Date: 1/17/2025    |    Delivery: Normal

| | |
|---|---|
| Location: | Fort Worth, TX |
| Billing Atty: | Darren P. Nicholson |
| Scheduling Atty: | Hannah Crowe | Burns Charest LLP |

| Witness: Debra Shaffer , Corp Rep | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 60.00 | $5.10 | $306.00 |
| Transcript - Supplemental Surcharges* | 60.00 | $0.60 | $36.00 |
| Attendance - First Hour | 1.00 | $175.00 | $175.00 |
| Exhibits | 74.00 | $0.55 | $40.70 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $116.00 | $116.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Smart Summary - Under 100 Transcript Pages | 1.00 | $49.00 | $49.00 |

| Notes:    *Supplemental Surcharges Include: Video Proceeding | **Invoice Total:** | **$839.70** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$839.70** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| | | |
|---|---|---|
| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  8048853** |
| Veritext | **A/C Name:**Veritext | **Invoice Date:  1/31/2025** |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Balance Due:  $839.70** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Hannah Crowe | Invoice #: | 8075874 |
|---|---|---|---|
| | Burns Charest LLP | Invoice Date: | 2/12/2025 |
| | 900 Jackson St | Balance Due: | $524.05 |
| | Ste 500 | | |
| | Dallas, TX, 75202 | | |

| Case: Tavantzis, Ana Maria Marcela, Et Al. v. American Airlines Inc (5:23-cv-05607-EKL-SVK) | Proceeding Type: Depositions |
|---|---|

Job #: 7065032   |   Job Date: 12/9/2024   |   Delivery: Normal

| Location: | San Mateo, CA |
|---|---|
| Billing Atty: | Hannah Crowe |
| Scheduling Atty: | Hannah Crowe | Burns Charest LLP |

| Witness: Jill Curry | Quantity | Price | Amount |
|---|---|---|---|
| Statement on Record/Cert of Non-Appearance (CNA) | 1.00 | $260.00 | $260.00 |
| Attendance - First Hour | 1.00 | $160.00 | $160.00 |
| Exhibits | 11.00 | $0.55 | $6.05 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $36.00 | $36.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |

| Notes: | Invoice Total: | $524.05 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $524.05 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 8075874**
**Invoice Date:  2/12/2025**
**Balance Due:  $524.05**

133498

## Veritext Corporate Services LLC

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



| Bill To: | Julianna Gravois | | |
|---|---|---|---|
| | Burns Charest LLP | **Invoice #:** | **8541724** |
| | 900 Jackson St | **Invoice Date:** | **8/11/2025** |
| | Ste 500 | **Balance Due:** | **$1,547.60** |
| | Dallas, TX, 75202 | | |

| Case: Tavantzis, Ana Maria Marcela  v. American Airlines, Inc. (5:23cv05607EKL) | Proceeding Type: Depositions |
|---|---|

Job #: 7088777    |    Job Date: 1/3/2025    |    Delivery: Normal

| Location: | Dallas, TX |
|---|---|
| Billing Atty: | Julianna Gravois |
| Scheduling Atty: | Kelly H. Kolb | Buchanan Ingersoll & Rooney PC |

| Witness: Jack David Schim | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 236.00 | $3.95 | $932.20 |
| Transcript - Supplemental Surcharges* | 236.00 | $1.20 | $283.20 |
| Exhibits | 146.00 | $0.70 | $102.20 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $91.00 | $91.00 |
| Logistics & Processing | 1.00 | $40.00 | $40.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

| Notes: *Supplemental Surcharges Include: Expert/Medical/Technical, Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$1,547.60** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,547.60** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

| **Invoice #:** | **8541724** |
|---|---|
| **Invoice Date:** | **8/11/2025** |
| **Balance Due:** | **$1,547.60** |