# EXHIBIT D

# I N V O I C E

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -9th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1640546 | 8/12/2025 | 1232266 |
| **Job Date** | **Case No.** | |
| 11/14/2024 | | |
| **Case Name** | | |
| In re: American Airlines/Plasencia | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Darren P. Nicholson, Esq.
Burns Charest
900 Jackson Street, Suite 500
Dallas, TX 75202

Jacob Gullekson (video)
    MPEG1 / MPEG4          1.00     @     55.000        55.00

**TOTAL DUE   >>>                                                   $55.00**

Location of Job   : VIRTUAL
                   INTERNATIONAL, FL

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

|  |  |
|---|---|
| ( - ) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.83 |
| (=) New Balance: | **$55.83** |

**Tax ID:** 83-2616308

Please detach bottom portion and return with payment.

Darren P. Nicholson, Esq.
Burns Charest
900 Jackson Street, Suite 500
Dallas, TX 75202

Job No.      : 1232266            BU ID       : Starr Co.
Case No.     :
Case Name    : In re: American Airlines/Plasencia

Invoice No.  : 1640546            Invoice Date : 8/12/2025
**Total Due**    : **$55.83**

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

| PAYMENT WITH CREDIT CARD |   |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# I N V O I C E

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -9th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1640428 | 8/12/2025 | 1234910 |
| Job Date | Case No. | |
| 12/5/2024 | 5:23-CV-05607-EKL | |
| Case Name | | |
| Ana Maria Marcela Tavantzis, et al. v. American Airlines, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Julianna Gravois
Burns Charest
900 Jackson Street, Suite 500
Dallas, TX 75202

Karen L. Aznavoorian (Video)
   MPEG1 / MPEG4                4.00    @    55.000      220.00

**TOTAL DUE >>>**                                        **$220.00**

Location of Job   : VIRTUAL, CA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 3.30 |
| **(=) New Balance:** | **$223.30** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Julianna Gravois
Burns Charest
900 Jackson Street, Suite 500
Dallas, TX 75202

Job No.      : 1234910           BU ID       : Starr Co.
Case No.     : 5:23-CV-05607-EKL
Case Name    : Ana Maria Marcela Tavantzis, et al. v. American
               Airlines, Inc.
Invoice No.  : 1640428           Invoice Date : 8/12/2025
**Total Due**    : **$223.30**

Remit To: **Magna Legal Services LLC**
          **P.O. Box 822804**
          **Philadelphia, PA 19182-2804**

| **PAYMENT WITH CREDIT CARD**  AMEX MasterCard VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                Phone#: |
| Billing Address: |
| Zip:              Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

# I N V O I C E

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1453621 | 12/12/2024 | 1206593 |
| **Job Date** | | **Case No.** |
| 9/27/2024 | | 5:23-CV-05607-EKL |
| **Case Name** | | |
| Ana Maria Marcela Tavantzis, et al. v. American Airlines, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Hannah Crowe, Esq.
Burns Charest
900 Jackson Street, Suite 500
Dallas, TX 75202

Ana Maria Marcela Tavantzis (Video)
   MPEG1 / MPEG4                                6.50        @      55.000          357.50

**TOTAL DUE   >>>                               $357.50**

Location of Job   : Cooper Street Office Center
                    101 Cooper St
                    Santa Cruz, CA 95060

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

(-) Payments/Credits:            0.00
(+) Finance Charges/Debits:      0.00
(=) New Balance:             $357.50

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Hannah Crowe, Esq.
Burns Charest
900 Jackson Street, Suite 500
Dallas, TX 75202

Job No.      : 1206593          BU ID      : Starr Co.
Case No.     : 5:23-CV-05607-EKL
Case Name    : Ana Maria Marcela Tavantzis, et al. v. American Airlines, Inc.
Invoice No.  : 1453621          Invoice Date : 12/12/2024
**Total Due**    : **$357.50**

Remit To: **Magna Legal Services LLC**
          **P.O. Box 822804**
          **Philadelphia, PA 19182-2804**

| **PAYMENT WITH CREDIT CARD** | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# I N V O I C E

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1640451 | 8/12/2025 | 1234918 |
| **Job Date** | **Case No.** | |
| 12/6/2024 | 5:23-CV-05607-EKL | |
| **Case Name** | | |
| Ana Maria Marcela Tavantzis, et al. v. American Airlines, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew C. Bynum
Burns Charest
900 Jackson Street, Suite 500
Dallas, TX 75202

Captain Richard J. Levy (Video)
   MPEG1 / MPEG4                       3.00        @       55.000           165.00

**TOTAL DUE   >>>**                                                        **$165.00**

Location of Job    : VIRTUAL, TX

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

|  | |
|---|---|
| ( - ) **Payments/Credits:** | 0.00 |
| (+) **Finance Charges/Debits:** | 0.00 |
| (=) **New Balance:** | **$165.00** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Andrew C. Bynum
Burns Charest
900 Jackson Street, Suite 500
Dallas, TX 75202

Job No.       : 1234918          BU ID        : Starr Co.
Case No.      : 5:23-CV-05607-EKL
Case Name     : Ana Maria Marcela Tavantzis, et al. v. American
                Airlines, Inc.
Invoice No.   : 1640451          Invoice Date : 8/12/2025
**Total Due**    : **$165.00**

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

| **PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:               Phone#: |
| Billing Address: |
| Zip:             Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

**Veritext, LLC - Texas Region**
Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Hannah Crowe
Burns Charest LLP
900 Jackson St
Ste 500
Dallas, TX, 75202 | | **Invoice #:** | **7362935** |
|---|---|---|---|---|
| | | | **Invoice Date:** | **4/24/2024** |
| | | | **Balance Due:** | **$1,145.00** |

**Case: Tavantizis, Ana Maria Marcela, Et Al. v. American Airlines Inc (5:23cv05607BLF)**  **Proceeding Type: Depositions**

Job #: 6605794   |   Job Date: 4/2/2024   |   Delivery: Normal

| Location: | Fort Worth, TX |
|---|---|
| Billing Atty: | Hannah Crowe |
| Scheduling Atty: | Hannah Crowe | Burns Charest LLP |

| **Witness: Debra Shaffer** | **Quantity** | **Price** | **Amount** |
|---|---:|---:|---:|
| Video - Initial Services | 1.00 | $335.00 | $335.00 |
| Video - Additional Hours | 2.00 | $125.00 | $250.00 |
| Video - Digitizing & Transcript Synchronization | 3.00 | $135.00 | $405.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |
| Video - Media and Cloud Services | 3.00 | $35.00 | $105.00 |

| Notes: | | **Invoice Total:** | **$1,145.00** |
|---|---|---:|---:|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$1,145.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44 | **Invoice #:** **7362935**
**Invoice Date:** **4/24/2024**
**Balance Due:** **$1,145.00** |
|---|---|---|

Pay by Credit Card: www.veritext.com

133498

**Veritext, LLC - Texas Region**
Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Hannah Crowe<br>Burns Charest LLP<br>900 Jackson St<br>Ste 500<br>Dallas, TX, 75202 | Invoice #: | 7798292 |
|---|---|---|---|
| | | Invoice Date: | 10/17/2024 |
| | | Balance Due: | $2,305.00 |

**Case: Tavantizis, Ana Maria Marcela, Et Al. v. American Airlines Inc (5:23cv05607EKLSVK)**    **Proceeding Type: Depositions**

Job #: 6886815   |   Job Date: 9/24/2024   |   Delivery: Normal

Location:          Miami, FL
Billing Atty:      Hannah Crowe
Scheduling Atty:   Hannah Crowe | Burns Charest LLP

| Witness: Dave Eccles | Quantity | Price | Amount |
|---|---:|---:|---:|
| Video - Initial Services | 1.00 | $335.00 | $335.00 |
| Video - Additional Hours | 4.00 | $125.00 | $500.00 |
| Video - MPEG/Digitizing | 4.00 | $90.00 | $360.00 |
| Exhibit Capture Service | 1.00 | $920.00 | $920.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |
| Video - Media and Cloud Services | 4.00 | $35.00 | $140.00 |

Notes:

| | |
|---|---:|
| Invoice Total: | $2,305.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $2,305.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454   **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 7798292
**Invoice Date:** 10/17/2024
**Balance Due:** $2,305.00

133498

**Veritext, LLC - Texas Region**
Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Darren P. Nicholson<br>Burns Charest LLP<br>900 Jackson St<br>Ste 500<br>Dallas, TX, 75202 | | **Invoice #:** | **7860127** |
|---|---|---|---|---|
| | | | **Invoice Date:** | **11/12/2024** |
| | | | **Balance Due:** | **$975.00** |

**Case: Tavantizis, Ana Maria Marcela, et al. v. American Airlines Inc (5:23cv05607BLF)**    **Proceeding Type: Depositions**

Job #: 7006375    |    Job Date: 11/6/2024    |    Delivery: Normal

Location:          Fort Lauderdale, FL
Billing Atty:      Darren P. Nicholson
Scheduling Atty:   Darren P. Nicholson | Burns Charest LLP

| Witness: Susan Poston | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $335.00 | $335.00 |
| Video - Additional Hours | 4.00 | $125.00 | $500.00 |
| Video - Media and Cloud Services | 4.00 | $35.00 | $140.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | $975.00 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $975.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:**  **7860127**
**Invoice Date:**  **11/12/2024**
**Balance Due:**  **$975.00**

Pay by Credit Card: www.veritext.com

133498

**Veritext, LLC - Texas Region**
Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Hannah Crowe<br>Burns Charest LLP<br>900 Jackson St<br>Ste 500<br>Dallas, TX, 75202 | | **Invoice #:** | **8000853** |
|---|---|---|---|---|
| | | | **Invoice Date:** | **1/10/2025** |
| | | | **Balance Due:** | **$1,475.00** |

**Case: Tavantizis, Ana Maria Marcela, et al. v. American Airlines Inc (5:23cv05607EKLSVK)**     **Proceeding Type: Depositions**

Job #: 7088711  |  Job Date: 12/30/2024  |  Delivery: Normal

Location:            San Diego, California
Billing Atty:         Hannah Crowe
Scheduling Atty:  Hannah Crowe | Burns Charest LLP

| **Witness: Wayne Snyder** | **Quantity** | **Price** | **Amount** |
|---|---:|---:|---:|
| Video - MPEG/Digitizing | 4.00 | $90.00 | $360.00 |
| Video - Media and Cloud Services | 4.00 | $35.00 | $140.00 |
| | **Quantity** | **Price** | **Amount** |
| Video - Initial Services | 1.00 | $385.00 | $385.00 |
| Video - Additional Hours | 4.00 | $135.00 | $540.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |

Notes:

| | |
|---|---:|
| **Invoice Total:** | $1,475.00 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,475.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:**  8000853
**Invoice Date:**  1/10/2025
**Balance Due:**  $1,475.00

133498

**Veritext, LLC - Texas Region**
Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Julianna Gravois |
| | Burns Charest LLP |
| | 900 Jackson St |
| | Ste 500 |
| | Dallas, TX, 75202 |

| Invoice #: | 8523694 |
| Invoice Date: | 8/1/2025 |
| Balance Due: | $410.00 |

**Case:** Tavantzis, Ana Maria Marcela, Et Al. v. American Airlines Inc (5:23cv05607EKLSVK)

**Proceeding Type: Depositions**

Job #: 7106184   |   Job Date: 1/13/2025   |   Delivery: Normal

Location: San Diego, CA
Billing Atty: Julianna Gravois
Scheduling Atty: Hannah Crowe | Burns Charest LLP

| Witness: MM Jill Curry | Quantity | Price | Amount |
|---|---|---|---|
| Video - MPEG/Digitizing | 4.00 | $90.00 | $360.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $410.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $410.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

Invoice #: 8523694
Invoice Date: 8/1/2025
Balance Due: $410.00

133498

**Veritext, LLC - Texas Region**

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Hannah Crowe |  | Invoice #: | 7757473 |
|---|---|---|---|---|
|  | Burns Charest LLP |  | Invoice Date: | 10/3/2024 |
|  | 900 Jackson St |  | Balance Due: | $1,405.00 |
|  | Ste 500 |  |  |  |
|  | Dallas, TX, 75202 |  |  |  |

**Case: Tavantizis, Ana Maria Marcela, Et Al. v. American Airlines Inc (5:23cv05607EKLSVK)**

**Proceeding Type: Depositions**

Job #: 6886832   |   Job Date: 9/18/2024   |   Delivery: Normal

Location:        Fort Lauderdale, FL
Billing Atty:    Hannah Crowe
Scheduling Atty: Hannah Crowe | Burns Charest LLP

| Witness: Anthony Occhino | Quantity | Price | Amount |
|---|---:|---:|---:|
| Video - Initial Services | 1.00 | $335.00 | $335.00 |
| Video - Additional Hours | 4.00 | $125.00 | $500.00 |
| Video - MPEG/Digitizing | 4.00 | $90.00 | $360.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |
| Video - Media and Cloud Services | 4.00 | $35.00 | $140.00 |
|  | **Quantity** | **Price** | **Amount** |
| Expenses (Out of Pocket) | 1.00 | $20.00 | $20.00 |

Notes:

| | |
|---|---:|
| Invoice Total: | $1,405.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,405.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 7757473
**Invoice Date:** 10/3/2024
**Balance Due:** $1,405.00

133498

**Veritext, LLC - Texas Region**
Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Hannah Crowe<br>Burns Charest LLP<br>900 Jackson St<br>Ste 500<br>Dallas, TX, 75202 | | Invoice #: | **8027109** |
|---|---|---|---|---|
| | | | Invoice Date: | **1/23/2025** |
| | | | Balance Due: | **$760.00** |

**Case: Tavantzis, Ana Maria Marcela, et al. v. American Airlines Inc (5:23cv05607EKLSVK)**

**Proceeding Type: Depositions**

Job #: 7106191   |   Job Date: 1/14/2025   |   Delivery: Normal

Location:            San Diego, CA
Billing Atty:        Hannah Crowe
Scheduling Atty:     Hannah Crowe | Burns Charest LLP

| **Witness: Megan Mundell** | **Quantity** | **Price** | **Amount** |
|---|---:|---:|---:|
| Video - Initial Services | 1.00 | $385.00 | $385.00 |
| Video - Additional Hours | 2.00 | $135.00 | $270.00 |
| Video - Media and Cloud Services | 3.00 | $35.00 | $105.00 |

| Notes: | | **Invoice Total:** | **$760.00** |
|---|---|---|---:|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | **Balance Due:** | **$760.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:** Veritext<br>**Bank Name:** BMO Harris Bank<br>**Account No:** 4353454 **ABA:** 071000288<br>**Swift:** HATRUS44<br><br>Pay by Credit Card: www.veritext.com | **Invoice #:** **8027109**<br>**Invoice Date:** **1/23/2025**<br>**Balance Due:** **$760.00** |
|---|---|---|

133498

**Veritext, LLC - Texas Region**
Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Hannah Crowe  
Burns Charest LLP  
900 Jackson St  
Ste 500  
Dallas, TX, 75202 | Invoice #: | 8028286 |
|---|---|---|---|
| | | Invoice Date: | 1/24/2025 |
| | | Balance Due: | $555.00 |

**Case: Tavantzis, Ana Maria Marcela, et al. v. American Airlines Inc (5:23cv05607EKLSVK)**   **Proceeding Type: Depositions**

Job #: 7118657  |  Job Date: 1/17/2025  |  Delivery: Normal

Location:           Fort Worth, TX
Billing Atty:       Hannah Crowe
Scheduling Atty:  Hannah Crowe | Burns Charest LLP

| Witness: Debra Shaffer , Corp Rep | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $385.00 | $385.00 |
| Video - Additional Hours | 1.00 | $135.00 | $135.00 |
| Video - Media and Cloud Services | 1.00 | $35.00 | $35.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $555.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $555.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

Invoice #:  8028286
Invoice Date:  1/24/2025
Balance Due:  $555.00

133498

**Veritext, LLC - Texas Region**
Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Julianna Gravois |
| | Burns Charest LLP |
| | 900 Jackson St |
| | Ste 500 |
| | Dallas, TX, 75202 |

| Invoice #: | 8519772 |
| Invoice Date: | 7/31/2025 |
| Balance Due: | $320.00 |

**Case:** Tavantzis, Ana Maria Marcela, Et Al. v. American Airlines Inc (5:23cv05607EKLSVK)

**Proceeding Type: Depositions**

Job #: 7106191   |   Job Date: 1/14/2025   |   Delivery: Normal

Location:         San Diego, CA
Billing Atty:     Julianna Gravois
Scheduling Atty:  Hannah Crowe | Burns Charest LLP

| Witness: MM Megan Mundell | Quantity | Price | Amount |
|---|---|---|---|
| Video - MPEG/Digitizing | 3.00 | $90.00 | $270.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $320.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $320.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:**  8519772
**Invoice Date:**  7/31/2025
**Balance Due:**  $320.00

133498

**Veritext, LLC - Texas Region**
Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Julianna Gravois<br>Burns Charest LLP<br>900 Jackson St<br>Ste 500<br>Dallas, TX, 75202 | **Invoice #:** | **8520145** |
|---|---|---|---|
| | | **Invoice Date:** | **7/31/2025** |
| | | **Balance Due:** | **$320.00** |

**Case:** Tavantizis, Ana Maria Marcela, Et Al. v. American Airlines Inc (5:23cv05607EKLSVK)     **Proceeding Type: Depositions**

Job #: 7106884    |    Job Date: 1/16/2025    |    Delivery: Normal

Location:         San Diego, California
Billing Atty:     Julianna Gravois
Scheduling Atty:  Hannah Crowe | Burns Charest LLP

| **Witness: Wayne Snyder** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Video - MPEG/Digitizing | 3.00 | $90.00 | $270.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$320.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$320.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  8520145**
**Invoice Date:  7/31/2025**
**Balance Due:  $320.00**

133498

**Veritext, LLC - Texas Region**
Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Julianna Gravois<br>Burns Charest LLP<br>900 Jackson St<br>Ste 500<br>Dallas, TX, 75202 | | |
|---|---|---|---|
| | | **Invoice #:** | **8528436** |
| | | **Invoice Date:** | **8/5/2025** |
| | | **Balance Due:** | **$250.00** |

**Case: Tavantizis, Ana Maria Marcela, Et Al. v. American Airlines Inc (5:23cv05607EKLSVK)**   **Proceeding Type: Depositions**

Job #: 6886815   |   Job Date: 9/24/2024   |   Delivery: Daily

Location:           Miami, FL
Billing Atty:       Julianna Gravois
Scheduling Atty:    Hannah Crowe | Burns Charest LLP

| Witness: Dave Eccles | Quantity | Price | Amount |
|---|---:|---:|---:|
| Video - Editing Services | 1.00 | $200.00 | $200.00 |
| | Quantity | Price | Amount |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |

Notes:

| | |
|---|---:|
| Invoice Total: | $250.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $250.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 8528436
**Invoice Date:** 8/5/2025
**Balance Due:** $250.00

Pay by Credit Card: www.veritext.com

133498

**Veritext, LLC - Texas Region**
Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Andrew Bynum<br>Burns Charest LLP<br>900 Jackson St<br>Ste 500<br>Dallas, TX, 75202 | **Invoice #:** 8531686<br>**Invoice Date:** 8/6/2025<br>**Balance Due:** $410.00 |

**Case:** Tavantizis, Ana Maria Marcela, Et Al. v. American Airlines Inc (5:23cv05607EKLSVK)    **Proceeding Type: Depositions**

Job #: 7088711    |    Job Date: 12/30/2024    |    Delivery: Normal

Location:            San Diego, California
Billing Atty:        Andrew Bynum
Scheduling Atty:     Hannah Crowe | Burns Charest LLP

| Witness: PIP Wayne Snyder | Quantity | Price | Amount |
|---|---|---|---|
| Video - MPEG/Digitizing | 4.00 | $90.00 | $360.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | $410.00 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $410.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 8531686
**Invoice Date:** 8/6/2025
**Balance Due:** $410.00

133498

**Veritext, LLC - Texas Region**
Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Julianna Gravois<br>Burns Charest LLP<br>900 Jackson St<br>Ste 500<br>Dallas, TX, 75202 | | **Invoice #:** | **8533239** |
|---|---|---|---|---|
| | | | **Invoice Date:** | **8/8/2025** |
| | | | **Balance Due:** | **$450.00** |

**Case: Tavantizis, Ana Maria Marcela, Et Al. v. American Airlines Inc (5:23cv05607EKLSVK)**   **Proceeding Type: Depositions**

Job #: 6886823   |   Job Date: 9/11/2024   |   Delivery: Expedited

Location:        Fort Lauderdale, FL
Billing Atty:    Julianna Gravois
Scheduling Atty: Hannah Crowe | Burns Charest LLP

| **Witness: Kelly Gambello , PIP** | **Quantity** | **Price** | **Amount** |
|---|---:|---:|---:|
| Video - Editing Services | 2.00 | $200.00 | $400.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |

| Notes: | | **Invoice Total:** | **$450.00** |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$450.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:** Veritext<br>**Bank Name:** BMO Harris Bank<br>**Account No:** 4353454 **ABA:** 071000288<br>**Swift:** HATRUS44<br>Pay by Credit Card: www.veritext.com | **Invoice #:** 8533239<br>**Invoice Date:** 8/8/2025<br>**Balance Due:** $450.00 |
|---|---|---|

133498

**Veritext Corporate Services LLC**
Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



| Bill To: | Andrew Bynum<br>Burns Charest LLP<br>900 Jackson St<br>Ste 500<br>Dallas, TX, 75202 | **Invoice #:** | **8542124** |
|---|---|---|---|
| | | **Invoice Date:** | **8/11/2025** |
| | | **Balance Due:** | **$198.00** |

**Case:** Tavantzis, Ana Maria Marcela  v. American Airlines, Inc. (5:23cv05607EKL)

**Proceeding Type: Depositions**

Job #: 7088777   |   Job Date: 1/3/2025   |   Delivery: Daily

| Location: | Dallas, TX |
|---|---|
| Billing Atty: | Andrew Bynum |
| Scheduling Atty: | Kelly H. Kolb \| Buchanan Ingersoll & Rooney PC |

| **Witness: Jack David Schim** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Duplicate Video Processing Fee | 1.00 | $110.00 | $110.00 |
| Video - Electronic Access | 1.00 | $88.00 | $88.00 |

| Notes: | | **Invoice Total:** | **$198.00** |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$198.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3457913 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:**Veritext<br>**Bank Name:**BMO Harris Bank<br>**Account No:**4353454 **ABA:**071000288<br>**Swift:** HATRUS44 | **Invoice #:  8542124**<br>**Invoice Date:  8/11/2025**<br>**Balance Due:  $198.00** |
|---|---|---|

Pay by Credit Card: www.veritext.com

**Veritext, LLC - Texas Region**

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Hannah Crowe |
| | Burns Charest LLP |
| | 900 Jackson St |
| | Ste 500 |
| | Dallas, TX, 75202 |

| Invoice #: | 8027261 |
| Invoice Date: | 1/23/2025 |
| Balance Due: | $1,065.00 |

**Case:** Tavantizis, Ana Maria Marcela, et al. v. American Airlines Inc (5:23cv05607EKLSVK)

**Proceeding Type: Depositions**

Job #: 7113637    |    Job Date: 1/15/2025    |    Delivery: Normal

Location:          Orlando, FL
Billing Atty:      Hannah Crowe
Scheduling Atty:   Hannah Crowe | Burns Charest LLP

| Witness: Dr. Nicholas Suite | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $385.00 | $385.00 |
| Video - Additional Hours | 4.00 | $135.00 | $540.00 |
| Video - Media and Cloud Services | 4.00 | $35.00 | $140.00 |

Notes:

| Invoice Total: | $1,065.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,065.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 8027261
**Invoice Date:** 1/23/2025
**Balance Due:** $1,065.00