# EXHIBIT E



**Mainstay Legal**
325 N Saint Paul St.
Suite 1400
Dallas, TX  75201 US
+14694259080
melanie.oge@mainstaylegal.com

**BILL TO**
Andrew Bynum
Burns Charest, LLP
900 Jackson St #500
Dallas, TX  75202 USA

## INVOICE 25-09-023

**DATE** 09/05/2025     **TERMS** Net 30

**DUE DATE** 10/05/2025

| TAX ID: | C/M #: | CASE |
|---|---|---|
| 76-0438874 | 23-00024 | Binder 5 – Plfs' Trial Exhibits |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Prints | 19 | 0.10 | 1.90T |
| Color Prints | 669 | 0.75 | 501.75T |
| 11-Inch Tabs | 24 | 0.35 | 8.40T |
| Binders:2-Inch | 1 | 11.00 | 11.00T |

Binder 5 – Plfs' Trial Exhibits-Unstickered

We are pleased to continue to serve you from our Downtown location, but note that our remit to address has changed effective 2/3/2021.
Please remit all payments to:
Mainstay Legal
9090 Skillman Street
#182-A #371
Dallas, TX  75243

| | |
|---|---|
| SUBTOTAL | 523.05 |
| TAX | 43.15 |
| TOTAL | 566.20 |
| **TOTAL DUE** | **$566.20** |



| | 1701 Fortune Drive | **Invoice** | |
| | Suite K | | |
| | San Jose, CA 95131 | No: | **51351** |
| | Phone: 408.971.0122 | | |
| | Fax: 408.971.0557 | Date: | 8/21/25 |
| | Email: sirspeedy312@sbcglobal.net | Customer PO: | |
| | | Customer No: | |

**Ship To:**

ANDREW BYNUM
BURNS CHAREST LLP
900 JACKSON STREET SUITE 500
DALLAS TX 75202
Phone: 214-983-6358
E-Mail: ABYNUM@BURNSCHAREST.COM

| Quantity | Description | Amount |
|---|---|---|
| 1 | Court Documents, 20# bond, 2-sided, 5-bank Tab x5, 3-hole drilled, 1" binders x2, 8.5 x 11 White 20# Bond, 130 sheets, digitally printed on 1 side | $ 385.00 |
| |     5-bank Tabs | |
| |     1" Binders | |

SIR SPEEDY PRINTING 0312
185 PARK AVE STE 187
SAN JOSE, CA. 95113-2240
408-971-0122

SALE    # 51351    REF# 00000001

Batch #: 778    13:24:29
08/21/25    CVV2: M
AVS: Y
APPR CODE: 267480
Trace: 1
AMEX ***********1009    Manual CNP  ***

AMOUNT    **$451.09**

APPROVED

X _____

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON

THANK YOU

MERCHANT COPY

| Sales Rep: | | | |
|---|---|---|---|
| Taken by:  admin | Ship Via:  Deliver | SUBTOTAL | $ 385.00 |
| | | TAX | $ 36.09 |
| Account Type: COD | | SHIPPING | $ 30.00 |
| | | | |
| Deliver to: US District Court, Office of the Clerk | Wanted:    Thu 8/21/25 4:00 PM | TOTAL | $ 451.09 |
| 280 South 1st Street, San Jose, CA 95113 | Tavantzis v American Airlines (RUSH!!) | | |

Net on presentation. For established credit Accounts, balances unpaid after 30 days of receiving the products/services, are subject to a service charge of 2% per month, or maximum allowed by law, together with expenses incidental for collection & reasonable attorney's fees.



**Sir Speedy**
PRINT | SIGNS | MARKETING

1701 Fortune Drive
Suite K
San Jose, CA 95131
Phone: 408.971.0122
Fax: 408.971.0557
Email: sirspeedy312@sbcglobal.net

# Invoice

No: **51358**

Date:        8/28/25

Customer PO:

Customer No:

**Ship To:**

ANDREW BYNUM
BURNS CHAREST LLP
900 JACKSON STREET SUITE 500
DALLAS TX 75202
Phone: 214-983-6358
E-Mail: ABYNUM@BURNSCHAREST.COM

| Quantity | Description | Amount |
|---|---|---|
| 1 | Pretrial Notebook, 20# bond, 1-sided, 5-bank Tab x5, 3-hole drilled, 1.5" binders x1, 8.5 x 11 White 20# Bond, 215 sheets, digitally printed on 1 side | $ 550.00 |
| | 5-bank Tabs | |
| | 2" Binders | |

SIR SPEEDY PRINTING 0312
185 PARK AVE STE 187
SAN JOSE, CA 95113-2240
408-971-0122

SALE     #51358

REF#: 00000001

Batch #: 781
08/28/25
AVS: Y
APPR CODE: 232914
Trace: 1
AMEX    ********1009

09:50:31
CVV2: M

Manual CNP

AMOUNT    **$631.56**

APPROVED

X_____

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON

THANK YOU

MERCHANT COPY

| | | | |
|---|---|---|---|
| Sales Rep: | | | |
| Taken by:   admin | Ship Via:   Deliver | SUBTOTAL | $ 550.00 |
| | | TAX | $ 51.56 |
| Account Type: COD | | SHIPPING | $ 30.00 |
| | | | |
| Deliver to Andrew Bynum: Four Points Sheraton, 211 S. 1st Street, SJ, CA 95113 | Wanted:     Thu 8/28/25 10:00 A | TOTAL | $ 631.56 |
| | Tavantzis v American Airlines (RUSH!!) | | |

Net on presentation. For established credit Accounts, balances unpaid after 30 days of receiving the products/services, are subject to a service charge of 2% per month, or maximum allowed by law, together with expenses incidental for collection & reasonable attorney's fees.



| | 1701 Fortune Drive | **Invoice** | |
|---|---|---|---|
| | Suite K | No: | **51360** |
| | San Jose, CA 95131 | | |
| | Phone: 408.971.0122 | | |
| | Fax: 408.971.0557 | Date: | 8/29/25 |
| | Email: sirspeedy312@sbcglobal.net | Customer PO: | |
| | | Customer No: | |

**Ship To:**

ANDREW BYNUM
BURNS CHAREST LLP
900 JACKSON STREET SUITE 500
DALLAS TX 75202
Phone: 214-983-6358
E-Mail: ABYNUM@BURNSCHAREST.COM

| Quantity | Description | Amount |
|---|---|---|
| 2 | Courtesy Copy to the Judge, 20# bond, 2-sided, 5-bank Tab x3, Special handling for Highlight prints, 3-hole drilled, Binder Clips x2, 8.5 x 11 White 20# Bond, 32 sheets, digitally printed on 1 side | $ 320.00 |
| | 5-bank Tabs | |
| | Binder clip | |

SIR SPEEDY PRINTING 0312
185 PARK AVE STE 187
SAN JOSE, CA 95113-2240
408-971-0122

# 51360

**SALE**
REF#: 00000001
12/0158
CVV2: M
Manual CNP
**$380.00**

Batch #: 782
08/29/25
AVS: Y
APPR CODE: 220160
Trace: 1
AMEX *************1009
**AMOUNT**

**APPROVED**
X_____

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON

THANK YOU

MERCHANT COPY

| Sales Rep: | | | | | |
|---|---|---|---|---|---|
| Taken by: | admin | Ship Via: | Deliver | SUBTOTAL | $ 320.00 |
| | | | | TAX | $ 30.00 |
| Account Type: COD | | | | SHIPPING | $ 30.00 |
| Deliver to: US District Court, Office of the Clerk | | Wanted: | Fri 8/29/25 | TOTAL | $ 380.00 |
| 280 South 1st Street, SJ, CA 95113 | | Tavantzis v American Airlines (RUSH!!) | | | |

Net on presentation. For established credit Accounts, balances unpaid after 30 days of receiving the products/services, are subject to a service charge of 2% per month, or maximum allowed by law, together with expenses incidental for collection & reasonable attorney's fees.



**PRINT | SIGNS | MARKETING**

1701 Fortune Drive
Suite K
San Jose, CA 95131
Phone: 408.971.0122
Fax: 408.971.0557
Email: sirspeedy312@sbcglobal.net

# Invoice

No:                  **51361**

Date:                9/2/25

Customer PO:

Customer No:

**Ship To:**

ANDREW BYNUM
BURNS CHAREST LLP
900 JACKSON STREET SUITE 500
DALLAS TX 75202
Phone: 214-983-6358
E-Mail: ABYNUM@BURNSCHAREST.COM

| Quantity | Description | Amount |
|---|---|---|
| 2 | Trial Brief (Courtesy Copy to the Judge), 20# bond, 2-sided, 5-bank Tab x12, Special handling for Highlight prints, 3-hole drilled, 3-ring Binder, 8.5 x 11 White 20# Bond, 223 sheets, digitally printed on 1 side | $ 1,222.00 |
| | 14          Files Handling | |
| | 24          5-bank Tabs, x12 | |
| | 2           3-ring Binder 1" | |

SIR SPEEDY PRINTING 0312
185 PARK AVE STE 187
SAN JOSE, CA. 95113-2240
408-971-0122

#51361

SALE          REF#: 00000001

Batch #: 783                    12:14:42
09/02/25                        CVV2: M
AVS: Y
APPR CODE: 288264
Trace: 1
AMEX *********1009              Manual CNP

AMOUNT        $1,366.56

**APPROVED**

X _____

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON

THANK YOU

MERCHANT COPY

| | | | |
|---|---|---|---|
| Sales Rep: | | | |
| Taken by:    admin | Ship Via:    Deliver | SUBTOTAL | $ 1,222.00 |
| | | TAX | $ 114.56 |
| Account Type: COD | | SHIPPING | $ 30.00 |
| Deliver to:  US District Court, Office of the Clerk | Wanted:    Tue 9/2/25 12:00 PM | TOTAL | $ 1,366.56 |
| 280 South 1st Street, SJ, CA 95113 | Tavantzis v American Airlines (RUSH!!) | | |

Net on presentation. For established credit Accounts, balances unpaid after 30 days of receiving the
products/services, are subject to a service charge of 2% per month, or maximum allowed by law, together with
expenses incidental for collection & reasonable attorney's fees.



1701 Fortune Drive
Suite K
San Jose, CA 95131
Phone: 408.971.0122
Fax: 408.971.0557
Email: sirspeedy312@sbcglobal.net

# Invoice

No:     **51362**

Date:          9/2/25
Customer PO:
Customer No:

**Ship To:**

ANDREW BYNUM
BURNS CHAREST LLP
900 JACKSON STREET SUITE 500
DALLAS TX 75202
Phone: 214-983-6358
E-Mail: ABYNUM@BURNSCHAREST.COM

| Quantity | Description | Amount |
|---|---|---|
| 2 | New Brief (Courtesy Copy to the Judge), 20# bond, 2-sided, 5-bank Tab x2, Special handling for Highlight prints, 3-hole drilled, Binder Clips. | $ 320.00 |
| | , 8.5 x 11 White 20# Bond, 32 sheets, digitally printed on 1 side | |
| 3 | Files Handling | |
| 4 | 5-bank Tabs 2x | |
| 2 | Binder clip | |

SIR SPEEDY PRINTING 0312
185 PARK AVE STE 187
SAN JOSE, CA. 95113-2240
408-971-0122

SALE    #51362

REF# 00000001

Batch #: 784
09/02/25       14:14:01
AVS: Y        CVV2: M
APPR CODE: 216891
Trace: 1
AMEX ***********1009

AMOUNT        $380.00

APPROVED

X _____

Manual CNP       */**

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON

THANK YOU

MERCHANT COPY

| | | |
|---|---|---|
| Sales Rep: | | |
| Taken by:    admin | Ship Via:    Deliver | SUBTOTAL — $ 320.00 |
| | | TAX — $ 30.00 |
| Account Type: COD | | SHIPPING — $ 30.00 |
| Deliver to:  US District Court, Office of the Clerk | | TOTAL — $ 380.00 |
| 280 South 1st Street, SJ, CA 95113 | Wanted:    Wed 9/3/25 10:00 AM | |
| | Tavantzis v American Airlines (RUSH!!) | |

Net on presentation. For established credit Accounts, balances unpaid after 30 days of receiving the products/services, are subject to a service charge of 2% per month, or maximum allowed by law, together with expenses incidental for collection & reasonable attorney's fees.



| | | |
|---|---|---|
| **Sir Speedy** | 1701 Fortune Drive | **Invoice** |
| PRINT / SIGNS / MARKETING | Suite K | |

1701 Fortune Drive
Suite K
San Jose, CA 95131
Phone: 408.971.0122
Fax: 408.971.0557
Email: sirspeedy312@sbcglobal.net

**Invoice**

No: **51364**

Date:          9/4/25

Customer PO:

Customer No:

**Ship To:**

ANDREW BYNUM
BURNS CHAREST LLP
900 JACKSON STREET SUITE 500
DALLAS TX 75202
Phone: 214-983-6358
E-Mail: ABYNUM@BURNSCHAREST.COM

| Quantity | Description | Amount |
|---|---|---|
| 1 | 5 Binders, 20# bond, 2-sided, 5-bank Tab, Special handling for Highlight prints, 3-hole drilled, 3-ring Binder. | $ 779.00 |
| | , 8.5 x 11 White 20# Bond, 87 sheets, digitally printed on 1 side | |
| 17 | Files Handling | |
| 8 | 5-bank Tabs | |
| 5 | 3-ring Binders | |

SIR SPEEDY PRINTING 0312
185 PARK AVE STE 187
SAN JOSE, CA. 95113-2240
408-971-0122

**SALE** #51364

REF#: 00000001

Batch #: 785
09/08/25      13:20:46
AVS: Y        CVV2: M
APPR CODE: 269209
Trace: 1
AMEX  ********2007      Manual CNP

**AMOUNT**      **$882.03**

**APPROVED**

X _____

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON

THANK YOU

MERCHANT COPY

| | | | |
|---|---|---|---|
| Sales Rep: | | | |
| Taken by:      admin | Ship Via:      Deliver | SUBTOTAL | $ 779.00 |
| | | TAX | $ 73.03 |
| Account Type: COD | | SHIPPING | $ 30.00 |
| Deliver to:  Andrew Bynum, Westin Hotel 302 South Market Street, SJ, CA 95113 | Wanted:      Thu 9/4/25 | TOTAL | $ 882.03 |
| | Tavantzis v American Airlines, 5 Binders (RUSH!!) | | |

Net on presentation. For established credit Accounts, balances unpaid after 30 days of receiving the products/services, are subject to a service charge of 2% per month, or maximum allowed by law, together with expenses incidental for collection & reasonable attorney's fees.