# EXHIBIT F



# Invoice

**DFW MULTIMEDIA, INC.**
13747 Montfort Dr Ste 340
Dallas, TX  75240 US
+12146388060
info@dfwvideo.com
dfwmultimedia.com

| BILL TO | SHIP TO |
|---|---|
| Mr. Darren Nicholson Esq.<br>Burns Charest, LLP<br>900 Jackson Street<br>Suite 500<br>Dallas, TX  75202 | Mr. Darren Nicholson Esq.<br>Burns Charest, LLP<br>900 Jackson Street<br>Suite 500<br>Dallas, TX  75202 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 19596 | 08/11/2025 | $4,923.14 | 08/11/2025 | Due on receipt | |

**SHIP VIA**
Download Link

**CAUSE #**
Jesse Tavantis File

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | DITL | RE:  Jesse Tavantis File - Day in the Life video<br><br>hour(s), Videotaping Day in the Life of Jesse Tavantis; taken in Watsonville, CA; on 07/23/2025 | 1 | 1,500.00 | 1,500.00 |
| | Travel Time | Travel Time: to/from Dallas TX / Watsonville CA | 11 | 50.00 | 550.00 |
| | Airfare | Southwest Airlines Round Trip Ticket to San Jose, CA* | 1 | 889.60 | 889.60 |
| | Car Rental | Car Rental and Return Fuel* | 1 | 394.96 | 394.96 |
| | Hotel | Hotel and Meals* | 1 | 464.83 | 464.83 |
| | Editing depositions | hour(s), Editing Day in the Life footage<br><br>Reimbursable Expense Receipts can be provided upon request* | 7.75 | 145.00 | 1,123.75 |

|  |  |
|---|---:|
| SUBTOTAL | 4,923.14 |
| TAX | 0.00 |
| TOTAL | 4,923.14 |
| BALANCE DUE | **$4,923.14** |

This is your original invoice.  If you have questions, please do not hesitate to call.

Make checks payable to DFW Multimedia, or use the secure credit card payment option by clicking on the "Review and Pay" button in this email.
We appreciate your business!
DFW MULTIMEDIA, INC.
EIN:  11-3650272

# INVOICE

Legal Media, Inc.
3202 Commerce St.
Houston, TX 77003

ssheffield@legalmediainc.com
+1 (713) 366-7477
www.legalmediainc.com



## Nicholson, Darren:40394 - Tavantzis v. American Airlines

**Bill to**
Darren Nicholson
Burns Charest, LLP
900 Jackson Street, Suite 500
Dallas, TX 75202

**Invoice details**
Invoice no.: 40394-2
Terms: Net 30
Invoice date: 07/31/2025
Due date: 08/31/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|-------------------|-------------|-----|------|--------|
| 1. | 07/30/2025 | **Graphic Design - EMW** | Seat map, flight map demo creation | 2 | $250.00 | $500.00 |

| | Total | **$500.00** |
|---|---|---|

**Note to customer**
Thank you for using Legal Media, Inc. We appreciate your business!