# EXHIBIT G



# For Billing Department

DATE: 09/19/2024

MAIL TO:

Dignity Health Medical Foundation-ScanStat
3400 Data Drive Rancho Cordova, CA 95870
Phone No. 916-379-2804
Secondary No. 855-424-0997

Or to

ScanSTAT Technologies
PO Box 791522
Baltimore, MD 21279-1522

THANK YOU MEDICAL RECORDS DEPARTMENT

**Dignity Health Medical Foundation**
A Service of Dignity Health Medical Foundation

**Health Information**
**1595 Soquel Drive Suite 370**
**Santa Cruz, CA 95065**
**(P) 831.475.7134**
**(F) 831.475.1156**

INVOICE

Name: Plasencia, Jesus
MRN: 1000053229

Date: 09/19/2024
Site: SC

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | Service fee for Medical Records<br><br>ATTN: Burns Charest LLP<br><br>Make check payable to:<br>Dignity Health Medical Foundation<br><br>*We do not accept credit card payments* | $15.00 | $15.00 |
| | Total Due | | $15.00 |

**For Billing Department Please Contact**
**916-379-2804 or 855-424-0997**

**Thank you for your business**

# Invoice for Copies of

| Dignity Health Facility: | Requester: |
|---|---|
| Dominica Hospital | Burns Charest LLP |

## Medical Records

**Payment Due Date: Due upon Receipt**

**Request :** 1099401551

**Regarding:** PLASENCIA, JESUS

Total **number of pages distributed:** 3036

**Postage**     @

**Retrieval**  $318.90  @

| Date | 8/2/2024 |
| Billed | $318.90 |
| Total Paid | |
| Billed | $0.00 |
| Amount Due | |
| Billed | $318.90 |
| Amount | |

Detach and return with payment – **Make Checks Payable to <u>Optum</u>**

| Amount Due | $318.90 | | |
| Date Billed | | 1099401551 | Request Number | 08/02/2024 |
| Enclosed | | Amount  Check | | Number |

**Remit Payment to:**
Optum
PO BOX 85035
Chicago, IL 60689-5035
TIN: 46-3328307

**Requester:**
Burns Charest LLP



Your request has been posted and is being processed.
You will receive a confirmation email from us within the next 24 hours.

**Your Ciox Health transaction ID for this payment is CC10396462**.
Please reference this number if contacting Customer Service.

**The credit card confirmation number for this transaction is 7175138692846608804041**.

Thank you for using PayCioxHealth.

| Invoice # | Patient Name | Invoice Balance | Payment Amount |
|---|---|---|---|
| 0462074544 | PLASENCIA JESUS | $54.45 | $54.45 |
| | **Total** | | **$54.45** |



Your request has been posted and is being processed.
You will receive a confirmation email from us within the next 24 hours.

**Your Ciox Health transaction ID for this payment is CC10396475**.
Please reference this number if contacting Customer Service.

**The credit card confirmation number for this transaction is 7175139992926897204004**.

Thank you for using PayCioxHealth.

| Invoice # | Patient Name | Invoice Balance | Payment Amount |
|---|---|---|---|
| 0462074820 | PLASENCIA JESUS | $34.04 | $34.04 |
| | **Total** | | **$34.04** |