# EXHIBIT I

*Karen L. Aznavoorian, M.A., CCC-SLP/L, CLCP*

Life Care Planning
Medical Case Management

■

5132 North Palm Avenue
Fresno, California 93704

■

Telephone 559 436 4363
karen@karenaznavoorian.com

September 11, 2025

Hannah M. Crowe, Esq.
Burns Charest LLP
900 Jackson St., Ste. 500
Dallas, TX 75202

Re: *Jesus Plasencia & Marcela Tavantzis*

---

FOR SERVICES RENDERED AS FOLLOWS:

| **Date** | **Services Rendered** | **Amount** |
|---|---|---|
| ██ | ████████████ | ██ |
| ██ | ████████████ | ██ |
| ██ | (1.0 hrs) | |
| 9/10/25 | Trial testimony | ██ |
| | (4.0 hrs) | |
| | Travel Carmel-San Jose RT | ██ |
| | (4.5 hrs) | |

Hannah M. Crowe, Esq.
September 11, 2025
Page 2

**Date**                    **Services Rendered**                                    **Amount**

TOTAL AMOUNT DUE:                                                          ██████

Please remit to
Karen Aznavoorian, M.A., CCC-SLP, CLCP
Taxpayer I.D. Number 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

# FORENSIC SERVICES INVOICE



**JOHN R. CHAMBERLAIN, MD**
**CLINICAL PROFESSOR OF PSYCHIATRY**
**UNIVERSITY OF CALIFORNIA SAN FRANCISCO**
**DEPARTMENT OF PSYCHIATRY AND BEHAVIORAL SCIENCES**
**PROGRAM IN PSYCHIATRY AND THE LAW**
**750 ALMA LANE SUITE 100, #4193**
**FOSTER CITY, CA 94404**
**TELEPHONE: 415-476-7456**
**EMAIL: JOHN.CHAMBERLAIN@UCSF.EDU**

**BILL TO:**

**HANNAH M. CROWE**
**BURNS CHAREST LLP**
**900 JACKSON STREET, SUITE 500**
**DALLAS, TX 75202**

**INVOICE NUMBER: JRCPLP-_126_**
**INVOICE DATE: NOVEMBER 22, 2025**

**MATTER: ANA MARIA MARCELA TAVANTZIS, ET AL V. AMERICAN AIRLINES, INC**
**CASE NUMBER: 5:23-CV-05607-BLF**
**RATE: $_850_ PER HOUR**

| SERVICES PERFORMED | TIME SPENT | CHARGE |
|---|---|---|
| ██████████ | ████ | ████ |
| **Time at Court/Testimony** | **3.1 HOURS** | ████ |
| ██████████ | ████ | ████ |
| | **TOTAL DUE** | ████ |

**CHECK:**
**PLEASE MAKE CHECKS PAYABLE TO: JOHN R. CHAMBERLAIN, M.D.**
**SEND CHECKS TO THE ADDRESS ABOVE.**

SIGNATURE: _John Chamberlain_                DATE: **November 22, 2025**

# DEBORAH L. DOHERTY, M.D.

Board Certified in Physical Medicine & Rehabilitation

September 22, 2025                                          **Invoice Number: 250922**

Mr. Darren Nicholson
Ms. Hannah Crowe
Burns Charest LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202

RE: ANA MARIA MARCELA TAVANTZIS (LEGAL GUARDIAN OF JESUS PLASENCIA) VS. AMERICAN AIRLINES, INC.

**FINAL BILLING STATEMENT**



**Page 1 of 2**



9.  09/09/25: Expert Witness Trial Testimony,

Half Day in Courthouse

10. 09/09/25: Travel Time: Roundtrip Travel to San Jose,

- Travel Time from Greenbrae to the Federal Courthouse in San Jose, CA,

    1 Hour, 25 Min.

- Travel Time from the Federal Courthouse in San Jose to Greenbrae, CA (rush hour),

    1 Hour, 40 Min.

**TOTAL AMOUNT DUE:**

**Payment is due 10/23/25.**

Payments not received within 30 days are subject to 1% interest ) per month.

Please note: We do not accept virtual credit cards.

Please remit payment to:

Deborah Doherty, M.D.
1125 Sir Francis Drake Boulevard
Kentfield, CA 94904

* )

Thank you!

**Page 2 of 2**

**Dr. Amanda Gregory Forensic Psychology APC**
**Clinical & Forensic Neuropsychologist**
**California Psychologist License Number PSY 20207**
**100 Bush Street, Suite 918, San Francisco, CA 94104**
**Phone: (512) 762-9212  Email: amanda670@hotmail.com**

---

**INVOICE 2**

| **Attention:** | Hannah M. Crowe, Esq. | **Expert:** Amanda Gregory, PhD |
| | Burns Charest LLP | ███████████ |
| | 900 Jackson Street, Suite 500 | |
| | Dallas, Texas 75202 | |
| **Case:** | Tavantzis vs. American Airlines | |
| **Case No.:** | 5:23-cv-056707-BLF | **Date of Invoice:** September 19, 2025 |

---

| Date | Appointment | Hours |
|------|-------------|-------|
| ███████ | ███████████████ | █ |
| ███████ | ██████████ | ██ |
| ███████ | ████████████ | ██ |
| ███████ | █████████ | █ |
| 9/10/2025 | Testimony preparation | 1 |
| | Court waiting/prep time and testimony | 4.2 |
| | Travel time | 2.8 |

---

**Total:** ███████

---

███████████████

**Please remit** ████ **to: Dr. Amanda Gregory Forensic Psychology APC**

*A. G. Gregory PhD*

Amanda Gregory, PhD
Clinical and Forensic Neuropsychologist

# Invoice

September 29, 2025

Aviation Expert Consulting, LLC
Richard J. Levy
5105 River Hill Drive
Flower Mound, Texas 75022-5255
(940) 999-1524


For services of:

> United States District Court
> Northern District of California
>
> Case No. 5:23 – cv – 05607 – EKL -SVK
>
> ANA MARIA MARCELA TAVANTZIS, as
> An individual, and as Legal Guardian of JESUS PLASENCIA, an
> Incapacitated person,
> > Plaintiffs,
> VS.
>
> AMERICAN AIRLINES, INC.,
> > Defendant







**9-7-25**

11:00 a.m. - 2:30 p.m.
    AA Flight DFW-SJC

**9-8-25**
    Trial                                    4.0

**9-9-25**
    Trial                                    4.0

**9-10-25**
    Trial                                    4.0

**9-11-25**
    Trial                                    4.0

**9-12-25**

████████████████     ██          ██
    ████████████            ██          ██
        ██████████████

8:00 a.m. (PT) - 11:45 a.m. (PT)     ██          ██
      AA Flight SJC-DFW

████████         ██          ██



██████████████████████         █████          ████████

+ Hotel Cost   $1,585.64 (Westin Hotel San Jose, California)

+ Flight Cost   $415.49 (AA DFW-SJC-DFW)

                                 ████          ████████

---

Richard J. Levy                              Date

6

The Westin San Jose
302 South Market Street
San Jose, CA  95113
United States
Tel: 408-295-2000 Fax: 408-977-0403

# WESTIN®

## HOTELS & RESORTS

Richard Levy
ADDRESS NOT AVAILABLE
XXXXX, DC, 75022
United States Of America

| | | |
|---|---|---|
| Page Number | : | 3 |
| Guest Number | : | 431587 |
| Folio ID | : | A |
| Arrival | : | 07-SEP-25  13:09 |
| Departure | : | 12-SEP-25  05:53 |
| No. Of Guest | : | 1 |
| Room Number | : | 427 |
| Marriott Bonvoy Number | : | |

| Date | Room | Rm Taxes | Food/Bev | Telecom | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 09-08-2025 | 0.00 | 0.00 | 0.00 | 0.00 | 342.60 | 342.60 | 0.00 |
| 09-09-2025 | 0.00 | 0.00 | 0.00 | 0.00 | 413.36 | 413.36 | 0.00 |
| 09-10-2025 | 0.00 | 0.00 | 0.00 | 0.00 | 413.36 | 413.36 | 0.00 |
| 09-11-2025 | 0.00 | 0.00 | 0.00 | 0.00 | 242.36 | 242.36 | 0.00 |
| 09-12-2025 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1411.68 |
| Total | 0.00 | 0.00 | 0.00 | 0.00 | 1411.68 | 1411.68 | -1411.68 |

Bring the Westin experience home. Shop WestinStore.com.

The Westin San Jose
302 South Market Street
San Jose, CA 95113
United States
Tel: 408-295-2000 Fax: 408-977-0403

# WESTIN®
## HOTELS & RESORTS

Richard Levy
ADDRESS NOT AVAILABLE
XXXXX, DC, 75022
United States Of America

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 431587 |
| Folio ID | : | A |
| Arrival | : | 07-SEP-25    13:09 |
| Departure | : | 12-SEP-25    05:53 |
| No. Of Guest | : | 1 |
| Room Number | : | 427 |
| Marriott Bonvoy Number : | | |

| Date | Reference | Description | | | | Charges (USD) | Credits (USD) |
|---|---|---|---|---|---|---|---|
| 11-SEP-25 | RT427 | County Tax | | | | 3.00 | |
| 11-SEP-25 | RT427 | City/Local Tax | | | | 8.36 | |
| 11-SEP-25 | RT427 | Occupancy/Tourism | | | | 0.50 | |
| 12-SEP-25 | MC | MasterCard / Diners Intl-4445 | | | | | -1411.68 |
| | | ***For Authorization Purpose Only*** | | | | | |
| | | xxxxxx4445 | | | | | |
| | | Date | Time | Code | Authorized | | |
| | | 07-SEP-25 | 13:08 | 96365Z | 1843.54 | | |
| | | ** Total | | | | 1585.64 | -1585.64 |
| | | *** Balance | | | | -0.00 | |

I agreed to pay all room & incidental charges.

Tell us about your stay. www.westin.com/reviews

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room | Rm Taxes | Food/Bev | Telecom | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 09-07-2025 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Continued on the next page



Mail - Richard Levy - Outlook

Confirmation code: **DWZBDN**



## SJC
San Jose
8:00 AM

**AA 2046**

## DFW
Dallas/Fort Worth
1:43 PM

Seat:
Class: **Economy (M)**
Meals: **Food for purchase**

**Manage your trip**

Limited Time: Earn up to 80,000 bonus miles*
Find the Citi® / AAdvantage® card that's right for you. Terms Apply
Learn more



## Your purchase

**Richard Levy**

Join the AAdvantage® Program

New ticket (0012274244147)
[$372.27 + Taxes & carrier-imposed fees $43.22]

$415.49

**Total cost**                                    **$415.49**

## Your payment

Flight Credit (ending 7727 )

$515.49



Mail - Richard Levy - Outlook

**Total paid**                                    **$415.49**

Refund to Credit Card

-$100.00

Bag information

Checked Bag (Airport)

# Robson Forensic
**THE EXPERTS**

Date: 9/25/2025
Invoice: 1736281
Account: 3161613
Case: 24RM0140

Page 1 of 2

Darren Nicholson, Esq.
Burns Charest LLP
900 Jackson Street, Suite 500
Dallas TX 75202

Claim Number:
Alt. Claim Number #1:
Alt. Claim Number #2:
File Number:

RE: Nicholson-Plasencia/Tavantzis
24RM0140

## Invoice for Professional Services

**Hotel**

| Date | Name | | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 9/11/2025 | Kathleen Lord-Jones | | 1.00 | 4,337.962 | $4,337.96 |
| | Lodging 09/11-18/25 | | | | |

**Meals**

**TO MAIL PAYMENT**
INCLUDE ACCT 3161613 AND 24RM0140
ROBSON FORENSIC, INC
PO BOX 4847
LANCASTER PA 17604-4847

**TERMS**
PAYABLE IN FULL UPON RECEIPT
A FINANCE CHARGE WILL ACCRUE ON ALL PAST DUE
PAYMENTS AT THE MONTHLY RATE OF 1 1/2% (18%
ANNUALLY).
OUR BILLING RATE IS SUBJECT TO CHANGE

**TO PAY WITH CREDIT CARD**
CALL ACCOUNTS RECEIVABLE
1 (800) 813-6736

**WWW.ROBSONFORENSIC.COM**

# Robson Forensic
**THE EXPERTS**

| | |
|---|---|
| Date: | 9/25/2025 |
| Invoice: | 1736281 |
| Account: | 3161613 |
| Case: | 24RM0140 |
| | Page 2 of 2 |

**Invoice for Professional Services (Continued)**

| | | | | |
|---|---|---|---|---|
| ███ | ████████ | ███ | ████ | ████ |
| | ██████ | | | |
| ████ | | | | |
| ███ | ████████ | ███ | ███ | ████ |

## Transportation

| | | | | |
|---|---|---|---|---|
| 9/11/2025 | Kathleen Lord-Jones | 1.00 | 1,042.686 | $1,042.69 |
| | Airfare | | | |
| ███ | ████████ | ███ | ████ | ████ |
| | ██ | | | |

████████████

Copy invoices to Hannah Crowe,
hcrowe@burnscharest.com and Julianna
Gravois, jgravois@burnscharest.com and
bc-accountspayable@burnscharest.com

████████████████████
████████████████████

**TO MAIL PAYMENT**
INCLUDE ACCT 3161613 AND 24RM0140
ROBSON FORENSIC, INC
PO BOX 4847
LANCASTER PA 17604-4847
████████

**TERMS**
PAYABLE IN FULL UPON RECEIPT
A FINANCE CHARGE WILL ACCRUE ON ALL PAST DUE
PAYMENTS AT THE MONTHLY RATE OF 1 1/2% (18%
ANNUALLY).
OUR BILLING RATE IS SUBJECT TO CHANGE

**TO PAY WITH CREDIT CARD**
CALL ACCOUNTS RECEIVABLE
1 (800) 813-6736

**WWW.ROBSONFORENSIC.COM**

econ**ONE**

**INVOICE #**

**28742**

**Issue Date**
9/10/2025

**Billing Period**
8/1/2025 - 9/10/2025

**To**
Darren Nicholson, Esq.
Burns Charest LLP
4725 Wisconsin Avenue NW
Suite 200
Washington, DC 20016

**Via Email**
dnicholson@burnscharest.com

**Cc**
hcrowe@burnscharest.com
jgravois@burnscharest.com

**IN RE:**                                          *Page 1 of 2*

**Tavantis v American Airlines**

| Professional Services | | Total |
|---|---|---|
| ███████████████████ | █ | █████ |
| ██████ | | █████ |
| █████████████████ | █ | █████ |

| Out-of-pocket Expenses | | Total |
|---|---|---|
| ████████ | █ | █████ |
| Travel Expenses | | 14.99 |
| Subtotal for Out-of-pocket Expenses | $ | █████ |
| **Total Due** | $ | █████ |

**TOTAL DUE UPON RECEIPT**

**PLEASE REMIT PAYMENT VIA WIRE OR ACH PER INSTRUCTIONS BELOW\***



*\*When paying via Wire or ACH, please also email receivables@econone.com indicating amount being transferred and the invoice(s) being paid.*

**IN RE:**

**Tavantis v American Airlines**



| Name | Title | | Rate | Hours | Description |
|---|---|---|---|---|---|
| **Testimony/Deposition Preparation** | | | | | |
| ██████ | ████████ | █ | ███ | ███ | ███████████ |
| Mahla, C. | ████████ | | ███ | ███ | Time at hearing/depo/trial/etc. for testimony |
| Mahla, C. | ████████ | | ███ | ███ | Travel for testimony |
| ████ | ████████ | | ███ | ███ | ███████████ |
| ████ | ███ | | ███ | ███ | ███████████ |
| | | | | | |
| ████ | | | | | |
| ████ | ████████ | | ███ | ███ | ██████████ |

**EconONE Research**
550 South Hope Street, Suite 1085
Los Angeles, CA 90071



# MED-LEGAL INVOICE

| | |
|---|---|
| **INVOICE #:** | 202549093 |
| **INVOICE DATE:** | 9/17/2025 |
| **DOCTOR IN CHARGE:** | Dr. Jack Schim |
| **CASE:** | Tavantzis v American Airlines |

**BILL TO:**

Burns Charest LLP
Hannah Crowe
900 Jackson Street, Suite 500
Dallas, TX 75202

| DESCRIPTION | DOS | HOURS/QTY | RATE | AMOUNT |
|---|---|---|---|---|
| ███████████████ | ████ | █ | ███ | ███ |
| ███████████████████ | ████ | █ | ███ | ███ |
| ████████████████████ | | █ | | |
| █████████████ | | █ | | |
| ███████████ | | █ | | |
| ████████████ | | █ | | |
| TRAVEL TIME | 9/9/2025 | | | |
| TRAVEL TIME | 9/10/2025 | | | |
| MED LEGAL - COURT TESTIMONY HALF DAY | 9/10/2025 | | | |
| ████████████████████ | | | | |
| ██████████ | ████ | █ | ███ | ███ |
| ██████████████ | ████ | █ | ███ | ███ |
| ██████████████ | ████ | █ | ███ | ███ |
| ██████████████ | ████ | █ | ███ | ███ |
| ████████████ | ████ | █ | ███ | ███ |

**!! Please print on the check Case name & Invoice # !!**

| | |
|---|---|
| **TOTAL** | ███████ |
| **PAYMENTS/CREDITS** | ███ |
| **BALANCE DUE** | ███████ |

Please remit payment to:
The Neurology Center
Attn: Accounting
6010 Hidden Valley Rd., Suite 200
Carlsbad, CA 92011

Phone: 760-631-3000 x2173
Email: Courtney.Tesoro@neurocenter.com

**Subject:** Reservation Confirmation #89881674 for The Westin San Jose
**Date:**   Monday, September 1, 2025 at 10:57:22 AM Central Daylight Time
**From:**   Westin Reservations
**To:**     Erin O'Neill

ENHANCE YOUR STAY   |   SUMMARY OF CHARGES   |   CONTACT US



## The Westin San Jose

📍 302 South Market Street San Jose, California 95113 USA        📞 +1-408-295-2000

Thank you for your booking, Jack Schim.

# Stay well at Westin Hotels & Resorts.

## Tue, Sep 09, 2025 – Wed, Sep 10, 2025
Confirmation Number: 89881674





| Check-In: | Tuesday, September 9, 2025 | 03:00 PM |
|---|---|---|
| Check-Out: | Wednesday, September 10, 2025 | 12:00 PM |

| Number of rooms | 1 Room |
|---|---|

| | |
|---|---|
| Guests per room | 1 Adult |
| Guarantee Method | Credit card deposit American Express |
| Total for Stay (all rooms) | 457.88 USD |

## Room 1

| | |
|---|---|
| Room Type › | 1 King Bed, Deluxe Guest Room |

**Guaranteed Requests:**

None

**ALL REQUESTS ›**

**Manage Stay**

# Important Information About Your Stay

⚠ In order to prepare for your upcoming stay, we invite you to **learn more** about what to expect when you arrive and the experiences that await you.

⚠ Upon early departure, an Early Departure Charge of one night's room & applicable tax applies.



### Unlock Extraordinary Travel with the Marriott Bonvoy® App

Book thousands of hotels and experiences worldwide, check in, chat with your hotel, and more – all on the app.

**Go Now**

# Enhance your stay



## Earn 155,000 Bonus Points

Plus, enjoy Gold Elite status with the Marriott Bonvoy Bevy® Amex® Card. Offer ends 9/24. Terms apply.

**Learn More**



## Protect Your Trip

Travel with more peace of mind with Allianz Travel Insurance. Get protection for flight delays and more, for you and for everyone in your room.

**Learn More**

## Inspiring Experiences



Find unique activities everyone will love, and earn points too.

**Book Activities**



# Earn More with Hertz

Get 3X points on Hertz rentals of 3+ days. Book now through October 15, 2025, for reservations until November 15, 2025.

**Book and Earn**



# Sip. Stay. Earn.

Earn Double Stars at Starbucks during your eligible stay. Link your Marriott Bonvoy® and Starbucks® Rewards accounts!

**Link Accounts**



# Travel Light. Stay Motivated.

Staying active while on the go just got easier with our WestinWORKOUT® Gear Lending kits.

**Learn More**



## Eat Well

Satisfying and nutritious offerings to keep you feeling your best while on the road

**Learn More**

# So Much More Awaits

Jack Schim, endless experiences await with Marriott Bonvoy®. Access contactless check-in through the mobile app, enjoy Member Rates, get exclusive offers, and more.

**JOIN NOW**



# Summary Of Charges

Tuesday, September 9, 2025 – Wednesday, September 10, 2025

1 Night at 398.05 USD per night per room

Prepay and Save!, prepay in full, non-refundable if cancelled more than 1 day after booking, no changes, see Rate details

## Taxes & Fees (per night per room)

| | |
|---|---|
| Estimated Government Taxes & Fees | 55.73 USD |
| Convention / Tourism Fee | 4.10 USD |

## Totals

| | |
|---|---|
| Total for Stay (all rooms) | 457.88 USD |

## Other Charges

Valet parking, fee: 51.00 USD daily

# Rate Details & Cancellation Policy

- To ensure that you receive this special rate, we will charge your credit card a prepayment of 453.78 USD on Tuesday, September 2, 2025. If the date presented is a past date, the deposit will be due and processed upon confirmation.

- Please note that only credit card prepayments are accepted.

- Changes to your reservation are not permitted. Please note that you may cancel your reservation for no charge before 11:59 PM local hotel time on Tuesday, September 2, 2025.
  Please note we will assess a fee if you must cancel after this deadline.

- After this time, please note that your prepayment for this special rate is non-refundable.

- Travel agents: please note that this rate is commissionable.

- Your current rate may be available if your modified reservation still includes: A reservation made 3 day(s) before your expected arrival.

- Please note that a change in the length or dates of your reservation may result in a rate change.

**Rate Guarantee Limitation(s)**

- Changes in taxes or fees implemented after booking will affect the total room price.

**Additional Information**

- Upon check-in an authorization request will be placed on your credit or debit card (where accepted) in an amount equal to the cost of the room, tax and incidental charges for the length of your stay (up to seven nights). If your stay exceeds seven nights, an additional authorization may be requested for the entire amount of your stay (room, tax and incidentals). Upon check-out, your payment card will be charged for the actual amount incurred during your stay.

# Contact Us

## Phone Numbers

Call 1-800-937-8461 in the US and Canada

For everywhere else, call our Worldwide Telephone Numbers

**FREQUENTLY ASKED QUESTIONS** ›



| Terms of Use | Privacy Policy | About Us | Find a Hotel |
|---|---|---|---|

Contact Us

This email confirmation is an auto-generated message. Replies to automated messages are not monitored. Our Internet Customer Care team is available to assist you 24 hours per day, 7 days per week.

Confirmation Authenticity

We're sending you this confirmation notice electronically for your convenience. Marriott keeps an official record of all electronic reservations. We honor our official record only and will disregard any alterations to this confirmation that may have been made after we sent it to you.

Email Unsubscribe

You may opt out of promotional emails at any time here. Each email also includes a link to unsubscribe. Please note: should you unsubscribe, you will continue to receive emails such as reservation confirmations, hotel stay receipts and changes to program terms and conditions.

© 2025 MARRIOTT INTERNATIONAL, INC. ALL RIGHTS RESERVED.
MARRIOTT PROPRIETARY INFORMATION