# EXHIBIT J

**Google Maps**     Carmel-By-The-Sea, CA 93921 to Federal Court     Drive 75.4 miles, 1 hr 20 min



Imagery ©2026 , Map data ©2026 Google     5 mi

**Carmel-By-The-Sea**
California 93921

↑   1.  Head east on Ocean Ave toward Dolores St

                                    3 min (0.7 mi)

↰   2.  Turn left onto CA-1 N

                                    17 min (16.9 mi)

**Get on CA-156 E/US-101 N in Prunedale**
                                    8 min (6.6 mi)

↗   3.  Use the right 2 lanes to turn slightly right onto
        CA-156 E (signs for US-101/Castroville/San Jose)

                                    6.2 mi

↰   4.  Keep left to stay on CA-156 E, follow signs for
        US-101 N

                                    0.1 mi

↟   5.  Slight right to merge onto CA-156 E/US-101 N
        toward Hollister/San Francisco

                                    0.3 mi

**Continue on US-101 N to San Jose. Take exit 6 from CA-87 N**

 **Maps**     750 Alma Lane, Foster City, CA to Federal Court     Drive 30.0 miles, 42 min



Imagery ©2026 , Map data ©2026 Google     2 mi

**750 Alma Ln**
Foster City, CA 94404

**Get on US-101 S in San Mateo from E Hillsdale Blvd**

8 min (2.0 mi)

↑  1.  Head northwest on Alma Ln

174 ft

↻  2.  At the traffic circle, take the 2nd exit onto Civic Center Dr

0.2 mi

↱  3.  Turn right onto Shell Blvd

367 ft

↰  4.  Use the left 2 lanes to turn left at the 1st cross street onto E Hillsdale Blvd

1.2 mi

↰  5.  Use the middle lane to stay on E Hillsdale Blvd

0.2 mi

⬈  6.  Use the right 2 lanes to merge onto US-101 S via the ramp to San Jose

0.3 mi

Maps

**Greenbrae, Kentfield, CA to Federal Court**

Drive 67.2 miles, 1 hr 25 min



Imagery ©2026 , Map data ©2026 Google      5 mi

**Greenbrae**
Kentfield, CA

⚠️ This route has tolls.

**Get on US-101 S in Larkspur from Sir Francis Drake Blvd**

4 min (1.1 mi)

↑  1.  Head northwest on Sir Francis Drake Blvd toward La Cuesta Dr

0.2 mi

↰  2.  Turn left onto El Portal Dr

157 ft

↩  3.  Make a U-turn

105 ft

↱  4.  Turn right at the 1st cross street onto Sir Francis Drake Blvd

0.6 mi

⤴  5.  Use the right lane to merge onto US-101 S via the ramp to San Francisco

0.3 mi

**Follow US-101 S to CA-1 in San Francisco. Take exit 438 from US-101 S**

12 min (10.7 mi)

 Maps
100 Bush Street, San Francisco, CA to Federal Court
Drive 49.6 miles, 1 hr 6 min



Imagery ©2026 , Map data ©2026 Google    5 mi

**100 Bush St**
San Francisco, CA 94104

**Get on I-80 W from 1st St and Harrison St**

7 min (1.2 mi)

↑  1.  Head east on Bush St toward Battery St

253 ft

↑  2.  Continue onto 1st St
     ⓘ Pass by Walgreens (on the left)

0.5 mi

↱  3.  Turn right onto Harrison St

0.5 mi

↖  4.  Use the left 2 lanes to turn left to merge onto I-80 W toward US-101 S/San Jose

0.2 mi

**Take US-101 S to Delmas Ave in San Jose. Take exit 6A from CA-87**

47 min (47.6 mi)

↖  5.  Merge onto I-80 W

0.3 mi

↖  6.  Use the left 3 lanes to turn slightly left to stay on I-80 W (signs for US 101 S/San Jose/US 101 N)

 **Maps**    Sacramento, CA to Federal Court    Drive 119 miles, 2 hr



Imagery ©2026 , Map data ©2026 Google    10 mi ⊢━━━━┤

**Sacramento**
California

**Get on US-50 W from P St**

5 min (1.7 mi)

↑    1.  Head west on L St toward 9th St

410 ft

↰    2.  Turn left at the 1st cross street onto 9th St

0.3 mi

↱    3.  Turn right onto P St

0.5 mi

↖    4.  Use the left lane to take the ramp to I-80 S/San
        Francisco

0.8 mi

**Follow I-80 W and I-680 S to Margaret Wy in San Jose.
Take exit 82 from I-280 N**

1 hr 49 min (117 mi)

↖    5.  Merge onto US-50 W

0.7 mi

↱    6.  Keep right to stay on US-50 W

2.0 mi