1  Ivy L. Nowinski (State Bar No.: 268564)
   Email: inowinski@condonlaw.com
2  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 1050
3  Los Angeles, California 90067-6036
   Telephone: (310) 557-2030
4  Facsimile:  (310) 557-1299

5     - and -

6  David J. Harrington (*Pro Hac Vice*)
   Email: dharrington@condonlaw.com
7  CONDON & FORSYTH LLP
   7 Times Square, 18th Floor
8  New York, New York 10036
   Telephone: (212) 490-9100
9  Facsimile:  (212) 370-4453

10 Attorneys for Defendant
   AMERICAN AIRLINES, INC.

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15 ANA MARIA MARCELA TAVANTZIS, as an )   Case No. 5:23-cv-05607-NW-SVK
   individual, and as Legal Guardian of JESUS )
16 PLASENCIA, an incapacitated person,   )   **DECLARATION OF IVY L. NOWINSKI**
                                          )   **IN SUPPORT OF DEFENDANT**
17                                        )   **AMERICAN AIRLINES, INC.'S**
               Plaintiff,                 )   **MOTIONS FOR JUDGMENT AS A**
                                          )   **MATTER OF LAW (FED. R. CIV. P.**
18      vs                                )   **50(b)) AND FOR A NEW TRIAL AND**
                                          )   **TO AMEND JUDGMENT (FED. R. CIV.**
19 AMERICAN AIRLINES, INC.,               )   **P. 59)**
                                          )
20             Defendants.                )
                                          )   Date:      April 22, 2026
21                                        )   Time:      9:00 a.m.
                                          )   Place:     Courtroom 3 – 5th Floor
22 _____)

23      I, Ivy L. Nowinski, declare as follows:

24      1.      I am a partner with the law firm of Condon & Forsyth, LLP, counsel of record for

25 defendant American Airlines, Inc. (hereinafter referred to as "American Airlines").  I have

26 personal knowledge of the facts stated in this declaration, and if called as a witness could

27 competently testify thereto.

28

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067
Telephone: (310) 557-2030

1    2.    This declaration is submitted in support of American Airlines' motions for

2 judgment as a matter of law pursuant to Rule 50(b) of the Federal Rules of Civil Procedure and

3 for a new trial and to amend the judgment pursuant to Rule 59 of the Federal Rules of Civil

4 Procedure.

5    3.    Attached hereto as Exhibit A is a true and correct copy of excerpts from Volume

6 2 of the Trial Transcript for this matter, including testimony from September 9, 2025.

7    4.    Attached hereto as Exhibit B is a true and correct copy of excerpts from Volume 3

8 of the Trial Transcript for this matter, including testimony from September 10, 2025.

9    5.    Attached hereto as Exhibit C is a true and correct copy of excerpts from Volume 4

10 of the Trial Transcript for this matter, including testimony from September 11, 2025.

11    6.    Attached hereto as Exhibit D is a true and correct copy of excerpts from Volume

12 5 of the Trial Transcript for this matter, including testimony from September 15, 2025.

13    7.    Attached hereto as Exhibit E is a true and correct copy of excerpts from Volume 6

14 of the Trial Transcript for this matter, including testimony from September 16, 2025.

15    8.    Attached hereto as Exhibit F is a true and correct copy of ECF No. 152-2, which

16 is a true and correct copy of Exhibit B to the parties' Proposed Joint and Disputed Jury

17 Instructions and which contains the Parties' proposed jury instructions relating to Article 17 of

18 the Montreal Convention.

19    9.    Attached hereto as Exhibit G is a true and correct copy of the Transcript of

20 Proceedings before the Hon. Noel Wise, United States District Judge, dated September 4, 2025.

21    10.    Attached hereto as Exhibit H is a true and correct copy of excerpts from Volume

22 1 of the Trial Transcript for this matter.

23    I declare under penalty of perjury of the laws of the United States of America that the

24 foregoing is true and correct.  Executed on this 16th day of January 2026, at Sacramento,

25 California.

26    _____
       Ivy L. Nowinski
27

28

DECLARATION OF IVY L. NOWINSKI IN SUPPORT OF          - 2 -
MOTION FOR JUDGMENT AS A MATTER OF LAW
(FED. R. CIV. P. 50(b))
CASE NO.: 5:23-cv-05607-NW-SVK

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067
Telephone: (310) 557-2030

1

**CERTIFICATE OF SERVICE**

2    I hereby certify that on January 16, 2026, I electronically filed the foregoing

3  with the Clerk of Court using the CM/ECF system, which will send notification of

4  such filing to counsel or parties of record electronically by CM/ECF.

5

6    Sanjiv N. Singh
     SANJIV N. SINGH, APLC
7    1700 South El Camino Real, Suite 503
     San Mateo, California 94402
8    Telephone: (650) 389-2255
     E-mail: ssingh@sanjivnsingh.com
9

10

11   Darren P. Nicholson
     Hannah M. Crowe
12   BURNS CHARLES LLP
     900 Jackson Street, Suite 500
13   Dallas, TX 75202
     Telephone: (469) 904-4550
14   Email: dnicholson@burnscharest.com;
     hcrowe@burnscharest.com
15

16

17   *Attorneys for Plaintiff*

18
                                                        /s/ *Ivy L. Nowinski*
19

20

21

22

23

24

25

26

27

28