1

**SANJIV N. SINGH, APLC**
2
Sanjiv N. Singh (State Bar No. 193525)
ssingh@sanjivnsingh.com
3
1700 South El Camino Real, Suite 503
4
San Mateo, CA 94402
Telephone: (650) 389-2255
5

6
**BURNS CHAREST LLP**
Darren P. Nicholson (*pro hac vice*)
7
dnicholson@burnscharest.com
8
Hannah M. Crowe (*pro hac vice*)
hcrowe@burnscharest.com
9
900 Jackson Street, Suite 500
10
Dallas, TX 75202
Telephone: (469) 904-4550
11

12
*Attorneys for Plaintiffs*

13

14
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
15

16

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, individually and as Trustee of the Plasencia Tavantzis Trust Dated November 19, 2019, | Case No.: 5:23-cv-05607-NW-SVK |
| Plaintiffs, | **[PROPOSED] AMENDED JUDGMENT *NUNC PRO TUNC*** |
| vs. | |
| AMERICAN AIRLINES, INC., | |
| Defendants. | |

17
18
19
20
21
22
23
24
25
26
27
28

This Matter having come before the Court on Plaintiff's' Motion to Correct and Amend the Judgment, and it appearing upon argument of counsel and for good cause shown that the Motion should be granted in its entirety, IT IS HEREBY ORDERED that Plaintiff's Motion to Correct and Amend the Judgment is GRANTED and the Court's Judgment (Dkt. 237) is hereby CORRECTED and AMENDED as follows:

Pursuant to its inherent authority and Federal Rule of Civil Procedure 60(a), the Court finds based on the record, the totality of circumstances, and to prevent manifest injustice that the date of the Judgment should be entered *nunc pro tunc* as of October 10, 2025. Further, pursuant to Federal Rule of Civil Procedure 59(e), the Court finds Plaintiff is entitled: (1) to an award of prejudgment interest in the amount of $207,485.89 for the past damages awarded by the jury, consistent with the verdict available at ECF No. 201, and (2) to an award in the amount of $69,380.96 for taxable costs under 28 U.S.C. § 1920.

Accordingly, this AMENDED JUDGMENT *NUNC PRO TUNC* is hereby entered in favor of Plaintiff Ana Maria Marcela Tavantzis and against Defendant American Airlines Inc. in the amount of $9,906,696.40 as of October 10, 2025.  Pursuant to 28 U.S.C. § 1961, Plaintiff shall be entitled to mandatory post-judgment interest at a rate of 3.64% per annum.

Dated: October 10, 2025.


Honorable Noël Wise
United States District Judge

[PROPOSED] AMENDED JUDGMENT *NUNC PRO TUNC*
CASE NO.: 5:23-CV-05607-NW-SVK