| | |
|---|---|
| **SANJIV N. SINGH, APLC**<br>Sanjiv N. Singh (State Bar No. 193525)<br>ssingh@sanjivnsingh.com<br>1700 South El Camino Real, Suite 503<br>San Mateo, CA 94402<br>Telephone: (650) 389-2255<br><br>**BURNS CHAREST LLP**<br>Darren P. Nicholson (*pro hac vice*)<br>dnicholson@burnscharest.com<br>Hannah M. Crowe (*pro hac vice*)<br>hcrowe@burnscharest.com<br>Anna Katherine Benedict (*pro hac vice*)<br>abenedict@burnscharest.com<br>900 Jackson Street, Suite 500<br>Dallas, TX 75202<br>Telephone: (469) 904-4550<br><br>*Attorneys for Plaintiffs* | **CONDON & FORSYTH LLP**<br>Ivy L. Nowinski (State Bar No.: 268564)<br>inowinski@condonlaw.com<br>1901 Avenue of the Stars, Suite 1050<br>Los Angeles, California 90067-6036<br>Telephone: (310) 557-2030<br><br>David J. Harrington (*pro hac vice*)<br>dharrington@condonlaw.com<br>William de Wolff (*pro hac vice*)<br>Email: wdewolff@condonlaw.com<br>7 Times Square, 18th Floor<br>New York, New York 10036<br>Telephone: (212) 490-9100<br><br><br><br><br><br><br>*Attorneys for Defendant* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, as an individual, and as Trustee of the Plasencia Tavantzis Trust Dated November 19, 2019,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Case No.: 5:23-cv-05607-NW-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RESOLVING OBJECTIONS TO BILL OF COSTS** |

**WHEREAS**, pursuant to the Civil Local Rules ("LCR") of the United States District Court for the Northern District of California (LCR 54-2), Defendant AMERICAN AIRLINES, INC. and Plaintiff ANA MARIA MARCELA TAVANTZIS, as an individual, and as Trustee of the Plasencia Tavantzis Trust Dated November 19, 2019 ("Tavantzis"), met and conferred regarding Defendant's objections to Plaintiff's Bill of Costs (filed as ECF 238). Following this meeting, Plaintiff and Defendant stipulate as follows:

- Plaintiff shall withdraw her requests for *pro hac vice* fees, the duplicate filing fee, and any financing charges;
- Plaintiff shall withdraw her request for any "attendance fee" or related "In-Person Coverage Fee" in connection with the December 9, 2024 deposition of Jill Curry and the December 10, 2024 deposition of Defendant's 30(b)(6) corporate representative;
- Plaintiff shall withdraw her request for fees relating to the production of the "Day in the Life" video that was used as a trial exhibit;
- Defendant shall not object to any other costs contained within the Bill of Costs.

Pursuant to LCR 6-2, the parties jointly request leave of the Court to submit an Amended Bill of Costs within 14 days of this stipulation. The parties make this request based on the above resolution of Defendant's objections to Plaintiff's original Bill of Costs. This is the first request for an extension of time for Plaintiff to file a Bill of Costs, and the parties believe that this will keep the case on schedule by efficiently resolving a matter in dispute. Parties are annexing a proposed order for the Court's consideration to this stipulation.

**IT IS FURTHER STIPULATED AND AGREED** by the undersigned that this stipulation may be signed in counterparts, and fax/email signatures on the within stipulation may be deemed original for all purposes.

Dated: January 20, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Anna Katherine Benedict* | */s/ David J. Harrington* |
| Darren P. Nicholson *(pro hac vice)* | David J. Harrington *(pro hac vice)* |
| dnicholson@burnscharest.com | Email: dharrington@condonlaw.com |
| Hannah M. Crowe *(pro hac vice)* | William de Wolff *(pro hac vice)* |
| hcrowe@burnscharest.com | Email: wdewolff@condonlaw.com |
| Anna Katherine Benedict *(pro hac vice)* | CONDON & FORSYTH LLP |
| abenedict@burnscharest.com | 7 Times Square, 18th Floor |
| BURNS CHAREST LLP | New York, New York 10036 |
| 900 Jackson Street, Suite 500 | Telephone: (212) 490-9100 |
| Dallas, TX 75202 | Facsimile: (212) 370-4453 |
| Telephone: (469) 904-4550 | |

1
2  Sanjiv N. Singh (State Bar No. 193525)
   ssingh@sanjivnsingh.com
3  SANJIV N. SINGH, APLC
   1700 South El Camino Real, Suite 503
4  San Mateo, CA 94402
   Telephone: (650) 389-2255
5
6  *Attorneys for Plaintiffs*

Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

*Attorneys for Defendant*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION RESOLVING OBJECTIONS TO BILL OF COSTS
CASE NO.: 5:23-CV-05607-NW-SVK

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

Sanjiv N. Singh
SANJIV N. SINGH, APLC
1700 South El Camino Real, Suite 503
San Mateo, California 94402
Telephone: (650) 389-2255
E-mail: ssingh@sanjivnsingh.com

Darren P. Nicholson
Hannah M. Crowe
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Email: dnicholson@burnscharest.com;
hcrowe@burnscharest.com

*Attorneys for Plaintiffs*

*/s/ David J. Harrington*
David J. Harrington