1  Ivy L. Nowinski (State Bar No.: 268564)
   Email: inowinski@condonlaw.com
2  CONDON & FORSYTH LLP
3  1901 Avenue of the Stars, Suite 1050
   Los Angeles, California 90067-6036
4  Telephone: (310) 557-2030
   Facsimile: (310) 557-1299
5
      - and -
6
   David J. Harrington (*Pro Hac Vice*)
7  Email: dharrington@condonlaw.com
   William de Wolff (pro hac vice)
8  Email: wdewolff@condonlaw.com
9  CONDON & FORSYTH LLP
   7 Times Square, 18th Floor
10 New York, New York 10036
   Telephone: (212) 490-9100
11 Facsimile: (212) 370-4453

12 Attorneys for Defendant
   AMERICAN AIRLINES, INC.
13

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, as an individual, and as Trustee of the Plasencia Tavantzis Trust Dated November 19, 2019,<br><br>Plaintiff,<br><br>vs<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendants. | Case No. 5:23-cv-05607-NW-SVK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RESOLVING OBJECTIONS TO BILL OF COSTS** |

In the above-captioned action – *Tavantzis v. American Airlines, Inc.*, 5:23-cv-05607-NW-SVK – the parties jointly request that the Court grant leave for Plaintiff to file an Amended Bill of Costs within fourteen (14) days of this order pursuant to the terms of the annexed stipulation of the parties dated January 20, 2026.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
Honorable Noël Wise
United States District Judge

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067
Telephone: (310) 557-2030