Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299

   - and -

David J. Harrington (*Pro Hac Vice*)
Email: dharrington@condonlaw.com
William de Wolff (pro hac vice)
Email: wdewolff@condonlaw.com
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
Telephone: (212) 490-9100
Facsimile:  (212) 370-4453

Attorneys for Defendant
AMERICAN AIRLINES, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, as an individual, and as Trustee of the Plasencia Tavantzis Trust Dated November 19, 2019, <br><br> Plaintiff, <br><br> vs <br><br> AMERICAN AIRLINES, INC., <br><br> Defendants. | Case No. 5:23-cv-05607-NW-SVK <br><br><br> [~~PROPOSED~~] **ORDER GRANTING STIPULATION RESOLVING OBJECTIONS TO BILL OF COSTS** |

- 1 -

1    In the above-captioned action – *Tavantzis v. American Airlines, Inc.*, 5:23-cv-05607-NW-
2 SVK – the parties jointly request that the Court grant leave for Plaintiff to file an Amended Bill
3 of Costs within fourteen (14) days of this order pursuant to the terms of the annexed stipulation
4 of the parties dated January 20, 2026.
5 PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

7 DATED: January 22, 2026

_____
Honorable Noël Wise
United States District Judge

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067
Telephone: (310) 557-2030

- 2 -
[PROPOSED] ORDER GRANTING STIPULATION RESOLVING OBJECTIONS TO BILL OF COSTS
CASE NO.: 5:23-CV-05607-NW-SVK