**SANJIV N. SINGH, APLC**
Sanjiv N. Singh (State Bar No. 193525)
ssingh@sanjivnsingh.com
1700 South El Camino Real, Suite 503
San Mateo, CA 94402
Telephone: (650) 389-2255

**BURNS CHAREST LLP**
Darren P. Nicholson (*pro hac vice*)
dnicholson@burnscharest.com
Hannah M. Crowe (*pro hac vice*)
hcrowe@burnscharest.com
Anna Katherine Benedict (*pro hac vice*)
abenedict@burnscharest.com
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, individually and as Trustee of the Plasencia Tavantzis Trust Dated November 19, 2019,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Case No.: 5:23-cv-05607-NW-SVK<br><br>**DECLARATION OF HANNAH M. CROWE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S RULE 50(b) AND RULE 59 MOTIONS** |

I, Hannah M. Crowe, declare:

1. I am an attorney with the law firm of Burns Charest LLP, attorneys of record for Plaintiff Ana Maria Marcela Tavantzis, individually and as Trustee of the Plasencia Tavantzis Trust Dated November 19, 2019 ("Plaintiff").

2. I make this declaration in support of Plaintiff's Opposition to Defendant American Airlines, Inc.'s Renewed Motion for Judgment as a Matter of Law brought under Federal Rule of Civil Procedure 50(b) and Motion for New Trial brought under Federal rule of Civil Procedure 59.

3. Attached as Exhibit 1 is a true and correct copy of the cited excerpts from the September 4, 2025 pretrial conference transcript.

4. Attached as Exhibit 2 is a true and correct copy of the cited excerpts from volume 2 of the trial transcript.

5. Attached as Exhibit 3 is a true and correct copy of the cited excerpts from volume 3 of the trial transcript.

6. Attached as Exhibit 4 is a true and correct copy of the cited excerpts from volume 4 of the trial transcript.

7. Attached as Exhibit 5 is a true and correct copy of cited excerpts from Trial Exhibit 19, the Operations Manual.

8. Attached as Exhibit 6 is a true and correct copy of the cited excerpts from the September 18, 2024 deposition of Anthony Occhino.

9. Attached as Exhibit 7 is a true and correct copy of the cited excerpts from the September 9, 2024 deposition of David Eccles.

10. Attached as Exhibit 8 is a true and correct copy of Trial Exhibit 8, David Eccles' CERS Report.

11. Attached as Exhibit 9 is a true and correct copy of cited excerpts of Trial Exhibit 9, the Inflight Manual.

12. Attached as Exhibit 10 is a true and correct copy of the cited excerpts from the September 11, 2024 deposition of Kelly Gambello.

2

DECLARATION OF HANNAH M. CROWE IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANT'S RULE 50(b) AND RULE 59 MOTIONS
CASE NO.: 5:23-cv-05607-NW-SVK

13. Attached as Exhibit 11 is a true and correct copy of Trial Exhibit 11, Kelly Gambello's CERS Report.

14. Attached as Exhibit 12 is a true and correct copy of cited excerpts from volume 5 of the trial transcript.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 30, 2026                    Respectfully submitted,

*/s/ Hannah M. Crowe*
Darren P. Nicholson (*pro hac vice*)
dnicholson@burnscharest.com
Hannah M. Crowe (*pro hac vice*)
hcrowe@burnscharest.com
Anna Katherine Benedict (*pro hac vice*)
abenedict@burnscharest.com
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550

Sanjiv N. Singh (State Bar No. 193525)
ssingh@sanjivnsingh.com
**SANJIV N. SINGH, APLC**
1700 South El Camino Real, Suite 503
San Mateo, CA 94402
Telephone: (650) 389-2255

*Attorneys for Plaintiff*

DECLARATION OF HANNAH M. CROWE IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANT'S RULE 50(b) AND RULE 59 MOTIONS
CASE NO.: 5:23-cv-05607-NW-SVK

# CERFICATE OF SERVICE

I hereby certify that on January 30, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

David J. Harrington (*pro hac vice*)
Email: dharrington@condonlaw.com
William deWolff (*pro hac vice*)
Email: wdewolff@condonlaw.com
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453

Attorneys for Defendant
AMERICAN AIRLINES, INC.

*/s/ Hannah M. Crowe*
Hannah M. Crowe

DECLARATION OF HANNAH M. CROWE IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANT'S RULE 50(b) AND RULE 59 MOTIONS
CASE NO.: 5:23-cv-05607-NW-SVK