**SANJIV N. SINGH, APLC**
Sanjiv N. Singh (State Bar No. 193525)
ssingh@sanjivnsingh.com
1700 South El Camino Real, Suite 503
San Mateo, CA 94402
Telephone: (650) 389-2255

**BURNS CHAREST LLP**
Darren P. Nicholson (*pro hac vice*)
dnicholson@burnscharest.com
Hannah M. Crowe (*pro hac vice*)
hcrowe@burnscharest.com
Anna Katherine Benedict (*pro hac vice*)
abenedict@burnscharest.com
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, individually and as Trustee of the Plasencia Tavantzis Trust Dated November 19, 2019,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Case No.: 5:23-cv-05607-NW-SVK<br><br>**DECLARATION OF DARREN P. NICHOLSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S RULE 59 MOTION** |

I, Darren P. Nicholson, declare:

1.   I am an attorney with the law firm of Burns Charest LLP, and lead attorney of record for Plaintiff Ana Maria Marcela Tavantzis, individually and as Trustee of the Plasencia Tavantzis Trust Dated November 19, 2019 ("Plaintiff").

2.   I make this declaration in support of Plaintiff's Opposition to Defendant American Airlines, Inc.'s Motion for New Trial brought under Federal Rule of Civil Procedure 59.

3.   Attached as Exhibit 1 is a true and correct copy of additional cited excerpts from volume 3 of the trial transcript.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2026                Respectfully submitted,

*/s/ Darren P. Nicholson*
Darren P. Nicholson (*pro hac vice*)
dnicholson@burnscharest.com
Hannah M. Crowe (*pro hac vice*)
hcrowe@burnscharest.com
Anna Katherine Benedict (*pro hac vice*)
abenedict@burnscharest.com
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550

Sanjiv N. Singh (State Bar No. 193525)
ssingh@sanjivnsingh.com
**SANJIV N. SINGH, APLC**
1700 South El Camino Real, Suite 503
San Mateo, CA 94402
Telephone: (650) 389-2255

*Attorneys for Plaintiff*

2

DECLARATION OF DARREN P. NICHOLSON IN SUPPORT OF PLAINTIFF'S
OPPOSITIONS TO DEFENDANT'S RULE 59 MOTION
CASE NO.: 5:23-cv-05607-NW-SVK

# CERFICATE OF SERVICE

I hereby certify that on February 2, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

David J. Harrington (*pro hac vice*)
Email: dharrington@condonlaw.com
William deWolff (*pro hac vice*)
Email: wdewolff@condonlaw.com
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453

Attorneys for Defendant
AMERICAN AIRLINES, INC.

/s/ *Darren P. Nicholson*
Darren P. Nicholson

DECLARATION OF DARREN P. NICHOLSON IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANT'S RULE 59 MOTION
CASE NO.: 5:23-cv-05607-NW-SVK