# EXHIBIT 1

```
 1                    UNITED STATES DISTRICT COURT
 2                   NORTHERN DISTRICT OF CALIFORNIA
 3                          SAN JOSE DIVISION
 4
     TAVANTZIS,                          )   CV-23-5607-NW
 5                                       )
                  PLAINTIFF,             )   SAN JOSE, CA
 6                                       )
              VS.                        )   SEPTEMBER 10, 2025
 7                                       )
     AMERICAN AIRLINES, INC.,            )   VOLUME 3
 8                                       )
                  DEFENDANT.             )   PAGES 458-710
 9                                       )
                                         )
10   _____     )

11                      TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE NOEL WISE
12                   UNITED STATES DISTRICT JUDGE

13

14   APPEARANCES:

15   FOR THE PLAINTIFF:      BURNS CHAREST LLP
                             900 JACKSON STREET, SUITE 500
16                           DALLAS, TX 75202
                       BY:   DARREN NICHOLSON
17                           HANNAH CROWE

18
                             SANJIV N. SINGH, APLC
19                           1700 SOUTH EL CAMINO REAL, SUITE 503
                             SAN MATEO, CA 94402
20                     BY:   SANJIV SINGH

21
                        APPEARANCES CONTINUED ON NEXT PAGE
22

23     OFFICIAL COURT REPORTER:      SUMMER FISHER, CSR, CRR
                                     CERTIFICATE NUMBER 13185
24

25           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                  TRANSCRIPT PRODUCED WITH COMPUTER
```

1   FOLLOWED, WERE THE CAPTAIN NOTIFIED THAT THERE WERE A PROBLEM,
2   IS THAT THE CAPTAIN WOULD CALL A PHYSICIAN ON CALL, THEY WOULD
3   HAVE A DISCUSSION AND THEN THERE WOULD BE A COLLECTIVE DECISION
4   ABOUT THE BEST PLACE TO LAND.
5         ACCORDING TO CAPTAIN LEVY, THAT TIME, IN HIS EXPERIENCE,
6   IS SOMEWHERE BETWEEN 5 AND 10 MINUTES.  ARE YOU WITH ME SO FAR?
7   A.   YES.
8   Q.   CAPTAIN LEVY ALSO TESTIFIED THAT ONE POTENTIAL DIVERSION
9   LOCATION WAS THE ISLAND OF BERMUDA WHICH HE SAID THE PLANE
10  COULD LAND AT WITHIN 30 MINUTES, OKAY?
11  A.   YES.
12  Q.   ASSUME FOR ME THAT IN BERMUDA IS A HOSPITAL FACILITY THAT
13  COULD TREAT A PATIENT.  IF THE PLANE WERE LANDED AND THE TIME
14  HAD BEEN THE FULL TEN MINUTES TO TALK TO THE DOCTOR AND ANOTHER
15  30 MINUTES AND A REASONABLE TRANSPORT TO A FACILITY, WOULD THAT
16  BE WITHIN A WINDOW THAT TPA COULD HAVE BEEN ADMINISTERED?
17  A.   YES.
18  Q.   AND IN THAT SCENARIO, WOULD A PATIENT IN MR. PLASCENCIA'S
19  POSITION, IN ALL LIKELIHOOD, HAVE HAD A BETTER OUTCOME?
20  A.   YES.
21  Q.   ONE OTHER OPTION WOULD BE -- WELL, LET ME -- ACTUALLY,
22  BEFORE I GET THERE, LET ME ASK YOU A DIFFERENT QUESTION,
23  DR. SCHIM.
24        WE HAVE NOT HEARD FROM ANY DOCTOR WHO WORKS AS A PHYSICIAN
25  ON CALL, BUT I WANT YOU TO ASSUME FOR ME THAT A DOCTOR ON THE

```
1     OTHER LINE IS A LICENSED MEDICAL PROFESSIONAL THAT MEETS THE
2     STANDARD OF CARE OF A DOCTOR WITH AN MD, ARE YOU WITH ME?
3     A.   YES.
4     Q.   IF YOU WERE IN THAT POSITION AND YOU WERE CALLED AND YOU
5     ARE ON THE OTHER END OF THE LINE AND YOU'VE GOT CAPTAIN LEVY
6     HERE AND HE SAYS, DR. SCHIM, I HAVE BEEN GIVEN A PIECE OF PAPER
7     AND A FLIGHT ATTENDANT HAS TOLD ME THAT HE HAS OBSERVED A
8     PASSENGER LOSING BALANCE ON THE RIGHT SIDE AND THEY ARE DIZZY
9     AND THEY ARE FAINT.  THAT'S ALL I KNOW RIGHT NOW, WHAT SHOULD
10    WE DO?
11    A.   WELL, TREATMENT OPTIONS ON AIRPLANES ARE VERY LIMITED, SO
12    I WOULD BE VERY CONCERNED ABOUT WHAT'S GOING ON, AND LOSING
13    BALANCE TO THE RIGHT SIDE CERTAINLY CAN APPLY WEAKNESS ON THE
14    RIGHT SIDE.  THERE'S NOTHING THAT ONE CAN REALLY DO ABOUT MANY
15    OF THE MEDICAL CONDITIONS THAT OCCUR ON A PLANE.  SO I WOULD
16    LIKELY ADVISE WHY DON'T YOU DIVERT, WHAT'S THE CLOSEST PLACE
17    THAT YOU CAN GET TO THE GROUND.
18    Q.   OKAY.  WOULD THAT BE ENOUGH INFORMATION TO SAY I HAVE
19    ENOUGH INFORMATION TO SAY THAT THIS IS A MEDICAL EMERGENCY, WE
20    NEED TO GET THIS PERSON ON THE GROUND?
21    A.   YES.
22    Q.   AND IF I ADDED A COUPLE MORE DETAILS, IF I SAID IN
23    ADDITION, DR. SCHIM, THIS PARTICULAR PASSENGER WAS REPORTED TO
24    HAVE BLACKED OUT RIGHT BEFORE TAKEOFF AND BECOME DISORIENTED,
25    WOULD THAT CHANGE THE ANALYSIS AT ALL?
```

1  A.   IT WOULD JUST RAISE MY WORRY LEVEL AND SAY, BY ALL MEANS,
2  THERE IS SOMETHING BAD HAPPENING.
3  Q.   OKAY.  LET ME GIVE YOU A DIFFERENT HYPOTHETICAL.  LET'S
4  SAY YOU ARE ON THE GROUND IN MIAMI AND YOU ARE A DOCTOR THAT'S
5  ON AN AIRCRAFT AND SOMEONE COMES TO YOU AND THEY SAY,
6  DR. SCHIM, THERE IS A PASSENGER BACK HERE WHO DROPPED THEIR
7  PHONE, LOST MOTOR CONTROL MOMENTARILY AND WAS SPEAKING
8  GIBBERISH, WHAT SHOULD WE DO?
9  A.   WELL, AS A NEUROLOGIST I WOULD BE HYPERVIGILANT, BUT EVEN
10 IF I WAS A GENERAL PRACTITIONER, I THINK A REASONABLE PHYSICIAN
11 WOULD SAY THAT'S NOT GOOD, THERE'S A LOT OF BAD THINGS THAT
12 THIS MIGHT REPRESENT.  IT COULD BE VERY LOW BLOOD SUGAR, IT
13 COULD BE A STROKE, IT COULD BE A SEIZURE, BUT NONE OF THOSE ARE
14 APPROPRIATE TO FLY ON FOR ANOTHER X NUMBER OF HOURS.
15      I WOULD AT THAT POINT SAY, WHY DON'T YOU TALK TO THE GATE
16 AGENT, THE PHYSICIAN ON CALL, BUT I PERSONALLY, MEANING IF I
17 WAS THAT PHYSICIAN, I WOULD SAY, WHY DON'T YOU DEPLANE THAT
18 PERSON, I KNOW THEY REALLY WANT TO CONTINUE ON TO THEIR
19 VACATION BUT THEY WOULD MUCH RATHER GO ON THEIR VACATION
20 KNOWING THAT THEY ARE MEDICALLY CLEARED THAN END UP SOMEWHERE
21 FAR AWAY WITH A TERRIBLE OUTCOME.
22 Q.   IS IT FAIR TO SAY THAT YOU WOULD NEVER MEDICALLY CLEAR AN
23 INDIVIDUAL TO TAKE AN EIGHT-AND-A-HALF-HOUR FLIGHT IF THEY HAD
24 TOLD YOU THEY JUST EXHIBITED THOSE SYMPTOMS?
25 A.   I WOULD NOT.

**CERTIFICATE OF REPORTER**

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
SUMMER A. FISHER, CSR, CRR
CERTIFICATE NUMBER 13185

DATE: 9/10/25