Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299

   - and -

David J. Harrington (*Pro Hac Vice*)
Email: dharrington@condonlaw.com
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
Telephone: (212) 490-9100
Facsimile:  (212) 370-4453

   - and -

Julian W. Poon
Patrick J. Fuster
Allison Roy Kawachi
Email: jpoon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, as an individual, and as Legal Guardian of JESUS PLASENCIA, an incapacitated person,<br><br>                 Plaintiff,<br><br>       vs<br><br>AMERICAN AIRLINES, INC.,<br><br>                 Defendant. | Case No. 5:23-cv-05607-NW-SVK<br><br>**DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF LODGING OF DOCUMENTS** |

NOTICE OF LODGING
CASE NO.: 5:23-CV-05607-NW-SVK

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067
Telephone: (310) 557-2030

NOTICE OF LODGING

Defendant American Airlines, Inc. hereby lodges copies of documents comparing jury instruction number 29 on the definition of "accident" under the Montreal Convention as it appears in the September 8, 2026 trial transcript against the parties' proposed instructions regarding the same. A comparison of the Court's instruction to American's proposed instruction is filed herewith as Exhibit A. A comparison of the Court's instruction to Plaintiff's proposed instruction is filed herewith as Exhibit B. These documents were printed and distributed to the Court and all parties at the April 22, 2026 hearing on American's motion for new trial and motion for judgment as a matter of law.

Dated: April 23, 2026                    CONDON & FORSYTH LLP


By: /s/ *Ivy L. Nowinski*
    IVY L. NOWINSKI

    -and-

    DAVID J. HARRINGTON
    CONDON & FORSYTH LLP
    7 Times Square, 18th Floor
    New York, NY 10036
    Telephone: (212) 490-9100
    Facsimile: (212) 370-4453

    JULIAN W. POON
    PATRICK J. FUSTER
    ALLISON ROY KAWACHI
    GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
    Los Angeles, CA 90071-3197
    Telephone: (213) 229-7000
    Facsimile: (213) 229-7520

    Attorneys for Defendant
    AMERICAN AIRLINES, INC.

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067
Telephone: (310) 557-2030

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

Sanjiv N. Singh
SANJIV N. SINGH, APLC
1700 South El Camino Real, Suite 503
San Mateo, California 94402
Telephone: (650) 389-2255
E-mail: ssingh@sanjivnsingh.com

Darren P. Nicholson
Hannah M. Crowe
BURNS CHARLES LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Email: dnicholson@burnscharest.com;
hcrowe@burnscharest.com

*Attorneys for Plaintiff*

/s/ *Ivy L. Nowinski*