Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299

   - and -

David J. Harrington (*Pro Hac Vice*)
Email: dharrington@condonlaw.com
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
Telephone: (212) 490-9100
Facsimile:  (212) 370-4453

   - and -

Julian W. Poon
Patrick J. Fuster
Allison Roy Kawachi
Email: jpoon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, as an individual, and as Legal Guardian of JESUS PLASENCIA, an incapacitated person,<br><br>       Plaintiff,<br><br>   vs<br><br>AMERICAN AIRLINES, INC.,<br><br>       Defendant. | Case No. 5:23-cv-05607-NW-SVK<br><br>**OBJECTION OF DEFENDANT AMERICAN AIRLINES, INC. TO DEMONSTRATIVE EXHIBITS SHOWN BY PLAINTIFFS IN ORAL ARGUMENT ON APRIL 22, 2026 [DKT. 259]** |

OBJECTION OF DEFENDANT AMERICAN AIRLINES, INC.
TO DEMONSTRATIVE EXHIBITS SHOWN BY PLAINTIFFS
IN ORAL ARGUMENT ON APRIL 22, 2026 [DKT. 259]
CASE NO.: 5:23-CV-05607-NW-SVK

Defendant American Airlines, Inc. ("American Airlines"), by and through its attorneys of record, Condon & Forsyth LLP and its appellate counsel, Gibson, Dunn & Crutcher LLP, respectfully submits this objection to the demonstrative exhibits filed by Plaintiff at Dkt. 259 and shown at oral argument on April 22, 2026.

American Airlines objects to the use of demonstrative evidence by Plaintiff at oral argument on April 22, 2026, on the ground that the demonstrative evidence was not disclosed to counsel for American Airlines in advance of its use. Upon review of the documentation submitted to the Court yesterday at Dkt. 259-1, American Airlines also objects to Plaintiff's use of underinclusive highlighting in this document in an attempt to advise the Court of American Airlines' position regarding prejudicial error in Jury Instruction No. 29. Plaintiff's demonstrative does not accurately reflect American Airlines' position, which is that the instruction was misleading and incomplete without sentences advising the jury that there can be no Article 17 "accident" under Ninth Circuit precedent without something more than either an act of omission or a minor departure from airline policies or industry standards. Dkt. 243 at 1; Dkt. 258 at 3–5.

/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067
Telephone: (310) 557-2030

Dated: April 24, 2026                    CONDON & FORSYTH LLP


By: /s/ *Ivy L. Nowinski*
    IVY L. NOWINSKI

    -and-

    DAVID J. HARRINGTON
    CONDON & FORSYTH LLP
    7 Times Square, 18th Floor
    New York, NY 10036
    Telephone: (212) 490-9100
    Facsimile: (212) 370-4453

    JULIAN W. POON
    PATRICK J. FUSTER
    ALLISON ROY KAWACHI
    GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
    Los Angeles, CA 90071-3197
    Telephone: (213) 229-7000
    Facsimile: (213) 229-7520

    Attorneys for Defendant
    AMERICAN AIRLINES, INC.

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067
Telephone: (310) 557-2030

OBJECTION OF DEFENDANT AMERICAN AIRLINES, INC.
TO DEMONSTRATIVE EXHIBITS SHOWN BY PLAINTIFFS
IN ORAL ARGUMENT ON APRIL 22, 2026 [DKT. 259]
CASE NO.: 5:23-cv-05607-NW-SVK

- 3 -

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067
Telephone: (310) 557-2030

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

Sanjiv N. Singh
SANJIV N. SINGH, APLC
1700 South El Camino Real, Suite 503
San Mateo, California 94402
Telephone: (650) 389-2255
E-mail: ssingh@sanjivnsingh.com

Darren P. Nicholson
Hannah M. Crowe
BURNS CHARLES LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Email: dnicholson@burnscharest.com;
hcrowe@burnscharest.com

*Attorneys for Plaintiff*

/s/ Ivy L. Nowinski

OBJECTION OF DEFENDANT AMERICAN AIRLINES, INC.
TO DEMONSTRATIVE EXHIBITS SHOWN BY PLAINTIFFS
IN ORAL ARGUMENT ON APRIL 22, 2026 [DKT. 259]
CASE NO.: 5:23-cv-05607-NW-SVK

- 4 -