Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299

   - and -

David J. Harrington (*Pro Hac Vice*)
Email: dharrington@condonlaw.com
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
Telephone: (212) 490-9100
Facsimile:  (212) 370-4453

   - and -

Julian W. Poon
Patrick J. Fuster
Allison Roy Kawachi
Email: jpoon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant
AMERICAN AIRLINES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, as an individual, and as Legal Guardian of JESUS PLASENCIA, an incapacitated person, <br><br> Plaintiff, <br><br> vs <br><br> AMERICAN AIRLINES, INC., <br><br> Defendant. | Case No. 5:23-cv-05607-NW-SVK <br><br> **DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF NEW AUTHORITY** |

## NOTICE OF NEW AUTHORITY

Defendant American Airlines, Inc. respectfully submits this notice of new authority in support of its motion for judgment as a matter of law, Dkt. 239 and motion for new trial, Dkt. 243. American wishes to bring to this Court's attention the Fifth Circuit's published decision in *Arzu v. American Airlines, Inc.*, No. 25-10606, issued yesterday. A true and correct copy of the court's order is attached as **Exhibit A**.

In *Arzu*, the Fifth Circuit affirmed in part the grant of summary judgment for American "because absent unusual circumstances and willing inaction, an ineffective response to a medical emergency is not an Article 17 accident," and because "no evidence shows that the crew willingly denied appropriate medical care, for example, by specifically refusing a request for aid." Ex. A at 5, 9.[1]

*Arzu* is relevant to two issues American raised in its post-trial briefing: (1) whether the crew's response to Mr. Plasencia's medical symptoms rises to the level of an "accident" under the Montreal Convention, *see* Dkt. 239 at 21–22; Dkt. 255 at 2–10, and (2) whether the jury instruction on the definition of "accident" fairly and adequately explained the law, *see* Dkt. 243 at 10–12; Dkt. 258 at 2–7.

Dated: May 15, 2026                                        Respectfully submitted,


                                                           /s/ *Julian W. Poon*
                                                             Julian W. Poon


                                                           Attorney for Defendant
                                                           American Airlines, Inc.

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067
Telephone: (310) 557-2030

---

[1] The portion of *Arzu* reversing summary judgment in part on Arzu's Article 17 claim regarding the alleged malfunction of the on-board Automatic External Defibrillator (AED) is not relevant to the case before this Court.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

Sanjiv N. Singh
SANJIV N. SINGH, APLC
1700 South El Camino Real, Suite 503
San Mateo, California 94402
Telephone: (650) 389-2255
E-mail: ssingh@sanjivnsingh.com

Darren P. Nicholson
Hannah M. Crowe
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Email: dnicholson@burnscharest.com;
hcrowe@burnscharest.com

*Attorneys for Plaintiff*

/s/ Julian W. Poon

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067
Telephone: (310) 557-2030

NOTICE OF NEW AUTHORITY
CASE NO.: 5:23-cv-05607-NW-SVK

- 1 -