**SANJIV N. SINGH, APLC**
Sanjiv N. Singh (State Bar No. 193525)
ssingh@sanjivnsingh.com
1700 South El Camino Real, Suite 503
San Mateo, CA 94402
Telephone: (650) 389-2255

**BURNS CHAREST LLP**
Darren P. Nicholson (*pro hac vice*)
dnicholson@burnscharest.com
Hannah M. Crowe (*pro hac vice*)
hcrowe@burnscharest.com
Anna Katherine Benedict (*pro hac vice*)
abenedict@burnscharest.com
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550

 *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, individually and as Trustee of the Plasencia Tavantzis Trust Dated November 19, 2019,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Case No.: 5:23-cv-05607-NW-SVK<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF NEW AUTHORITY** |

PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF NEW AUTHORITY
CASE NO.: 5:23-cv-05607-NW-SVK

Plaintiff respectfully submits this Response to Defendant's Notice of New Authority [Dkt. 267], which submits the May 14, 2026, slip opinion from the Fifth Circuit in the case of *Melissa Arzu v. American Airlines*, Case No. 25-10606.

In both its Motion for Renewed Judgment as a Matter of Law [Dkt. 239] and Motion for New Trial [Dkt. 243], American directed this court to the district court's opinion in *Arzu v. American Airlines,* 782, F. Supp. 3d 361 (2025), which granted summary judgment in favor of American Airlines in a Montreal Convention case involving a malfunctioning AED machine and the death of a fourteen-year-old child. Plaintiff's position was (and remains) that the *Arzu* case is factually inapposite to this case and ultimately unhelpful to any issue before this Court. *See, e.g.*, Dkt. 248 at 17. The Fifth Circuit's <u>reversal</u> of summary judgment in *Arzu* and remand for trial on the merits does not change the analysis.

Moreover, <u>contrary</u> to the jury instruction language American proposed in this case, the Fifth Circuit in *Arzu* held that "[c]rew inaction <u>can</u> be an Article 17 accident" when "(1) unusual circumstances elevate it to an unexpected and unusual event, and (2) the inaction is willing." *Id.* at 7 (emphasis added). Applying the Fifth Circuit's new language in this case (which American did not proffer), the evidence at trial established irreconcilable and contradictory testimony between FA Eccles, FA Gambello, and Captain Occhino about: (1) what FA Eccles did in response to a passenger request for medical assistance before takeoff and (2) what FA Eccles was required to do when new issues arose with the same passenger 1.5 hours into the flight. In both instances, FA Eccles' conduct was "unexpected" and/or "unusual" and "willful"—as evidenced by, for example, the testimony of Captain Occhino and FA Gambello acknowledging that FA Eccles failed to communicate critical information as required. Further, there was more than enough evidence for a reasonable juror to find that both the actions and inactions of FA Eccles <u>caused</u> Mr. Plasencia's injuries. As the Fifth Circuit noted, "there are often multiple interrelated factual events that combine to cause any given injury.' *[citation omitted]*. So long as an Article 17 accident is one of those events, causation is satisfied." *Id.* at 14.

PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF NEW AUTHORITY
CASE NO.: 5:23-cv-05607-NW-SVK

Dated: March 15, 2026          Respectfully submitted,


/s/ Hannah M. Crowe
Darren P. Nicholson (*pro hac vice*)
dnicholson@burnscharest.com
Hannah M. Crowe (*pro hac vice*)
hcrowe@burnscharest.com
Anna Katherine Benedict (*pro hac vice*)
abenedict@burnscharest.com
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550

Sanjiv N. Singh (State Bar No. 193525)
ssingh@sanjivnsingh.com
**SANJIV N. SINGH, APLC**
1700 South El Camino Real, Suite 503
San Mateo, CA 94402
Telephone: (650) 389-2255

*Attorneys for Plaintiff*

PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF NEW AUTHORITY
CASE NO.: 5:23-cv-05607-NW-SVK

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

David J. Harrington (*pro hac vice*)
Email: dharrington@condonlaw.com
William deWolff (*pro hac vice*)
Email: wdewolff@condonlaw.com
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453

Attorneys for Defendant
AMERICAN AIRLINES, INC.

/s/ Hannah M. Crowe
Hannah M. Crowe

PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF NEW AUTHORITY
CASE NO.: 5:23-cv-05607-NW-SVK