UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES, INC., <br><br> Defendant. | Case No. 23-cv-05607-NW <br><br> **AMENDED JUDGMENT** <br><br> Re: ECF No. 270 |

This action came before the Court for trial by jury, Judge Noël Wise presiding. The trial commenced on September 8, 2025, and the jury returned its verdict on September 17, 2025. Pursuant to the Court's May 28, 2026 Order resolving the parties' post-trial motions, judgment is HEREBY ENTERED in favor of Plaintiffs and against Defendant in the amount of $9,629,829.55. This judgment is issued *nunc pro tunc* to October 10, 2025.  The Clerk of Court shall close the file in this matter.

   **IT IS SO ORDERED.**

Dated: May 28, 2026

*Nunc pro tunc* to October 10, 2025

_____

Noël Wise
United States District Judge

United States District Court
Northern District of California