Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299

- and -

David J. Harrington (*Pro Hac Vice*)
Email: dharrington@condonlaw.com
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
Telephone: (212) 490-9100
Facsimile:  (212) 370-4453

- and -

Julian W. Poon
Patrick J. Fuster
Allison Roy Kawachi
Email: jpoon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, as an individual, and as Legal Guardian of JESUS PLASENCIA, an incapacitated person,<br><br>                Plaintiff,<br><br>       vs<br><br>AMERICAN AIRLINES, INC.,<br><br>                Defendant. | Case No. 5:23-cv-05607-NW-SVK<br><br>**DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF APPEAL** |

**NOTICE OF APPEAL**

Defendant American Airlines, Inc. appeals under 28 U.S.C. § 1291 to the United States Court of Appeals for the Ninth Circuit from this Court's final judgment entered on December 22, 2025 (Dkt. 237), all orders that merge into that judgment, *see* Fed. R. App. P. 3(c)(4), this Court's Order Denying Defendant's Motion for Judgment as a Matter of Law, Denying Defendant's Motion for New Trial, and Granting in Part Plaintiffs' Motion to Amend the Judgment entered on May 28, 2026 (Dkt. 270), and this Court's amended judgment entered on May 28, 2026 (Dkt. 271).

Dated: June 1, 2026                    Respectfully submitted,


                                       /s/ *Julian W. Poon*
                                        Julian W. Poon

                                        Attorney for Defendant
                                        American Airlines, Inc.

## REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 3-2(b) and 12-2, the undersigned counsel represents American Airlines, Inc. as Defendant and Appellant in the above-captioned action.  This statement lists the parties to the action and identifies their counsel by name, email address, firm, mailing address, telephone number, and facsimile number.  *See* Fed. R. App. P. 12(b); 9th Cir. R. 3-2(b), 12-2.

Dated: June 1, 2026                          Respectfully submitted,


                                              /s/ *Julian W. Poon*
                                               Julian W. Poon


                                               Attorney for Defendant
                                               American Airlines, Inc.

## <u>LIST OF PARTIES AND THEIR COUNSEL</u>

**Attorneys for American Airlines, Inc.**

Julian W. Poon
Patrick J. Fuster
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
Email: jpoon@gibsondunn.com
Email: pfuster@gibsondunn.com

Ivy L. Nowinski
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, CA 90067-6036
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299
Email: inowinski@condonlaw.com

**Attorneys for Ana Maria Marcela Tavantzis, as an individual, and as Legal Guardian of Jesus Plasencia, an incapacitated person**

Sanjiv N. Singh
SANJIV N. SINGH, APLC
1700 South El Camino Real, Suite 503
San Mateo, California 94402
Telephone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

Darren P. Nicholson
Hannah M. Crowe
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Email: dnicholson@burnscharest.com;
Email: hcrowe@burnscharest.com

Dated: June 1, 2026                              Respectfully submitted,


                                                          /s/ *Julian W. Poon*
                                                           Julian W. Poon


                                                          Attorney for Defendant
                                                          American Airlines, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

Sanjiv N. Singh
SANJIV N. SINGH, APLC
1700 South El Camino Real, Suite 503
San Mateo, California 94402
Telephone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

Darren P. Nicholson
Hannah M. Crowe
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Email: dnicholson@burnscharest.com;
Email: hcrowe@burnscharest.com

*Attorneys for Plaintiff*

/s/ Julian W. Poon