**SANJIV N. SINGH, APLC**
Sanjiv N. Singh (State Bar No. 193525)
ssingh@sanjivnsingh.com
1700 South El Camino Real, Suite 503
San Mateo, CA 94402
Telephone: (650) 389-2255

**BURNS CHAREST LLP**
Darren P. Nicholson (*pro hac vice*)
dnicholson@burnscharest.com
Hannah M. Crowe (*pro hac vice*)
hcrowe@burnscharest.com
Anna Katherine Benedict (*pro hac vice*)
abenedict@burnscharest.com
901 Main Street, Suite 5800
Dallas, Texas 75202
Telephone: (469) 904-4550

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, individually and as Trustee of the Plasencia Tavantzis Trust Dated November 19, 2019,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Case No.: 5:23-cv-05607-NW-SVK<br><br>**PLAINTIFF'S NOTICE OF CROSS-APPEAL** |

Plaintiff-Cross-Appellant Ana Maria Marcela Tavantzis, individually and as Trustee of the Plasencia Tavantzis Trust Dated November 19, 2019, hereby files this cross-appeal under Federal Rule of Appellate Procedure 3(c) and 4(a)(3) from the Order Granting American's Partial Judgment on the Pleadings and Granting in Part and Denying in Part American's *Daubert* Motion, docketed at ECF No. 132, and the Order Denying Defendant's Motion for Judgment as a Matter of Law, Denying Defendant's Motion for New Trial, and Granting in Part Plaintiffs' Motion to Amend the Judgment entered on May 28, 2026, docketed at ECF No. 270 in the United States District Court for the Northern District of California. The cross-appeal is taken to the United States Court of Appeals for the Ninth Circuit.

Plaintiff-Cross-Appellant limits this cross-appeal to the following issues: (1) the dismissal with prejudice of Plaintiff's breach of contract claim (ECF No. 132); and (2) the denial of Plaintiff's request for prejudgment interest (ECF No. 270).

PLAINTIFF'S NOTICE OF CROSS-APPEAL
CASE NO.: 5:23-cv-05607-NW-SVK

Dated: June 15, 2026     Respectfully submitted,


           /s/ Hannah M. Crowe
           Darren P. Nicholson (*pro hac vice*)
           dnicholson@burnscharest.com
           Hannah M. Crowe (*pro hac vice*)
           hcrowe@burnscharest.com
           Anna Katherine Benedict (*pro hac vice*)
           abenedict@burnscharest.com
           **BURNS CHAREST LLP**
           901 Main Street, Suite 5800
           Dallas, Texas 75202
           Telephone: (469) 904-4550

           Sanjiv N. Singh (State Bar No. 193525)
           ssingh@sanjivnsingh.com
           **SANJIV N. SINGH, APLC**
           1700 South El Camino Real, Suite 503
           San Mateo, CA 94402
           Telephone: (650) 389-2255

           *Attorneys for Plaintiff*

PLAINTIFF'S NOTICE OF CROSS-APPEAL
CASE NO.: 5:23-cv-05607-NW-SVK

## REEPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 3-2(b) and 12-2, the undersigned counsel represents Ana Maria Marcela Tavantzis, as an individual, and as Legal Guardian of Jesus Plascencia, an incapacitated person, as Plaintiff and Appellee and Cross-Appellant in the above-captioned action. This statement lists the parties to the action and identifies their counsel by name, email address, firm, mailing address, telephone number, and facsimile number. *See* Fed. R. App. P. 12(b); 9th Cir. R. 3-2(b), 12-2.

### LIST OF PARTIES AND COUNSEL

Julian W. Poon
Patrick J. Fuster
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
Email: jpoon@gibsondunn.com
Email: pfuster@gibsondunn.com

Ivy L. Nowinski
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, CA 90067-6036
Telephone: (310) 557-2030
Facsimile: (310) 557-1299
Email: inowinski@condonlaw.com

**Counsel for American Airlines, Inc.**

Sanjiv N. Singh (State Bar No. 193525)
ssingh@sanjivnsingh.com
SANJIV N. SINGH, APLC
1700 South El Camino Real, Suite 503
San Mateo, CA 94402
Telephone: (650) 389-2255

Darren P. Nicholson
dnicholson@burnscharest.com
Hannah M. Crowe
hcrowe@burnscharest.com
Anna Katherine Benedict
abenedict@burnscharest.com
BURNS CHAREST LLP
901 Main Street, Suite 5800
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

**Attorneys for Ana Maria Marcela Tavantzis, individually and as Trustee of the Plasencia Tavantzis Trust Dated November 19, 2019**

/s/ *Hannah M. Crowe*
Hannah M. Crowe

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

David J. Harrington (*pro hac vice*)
Email: dharrington@condonlaw.com
William deWolff (*pro hac vice*)
Email: wdewolff@condonlaw.com
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453

Julian W. Poon
Patrick J. Fuster
Allison Roy Kawachi
Email: jpoon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant
AMERICAN AIRLINES, INC.

/s/ Hannah M. Crowe
Hannah M. Crowe

5

PLAINTIFF'S NOTICE OF CROSS-APPEAL
CASE NO.: 5:23-cv-05607-NW-SVK