Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299

David J. Harrington (*Pro Hac Vice*)
Email: dharrington@condonlaw.com
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
Telephone: (212) 490-9100
Facsimile:  (212) 370-4453

Julian W. Poon (State Bar No.: 219843)
Patrick J. Fuster (State Bar No.: 326789)
Allison Roy Kawachi (State Bar No.: 349078)
Email: jpoon@gibsondunn.com
Email: pfuster@gibsondunn.com
Email: akawachi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile:  (213) 229-7520

Attorneys for Defendant
AMERICAN AIRLINES, INC.

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANA MARIA MARCELA TAVANTZIS, as an individual, and as Trustee of the Plasencia Tavantzis Trust Dated November 19, 2019,

        Plaintiff,

    vs

AMERICAN AIRLINES, INC.,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:23-cv-05607-NW

**JOINT STIPULATION AND [PROPOSED] ORDER TO APPROVE BOND AND STAY EXECUTION OF JUDGMENT**

JOINT STIPULATION AND [PROPOSED] ORDER TO
APPROVE BOND AND STAY EXECUTION OF JUDGMENT
CASE NO.: 5:23-CV-05607-NW

## **JOINT STIPULATION**

Pursuant to Federal Rule of Civil Procedure Rule 62(b) and Civil Local Rule 7-12, Plaintiff Ana Maria Marcela Tavantzis individually and as Trustee of the Plasencia Tavantzis Trust Dated November 19, 2019 ("Plaintiff") and Defendant American Airlines, Inc. jointly stipulate as follows:

WHEREAS, on May 28, 2026, the Court entered an order denying American's motion for judgment as a matter of law, denying American's motion for new trial, and granting in part and denying in part Plaintiff's motion to amend the judgment (Dkt. 270);

WHEREAS, on May 28, 2026, the Court entered an Amended Judgment in favor of Plaintiff and against American in the total amount of $9,629,829.55 (Dkt. 271);

WHEREAS, on June 1, 2026, Defendant American Airlines timely appealed the Amended Judgment to the U.S. Court of Appeals for the Ninth Circuit (Dkt. 272);

WHEREAS, on June 15, 2026, Plaintiff timely filed a Notice of Cross-Appeal (Dkt. 276);

WHEREAS, under Federal Rule of Civil Procedure 62(b), "[a]t any time after judgment is entered," a party may obtain an automatic stay of execution of a judgment "by providing a bond or other security," and "[t]he stay takes effect when the court approves the bond or other security and remains in effect for the time specified in the bond or other security";

WHEREAS, American requested that Plaintiff waive the requirements of Rule 62(b) and Plaintiff declined;

WHEREAS, Plaintiff agrees a supersedeas bond in the amount of $11,000,000.00 is sufficient to protect Plaintiff's interest in the current Amended Judgment, provided the bond remains in full force and effect through appeal to the Ninth Circuit and the surety remains qualified;

WHEREAS, American has secured a supersedeas bond in the amount of $11,000,000.00, attached as Exhibit A;

WHEREAS, the parties agree that the supersedeas bond complies with the requirements of Federal Rule of Civil Procedure 65.1, that it should be approved by the Court under Rule 62(b) and that the Court should order a stay of execution of the Amended Judgment until the

appellate process as set forth in this Stipulation has completed;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, and pursuant to Civil Local Rule 7-12, that the Court approve the supersedeas bond, attached hereto as Exhibit A, and stay execution of the Amended Judgment and proceedings to enforce the Amended Judgment until final resolution of any appeal by American of the Amended Judgment to the Ninth Circuit, including the Ninth Circuit's disposition of any petition for rehearing and (if rehearing is granted) the decision upon rehearing.

The parties have concurrently submitted a proposed order.

**IT IS SO STIPULATED.**

Dated: June 29, 2026                                 Respectfully submitted,

/s/ *Darren P. Nicholson*
 Sanjiv N. Singh
 SANJIV N. SINGH, APLC
 1700 South El Camino Real, Suite 503
 San Mateo, California 94402
 Telephone: (650) 389-2255
 Email: ssingh@sanjivnsingh.com

 Darren P. Nicholson
 Hannah M. Crowe
 BURNS CHAREST LLP
 900 Jackson Street, Suite 500
 Dallas, TX 75202
 Telephone: (469) 904-4550
 Email: dnicholson@burnscharest.com;
 Email: hcrowe@burnscharest.com

 *Attorneys for Plaintiff*
 *Marcela Tavantzis Individually and as*
 *Trustee*

/s/ *Patrick J. Fuster*
 Julian W. Poon
 Patrick J. Fuster
 Allison Roy Kawachi
 GIBSON, DUNN & CRUTCHER LLP
 333 South Grand Avenue
 Los Angeles, CA 90071-3197
 Telephone: (213) 229-7000
 Facsimile: (213) 229-7520
 Email: jpoon@gibsondunn.com

 Ivy L. Nowinski (State Bar No.: 268564)
 CONDON & FORSYTH LLP
 1901 Avenue of the Stars, Suite 1050
 Los Angeles, California 90067-6036
 Telephone: (310) 557-2030
 Facsimile:  (310) 557-1299
 Email: inowinski@condonlaw.com

 David J. Harrington (*Pro Hac Vice*)
 CONDON & FORSYTH LLP
 7 Times Square, 18th Floor
 New York, New York 10036
 Telephone: (212) 490-9100
 Facsimile:  (212) 370-4453
 Email: dharrington@condonlaw.com

 *Attorney for Defendant*
 *American Airlines, Inc.*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 29, 2026                     Respectfully submitted,


                                         /s/ *Patrick J. Fuster*
                                         Patrick J. Fuster


                                         Attorney for Defendant
                                         American Airlines, Inc.

# [PROPOSED] ORDER

Pursuant to stipulation of the Parties entered in the above-captioned action, *Tavantzis, et al., v. American Airlines, Inc.*, 5:23-cv-05607-NW, the Court hereby ORDERS as follows:

The Court finds the supersedeas bond attached as Exhibit A to the stipulation in the amount of Eleven Million and Zero Cents Dollars ($11,000,000.00) conforms with the requirements of Federal Rule of Civil Procedure 65.1 and is hereby APPROVED.

Execution of the Amended Judgment entered on May 28, 2026 (Dkt. 271) and proceedings to enforce it are hereby STAYED until final resolution of any appeal by Defendant of the Amended Judgment to the Ninth Circuit, including the Ninth Circuit's disposition of any petition for rehearing and (if rehearing is granted) the decision upon rehearing.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: June 29, 2026

_____
HON. NOËL WISE
United States District Judge